**Men's Wearhouse**
650 6th Avenue
New York, NY 10011

Inspection date: September 9, 2014

## Introduction

Title III of the Americans with Disabilities Act of 1990 ("ADA") prohibits disability discrimination by places of public accommodations. The ADA requires places of public accommodation that are "newly constructed" or "altered" on or after January 26, 1992 to comply with the ADA Standards for Accessible Design (the "Standards") identified below. The ADA also requires places of public accommodation existing before January 26, 1992 to continually engage in the removal of barriers that are "readily achievable".

In 1991, the United States Department of Justice adopted as regulations for Title III of the ADA enforceable accessibility standards known as the Standards for Accessible Design ("1991 Standards"). On September 15, 2010, the United States Department of Justice issued revised regulations for Title III of the ADA, which adopted revised enforceable accessibility standards known as the 2010 ADA Standards for Accessible Design ("2010 Standards"). New construction and alterations, including alterations related to barrier removal completed before March 15, 2012 must comply with either the 1991 Standards or the 2010 Standards. After March 15, 2012, however, compliance with the 2010 Standards became mandatory for new construction and alterations, including alterations related to barrier removal.

New York City Local Law 58 of 1987 ("LL 58/87") established minimum accessibility standards for places of public accommodations in New York City. Pursuant to LL 58/87, whenever accessibility standards pursuant to New York City laws are more stringent than the Standards referenced above, the New York City accessibility standards apply.

## Objectives

This report outlines the findings of a September 9, 2014 site inspection of Men's Wearhouse located at 650 6th Avenue, New York, NY 10011. This report includes an overview of the facility where Men's Wearhouse is located with a primary focus on elements that do not conform to Title III of the ADA (the 1991 Standards and 2010 Standards) as well as relevant local regulations. This review is not intended to be a comprehensive survey of all accessibility requirements. The primary focus of this review and recommendations covers access for people with mobility issues.

The 1991 Standards and the 2010 Standards were used as the accessibility reference standards. Specific citations from the 2010 Standards are noted in the "Citation" column below and designated "2010". Citations from the 1991 Standards are also provided and designated "1991". Further citations from the 2010 Standards and 1991 Standards are often provided in the "Note" column as additional information. In circumstances where the 1991 Standards are different from the 2010 Standards, the difference is mentioned in the "Note" column of the report.

The 2010 Standards and the 1991 Standards in their entirety are available at the US Access Board's website at www.access-board.gov.

Specific citations to the New York City Building Code and Administrative Code are also noted in the "Citation" column of the report. Generally, permits issued after July 01, 2008 are subject to the "2008" Building Code. Permits issued prior to July 01, 2008 are subject to the "1968" Building Code.

Recommendations based on the findings of the inspection have been provided in the "Recommendation" column. In addition to physical access issues for persons with mobility disabilities due to architectural and design barriers there are also policy and operational issues that affect accessibility for persons with mobility. As such, there is a need for the facility to provide ongoing training for its entire staff including strategies and procedures for including people with disabilities in all of its services. It is also important for the facility to provide an opportunity for people with disabilities to recommend further enhancements that might be beneficial for all people with disabilities.

## Description

Men's Warehouse is a retail facility located on the east side of 6th Avenue between 19th Street and 20th Street in Manhattan.

There is one (1) general public entrance to the Men's Warehouse store on 6th Avenue. This entrance is not accessible due to steps at the exterior side of the entrance and a lack of pull side maneuvering clearance at the entrance door.

Men's Warehouse covers one (1) level containing men's clothing, primarily men's suits. Two (2) dressing areas are located along the south side of the facility, containing 9 total dressing rooms. 6 dressing rooms are provided in dressing area 1 (noted as "southwest dressing room area") and 3 dressing rooms are in dressing area 2 (noted as "southeast dressing room area"). Both the southwest and the southeast dressing areas contain a large dressing room that appears to be provided for people with mobility issues. However both large dressing rooms are not labeled as accessible nor are the fully accessible.

There is an emergency exit on the north side of the faculty leading through a separate tenant lobby to 20th Street. The emergency exit is not accessible due to the lack of an accessible route leading to the exit door.

## Report

| ITEM | ISSUE | CITATION | | NOTE | RECOMMENDATION | IMAGE |
|---|---|---|---|---|---|---|
| **Entrances** | | | | | | |
| 001 | An accessible route is not provided from the sidewalk to the Men's Wearhouse entrance.<br>See items 002 to 004. | 2010<br>-206.2.1<br><br>1991<br>-4.1.2(1)<br>-4.3<br><br>2008<br>-1104.1 | At least one accessible route shall be provided within the site from public streets and sidewalks and public transportation stops to the accessible building or facility entrance they serve. | See items 002 to 004. | See items 002 to 004. | AA |
| 002 | An accessible entrance is not provided to the Men's Wearhouse store.<br>See items 003 to 004. | 2010<br>-206.4.1<br>-404.2.9<br><br>1991<br>-4.1.3(8)<br><br>2008<br>-1105.1 | At least 60 percent of all public entrances shall be accessible. | 1991 Standards section 4.1.3(8) requires 50 percent of all public entrances be accessible.<br>2008 NYC building code section 1105.1 requires ALL entrances be accessible.<br>See items 003 to 004. | See items 003 to 004. | AA |
| 003 | There is a step between the public sidewalk and the Men's Wearhouse entrance. There is approximately a 9 inch change in elevation between the sidewalk and the entrance door. | 2010<br>-303.4<br><br>1991<br>-4.3.8<br><br>2008<br>-303.3 | Changes in level greater than 1/2 inch high shall be ramped. | | Provide a ramp. | AB |

| ITEM | ISSUE | CITATION | | NOTE | RECOMMENDATION | IMAGE |
|---|---|---|---|---|---|---|
| 004 | Only 35 inches of front approach pull side clearance is provided perpendicular to the Men's Wearhouse entrance door due to the steps. | 2010<br>-404.2.4<br><br>1991<br>-4.13.6<br><br>-2008<br>-404.2.3 | Swinging doors and gates shall have level maneuvering clearances. 60 inches of front approach pull side clearance is required perpendicular to doorway. | | When providing a ramp for item 003, ensure the required level maneuvering clearances are also provided at the entrance door. | AC |
| **Exits** | | | | | | |
| 005 | The exit door on the north side of the facility leading through a separate tenant lobby to 20th Street is not accessible.<br>No accessible exits from the Men's Wearhouse store are provided since the entrance door is also not accessible.<br>See items 006 and 002. | 2010<br>-207.1<br><br>1991<br>-4.1.3(9)<br><br>2008<br>-1007.1 | Accessible spaces shall be provided with not less than one accessible means of egress. Where more than one means of egress is required from any accessible space, each accessible portion of the space shall be served by not less than two accessible means of egress. | See items 006 and 002. | Provide at least two accessible means of egress from accessible spaces as required.<br>Identify exit doors with tactile signs complying with 703.1, 703.2, and 703.5.<br>See items 006 and 002. | - |
| 006 | Merchandise obstructs the accessible route to the exit. Only 31 inches is provided between merchandise and the wing wall. | 2010<br>-403.5.1<br><br>1991<br>-4.1.3(3)<br>-4.3.3<br><br>2008<br>-403.5 | The clear width of walking surfaces along accessible routes shall be 36 inches minimum. | | Relocate merchandise so that 36 inches is provided along the accessible route to the exit between the merchandise and the wing wall. | AD |
| **Service Counter** | | | | | | |
| 007 | The front service counter is 36-1/2 inches above the finish floor. | 2010<br>-227.1<br>-904.4<br><br>1991<br>-7.2(1)<br><br>2008<br>-904.3.1 | A portion of the service counter surface that is 36 inches long minimum and 36 inches high maximum above the finish floor shall be provided. | | Provided a section of counter that is 36 inches long minimum and 36 inches high maximum above the finish floor. | AE |

| ITEM | ISSUE | CITATION | | NOTE | RECOMMENDATION | IMAGE |
|---|---|---|---|---|---|---|
| 008 | The rear service counter is not provided with a clear floor space due to the chairs. | 2010<br>-227.1<br>-904.4<br><br>1991<br>-7.2(1)<br><br>2008<br>-904.2 | A clear floor or ground space shall be positioned for a parallel approach adjacent to accessible service counters. | | Permanently remove some chairs so that a clear floor space is always provided at the rear service counter. | AF |
| **Accessible Routes** | | | | | | |
| 009 | Throughout the Men's Wearhouse store: Accessible routes are not connecting accessible spaces.<br>Note: Management noted that customers do not access merchandise in the jacket, pant, and coat areas. However customers were observed shopping in these sections. Furthermore, employee work areas must be constructed so that individuals with disabilities can approach, enter, and exit employee work areas.<br>See items 010 to 033. | 2010<br>-206.2.2<br><br>1991<br>-4.1.3(1)<br>-4.3.2(2)<br><br>2008<br>-1104.2 | At least one accessible route shall connect accessible buildings, accessible facilities, accessible elements, and accessible spaces that are on the same site. | See items 010 to 033. | See items 010 to 033. | - |
| 010 | North side of the store at the first jacket area: Merchandise obstructs accessible routes. Only 12 inches is provided between merchandise at the center aisle. | 2010<br>-403.5.1<br><br>1991<br>-4.1.3(3)<br>-4.3.3<br><br>2008<br>-403.5 | The clear width of walking surfaces along accessible routes shall be 36 inches minimum. | | Relocate merchandise so that 36 inches is provided at aisles throughout the store. | AG |
| 011 | North side of the store at the first jacket area: Only 23 inches is provided approaching the turn for going around the end caps. | 2010<br>-403.5.2<br><br>1991<br>-4.3.3<br><br>2008<br>-403.5.1 | Where the accessible route makes a 180 degree turn around an element which is less than 48 inches wide, clear width shall be 42 inches minimum approaching the turn, 48 inches minimum at the turn and 42 inches minimum leaving the turn. | | Relocate merchandise so that 42 inches minimum approaching the turn is provided for going around the end caps. | AG |

| ITEM | ISSUE | CITATION | | NOTE | RECOMMENDATION | IMAGE |
|---|---|---|---|---|---|---|
| 012 | North side of the store at the first jacket area: Only 32 inches is provided at the turn for going around the end caps. | 2010 -403.5.2<br><br>1991 -4.3.3<br><br>2008 -403.5.1 | Where the accessible route makes a 180 degree turn around an element which is less than 48 inches wide, clear width shall be 42 inches minimum approaching the turn, 48 inches minimum at the turn and 42 inches minimum leaving the turn. | | Relocate merchandise so that 48 inches minimum at the turn is provided for going around the end caps. | AG |
| 013 | North side of the store at the first jacket area: Only 18 inches is provided leaving the turn for going around the end caps. | 2010 -403.5.2<br><br>1991 -4.3.3<br><br>2008 -403.5.1 | Where the accessible route makes a 180 degree turn around an element which is less than 48 inches wide, clear width shall be 42 inches minimum approaching the turn, 48 inches minimum at the turn and 42 inches minimum leaving the turn. | | Relocate merchandise so that 42 inches minimum leaving the turn is provided for going around the end caps. | AG |
| 014 | North side of the store at the first jacket area: Merchandise and the column obstruct accessible routes. Only 21 inches is provided between merchandise and the column. | 2010 -403.5.1<br><br>1991 -4.1.3(3) -4.3.3<br><br>2008 -403.5 | The clear width of walking surfaces along accessible routes shall be 36 inches minimum. | | Relocate merchandise so that 36 inches is provided for going around the column. | AH |
| 015 | North side of the store at the second jacket area: Only 34 inches is provided approaching the turn for going around the end caps. | 2010 -403.5.2<br><br>1991 -4.3.3<br><br>2008 -403.5.1 | Where the accessible route makes a 180 degree turn around an element which is less than 48 inches wide, clear width shall be 42 inches minimum approaching the turn, 48 inches minimum at the turn and 42 inches minimum leaving the turn. | | Relocate merchandise so that 42 inches minimum approaching the turn is provided for going around the end caps. | AI |
| 016 | North side of the store at the second jacket area: Only 32 inches is provided at the turn for going around the end caps. | 2010 -403.5.2<br><br>1991 -4.3.3<br><br>2008 -403.5.1 | Where the accessible route makes a 180 degree turn around an element which is less than 48 inches wide, clear width shall be 42 inches minimum approaching the turn, 48 inches minimum at the turn and 42 inches minimum leaving the turn. | | Relocate merchandise so that 48 inches minimum at the turn is provided for going around the end caps. | AI |

| ITEM | ISSUE | CITATION | | NOTE | RECOMMENDATION | IMAGE |
|---|---|---|---|---|---|---|
| 017 | North side of the store at the second jacket area: Only 32 inches is provided leaving the turn for going around the end caps. | 2010<br>-403.5.2<br><br>1991<br>-4.3.3<br><br>2008<br>-403.5.1 | Where the accessible route makes a 180 degree turn around an element which is less than 48 inches wide, clear width shall be 42 inches minimum approaching the turn, 48 inches minimum at the turn and 42 inches minimum leaving the turn. | | Relocate merchandise so that 42 inches minimum leaving the turn is provided for going around the end caps. | AI |
| 018 | North side of the store at the second jacket area: Merchandise and the column obstruct accessible routes. Only 13 inches is provided between merchandise and the column. | 2010<br>-403.5.1<br><br>1991<br>-4.1.3(3)<br>-4.3.3<br><br>2008<br>-403.5 | The clear width of walking surfaces along accessible routes shall be 36 inches minimum. | | Relocate merchandise so that 36 inches is provided for going around the column. | AJ |
| 019 | North side of the store at the third jacket area: Only 32 inches is provided at the turn for going around the end caps. | 2010<br>-403.5.2<br><br>1991<br>-4.3.3<br><br>2008<br>-403.5.1 | Where the accessible route makes a 180 degree turn around an element which is less than 48 inches wide, clear width shall be 42 inches minimum approaching the turn, 48 inches minimum at the turn and 42 inches minimum leaving the turn. | | Relocate merchandise so that 48 inches minimum at the turn is provided for going around the end caps. | AK |
| 020 | North side of the store at the third jacket area: Only 21 inches is provided leaving the turn for going around the end caps. | 2010<br>-403.5.2<br><br>1991<br>-4.3.3<br><br>2008<br>-403.5.1 | Where the accessible route makes a 180 degree turn around an element which is less than 48 inches wide, clear width shall be 42 inches minimum approaching the turn, 48 inches minimum at the turn and 42 inches minimum leaving the turn. | | Relocate merchandise so that 42 inches minimum leaving the turn is provided for going around the end caps. | AK |
| 021 | North side of the store at the third jacket area: Merchandise and the column obstruct accessible routes. Only 19 inches is provided between merchandise and the column. | 2010<br>-403.5.1<br><br>1991<br>-4.1.3(3)<br>-4.3.3<br><br>2008<br>-403.5 | The clear width of walking surfaces along accessible routes shall be 36 inches minimum. | | Relocate merchandise so that 36 inches is provided for going around the column. | AL |

| ITEM | ISSUE | CITATION | | NOTE | RECOMMENDATION | IMAGE |
|---|---|---|---|---|---|---|
| 022 | North side of the store at the pants area: Only 24 inches is provided at the turn for going around the end caps. | 2010<br>-403.5.2<br><br>1991<br>-4.3.3<br><br>2008<br>-403.5.1 | Where the accessible route makes a 180 degree turn around an element which is less than 48 inches wide, clear width shall be 42 inches minimum approaching the turn, 48 inches minimum at the turn and 42 inches minimum leaving the turn. | | Relocate merchandise so that 48 inches minimum at the turn is provided for going around the end caps. | AM |
| 023 | North side of the store at the pants area: Only 35 inches is provided leaving the turn for going around the end caps. | 2010<br>-403.5.2<br><br>1991<br>-4.3.3<br><br>2008<br>-403.5.1 | Where the accessible route makes a 180 degree turn around an element which is less than 48 inches wide, clear width shall be 42 inches minimum approaching the turn, 48 inches minimum at the turn and 42 inches minimum leaving the turn. | | Relocate merchandise so that 42 inches minimum leaving the turn is provided for going around the end caps. | AM |
| 024 | North side of the store at the coat area: Displays obstruct accessible routes. Only 20 inches is provided between the mannequin and the wall. | 2010<br>-403.5.1<br><br>1991<br>-4.1.3(3)<br>-4.3.3<br><br>2008<br>-403.5 | The clear width of walking surfaces along accessible routes shall be 36 inches minimum. | | Relocate the mannequin so that 36 inches is provided to the coat area. | AN |
| 025 | North side of the store at the coat area: Displays obstruct accessible routes. Only 20 inches is provided between the table and the coats. | 2010<br>-403.5.1<br><br>1991<br>-4.1.3(3)<br>-4.3.3<br><br>2008<br>-403.5 | The clear width of walking surfaces along accessible routes shall be 36 inches minimum. | | Relocate the table so that 36 inches is provided to the coat area. | AO |
| 026 | South side of the store at the clothes area: Merchandise obstructs accessible routes. Only 26 inches is provided between merchandise at the center aisle. | 2010<br>-403.5.1<br><br>1991<br>-4.1.3(3)<br><br>2008<br>-403.5<br>-4.3.3 | The clear width of walking surfaces along accessible routes shall be 36 inches minimum. | | Relocate merchandise so that 36 inches is provided at aisles throughout the store. | AP |

| ITEM | ISSUE | CITATION | | NOTE | RECOMMENDATION | IMAGE |
|---|---|---|---|---|---|---|
| 027 | South side of the store at the clothes area: Only 18 inches is provided approaching the turn for going around the end caps. | 2010<br>-403.5.2<br><br>1991<br>-4.3.3<br><br>2008<br>-403.5.1 | Where the accessible route makes a 180 degree turn around an element which is less than 48 inches wide, clear width shall be 42 inches minimum approaching the turn, 48 inches minimum at the turn and 42 inches minimum leaving the turn. | | Relocate merchandise so that 42 inches minimum approaching the turn is provided for going around the end caps. | AQ |
| 028 | South side of the store at the clothes area: Only 39 inches is provided at the turn for going around the end caps. | 2010<br>-403.5.2<br><br>1991<br>-4.3.3<br><br>2008<br>-403.5.1 | Where the accessible route makes a 180 degree turn around an element which is less than 48 inches wide, clear width shall be 42 inches minimum approaching the turn, 48 inches minimum at the turn and 42 inches minimum leaving the turn. | | Relocate merchandise so that 48 inches minimum at the turn is provided for going around the end caps. | AR |
| 029 | South side of the store at the clothes area: Only 26 inches is provided leaving the turn for going around the end caps. | 2010<br>-403.5.2<br><br>1991<br>-4.3.3<br><br>2008<br>-403.5.1 | Where the accessible route makes a 180 degree turn around an element which is less than 48 inches wide, clear width shall be 42 inches minimum approaching the turn, 48 inches minimum at the turn and 42 inches minimum leaving the turn. | | Relocate merchandise so that 42 inches minimum leaving the turn is provided for going around the end caps. | - |
| 030 | South side of the store at the clothes area: Merchandise and displays obstruct accessible routes. Only 26 inches is provided between the displays at the clothes area. | 2010<br>-403.5.1<br><br>1991<br>-4.1.3(3)<br>-4.3.3<br><br>2008<br>-403.5 | The clear width of walking surfaces along accessible routes shall be 36 inches minimum. | | Relocate merchandise and displays so that 36 inches is provided at aisles throughout the store. | AS |
| 031 | South side of the store at the clothes area: Merchandise and displays obstruct accessible routes. Only 20 inches is provided between the displays at the clothes area. | 2010<br>-403.5.1<br><br>1991<br>-4.1.3(3)<br>-4.3.3<br><br>2008<br>-403.5 | The clear width of walking surfaces along accessible routes shall be 36 inches minimum. | | Relocate merchandise and displays so that 36 inches is provided at aisles throughout the store. | - |

| ITEM | ISSUE | CITATION | | NOTE | RECOMMENDATION | IMAGE |
|---|---|---|---|---|---|---|
| 032 | South side of the store at the clothes area: Merchandise and the column obstruct accessible routes. Only 17 inches is provided between merchandise and the column. | 2010<br>-403.5.1<br><br>1991<br>-4.1.3(3)<br>-4.3.3<br><br>2008<br>-403.5 | The clear width of walking surfaces along accessible routes shall be 36 inches minimum. | | Relocate merchandise so that 36 inches is provided for going around the column. | AT |
| 033 | South side of the store at the clothes area: Merchandise and displays obstruct accessible routes. Only 24 inches is provided between the displays at the clothes area. | 2010<br>-403.5.1<br><br>1991<br>-4.1.3(3)<br>-4.3.3<br><br>2008<br>-403.5 | The clear width of walking surfaces along accessible routes shall be 36 inches minimum. | | Relocate merchandise and displays so that 36 inches is provided at aisles throughout the store. | AU |
| **Dressing Rooms** | | | | | | |
| 034 | Accessible dressing rooms are not provided.<br>See items 035 and 044. | 2010<br>-222.1<br><br>1991<br>-4.1.3(21)<br><br>2008<br>-1109.12.1 | Where dressing rooms, fitting rooms, or locker rooms are provided, at least 5 percent, but no fewer than one, of each type of use in each cluster provided shall be accessible. | See items 035 and 044. | Provide 5 percent accessible dressing rooms complying with 2010 Standards section 803.<br>2008 NYC building code section 1110.1(8) requires accessible dressing rooms be identified by the International Symbol of Accessibility.<br>See items 035 and 044. | - |
| 035 | West dressing room area: Only 35-1/2 inches is provided at the opening to the dressing room area. | 2010<br>-403.5.1<br><br>1991<br>-4.1.3(3)<br>-4.3.3<br><br>2008<br>-403.5 | The clear width of walking surfaces along accessible routes shall be 36 inches minimum. | | Widen the opening to the dressing room area so that 36 inches is provided. | AV |
| 036 | West dressing room area: Only 30-1/2 inches of latch approach pull side clearance is provided perpendicular to the large dressing room entry door due to furniture. | 2010<br>-404.2.4<br><br>1991<br>-4.13.6<br><br>2008<br>-404.2.3 | Swinging doors and gates shall have maneuvering clearances. 48 inches of latch approach pull side clearance is required perpendicular to doorway. | | Relocate the furniture so that it is not in the maneuvering clearance of the door to the large dressing room. | AW |

| ITEM | ISSUE | CITATION | | NOTE | RECOMMENDATION | IMAGE |
|---|---|---|---|---|---|---|
| 037 | West dressing room area: The large dressing room is only 59 inches x 60-1/2 inches and lacks a turning space. | 2010<br>-803.2<br><br>1991<br>-4.35.2<br><br>2008<br>-803.2 | A 60 inches diameter minimum turning space shall be provided within the room. | | Reconfigure dressing rooms as necessary so that the large dressing room is provided with a 60 inch turning diameter. | AX |
| 038 | West dressing room area: The bench within the large dressing room is not provided with a clear floor space for transfer. | 2010<br>-803.4<br><br>1991<br>-4.35.4<br><br>2008<br>-803.4 | Clear floor or ground space shall be provided at benches and shall be positioned at the end of the bench seat and parallel to the short axis of the bench. | | Reconfigure dressing rooms as necessary so that the large dressing room is provided with an accessible bench complying with 2010 Standards section 903. | AY |
| 039 | East dressing room area: Only 35 inches is provided at the opening to the dressing room area. | 2010<br>-403.5.1<br><br>1991<br>-4.1.3(3)<br>-4.3.3<br><br>2008<br>-403.5 | The clear width of walking surfaces along accessible routes shall be 36 inches minimum. | | Widen the opening to the dressing room area so that 36 inches is provided. | AZ |
| 040 | East dressing room area: Only 46-1/2 inches of latch approach pull side clearance is provided perpendicular to the large dressing room entry door due to the wall. | 2010<br>-404.2.4<br><br>1991<br>-4.13.6<br><br>2008<br>-404.2.3 | Swinging doors and gates shall have maneuvering clearances. 48 inches of latch approach pull side clearance is required perpendicular to doorway. | | Relocate the wall so that it is not in the maneuvering clearance of the door to the large dressing room. | BA |
| 041 | West dressing room area: The bench within the large dressing room is not provided with a clear floor space for transfer. | 2010<br>-803.4<br><br>1991<br>-4.35.4<br><br>2008<br>-803.4 | Clear floor or ground space shall be provided at benches and shall be positioned at the end of the bench seat and parallel to the short axis of the bench. | | Reconfigure dressing rooms as necessary so that the large dressing room is provided with an accessible bench complying with 2010 Standards section 903. | BB |

| ITEM | ISSUE | CITATION | | NOTE | RECOMMENDATION | IMAGE |
|---|---|---|---|---|---|---|
| 042 | East dressing room area: The mirror area is only 50 inches wide and lacks a turning space due to the chairs. | 2010 -803.2<br><br>1991 -4.35.2<br><br>2008 -803.2 | A 60 inches diameter minimum turning space shall be provided within the room. | | Permanently remove the chairs so that the mirror area is always provided with a 60 inch turning diameter. | BC |
| **Reach Ranges** | | | | | | |
| 043 | Throughout the Men's Wearhouse: Merchandise is outside of accessible reach ranges.<br>Some dress shirts are 77 inches above the finish floor.<br>Some belts and socks are 89 inches above the finish floor.<br>Some clothes are 90 inches above the finish floor. | 2010 -308.3.1<br><br>1991 -4.2.6<br><br>2008 -308.3.1 | Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the side reach shall be 48 inches maximum and 15 inches minimum above the finish floor. | 1991 Standards section 4.2.6 requires the side reach be 54 inches maximum and 9 inches minimum above the finish floor.<br>2008 NYC building code and its reference standard ANSI A117.1-2003 section 308.3.1 requires the side reach be 48 inches maximum and 15 inches minimum above the finish floor. | Provide signage indicating assistance is available for merchandise outside of accessible reach ranges. | BD |

| ITEM | ISSUE | CITATION | | NOTE | RECOMMENDATION | IMAGE |
|---|---|---|---|---|---|---|
| **Protruding Objects** | | | | | | |
| 044 | Throughout the Men's Wearhouse store: The clothes display rods project horizontally 5-1/2 inches into the circulation paths. | 2010<br>-204.1<br>-307.1<br><br>1991<br>-4.1.3(2)<br>-4.4.1<br><br>2008<br>-307.1 | Objects with leading edges between 27 inches and 80 inches above the finish floor shall not protrude more than 4 inches horizontally into the circulation path. | | Reduce the length of the clothes display rods so that they project no more than 4 inches into the circulation paths. | BE |

**End Report**

This report was prepared by Jimmy Zuehl, Architectural Accessibility Consultant.

Jimmy Zuehl

September 22 2014
Date

**Men's Wearhouse**
650 6th Avenue
New York, NY 10011

Inspection date: September 9, 2014

## Report Images

| IMAGE | IMAGE |
|---|---|
| AA | AB |
| AC | AD |


IMAGE
IMAGE
AE
AF
AG
AH
AI


IMAGE
IMAGE
AJ
AK
AL
AM
AN
AO


IMAGE
IMAGE
AP
AQ
AR
AS
AT
AU


IMAGE
IMAGE
AV
AW
AX
AY
AZ
BA


IMAGE
IMAGE
BB
BC
BD
BE