# THE CHILDREN'S PLACE

LIST OF CONTROLLED INSPECTIONS
1 - MECHANICAL VENTILATION

USE AND OCCUPANCY SUMMARY
THIS DESIGN REPRESENTS: NO CHANGE IN OCCUPANCY
NO CHANGE IN USE
NO CHANGE IN EGRESS

NOTES:
1. ALL WOOD TO BE FIRE RETARDANT, AS PER C27-326.
2. ALL FLOOR AND WALL FINISHES TO COMPLY WITH THE MINIMUM REQUIREMENTS FOR INTERIOR FINISH CLASS, FLAME SPREAD RATING AND SMOKE DENSITY, AS PER SEC. C27-348 THRU C27-351, & TABLE 5-4.
3. ATTACHMENTS OF FINISHES TO BE AS PER SEC. C27-348 (F).
4. ALL ACOUSTICAL & THERMAL INSULATION TO COMPLY WITH C27-350.
5. MAXIMUM UNDERCUT OF F.P.S.C. DOORS TO BE AS PER NFPA 80 STANDARDS (3/4" WITH SADDLE/ 1/2" WITHOUT SADDLE)

LOCAL LAW 58 / 87 NOTES:
1. ALL NEW AND RELOCATED DOORS TO BE MINIMUM 3'-0" WIDE WITH PROPER CLEARANCES AND HANDICAPPED USABLE HARDWARE.
2. AUTOMATIC DOOR CLOSING DEVICES MUST BE HANDICAP APPROVED TYPE AS MFG. BY LCN OR EQUIVALENT.
3. ALL NEW TRIMMED OPENINGS TO BE 2'-8" MINIMUM WIDE.

## DIVISION OF WORK:

| Section | Work Description | Existing | By Landlord Furn. | By Landlord Install | By Tenant Contract Furn. | By Tenant Contract Install | By Tenant Furn. | By Tenant Install | Not Applicable | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| Preparation | TEMPORARY UTILITIES | | | | ● | ● | | | | |
| | BARRICADE | | | | ● | ● | | | | TENANT G.C. TO PROVIDE NEW DUST ENCLOSURE ABOVE BARRICADE |
| | DEMOLITION | | | | ● | ● | | | | |
| Floor Construction | COMPACTED FILL | | | | | | | | ● | |
| | FLASH PATCH | | | | ● | ● | | | | AS REQUIRED |
| | CONCRETE SLAB | ● | | | | | | | | PATCH AS REQUIRED SEE A1.0 |
| | FABRIC AND VAPOR BARRIER | | | | | | | | ● | |
| | GRAVEL BASE | | | | | | | | ● | |
| Demising Partitions | METAL STUDS | ● | | | | | | | | SEE SHEET A1.0 |
| | CONCRETE BLOCKS/ CINDER BLOCKS/BRICK | ● | | | | | | | | G.C. TO PATCH EXISTING ... AS REQUIRED SEE SHEET A1.0 |
| | GYPSUM WALLBOARD/PLASTER | ● | | | | | | | | G.C. TO PATCH EXISTING ... AS REQUIRED SEE SHEET A1.0 |
| | SERVICE DOOR | | | | ● | ● | | | | |
| | PERF-A-TAPING | ● | | | | | | | | G.C. TO PATCH AND REPAIR AS REQUIRED |
| | NEUTRAL FIBERS | ● | | | | | | | | |
| Interior Partitions | METAL STUDS AND GYPSUM WALLBOARD | | | | ● | ● | | | | |
| | PAINTING | | | | ● | ● | | | | |
| | DOORS, FRAMES AND HARDWARE | | | | ● | ● | | | | |
| Storefront | STOREFRONT FRAMING AND FINISHES | ● | | | ● | ● | | | | SEE SHEET A3.0 |
| | STOREFRONT FINISHES (WHITE MAPLE PLYWOOD) | | | | | ● | ● | | | SEE SHEET A3.0 |
| | GLASS | ● | | | ● | ● | | | | SEE SHEET A3.0 |
| | ENTRY DOORS & HARDWARE | | | | ● | ● | | | | |
| | AWNING | | | | | | ● | ● | | |
| Ceilings | SALES AREA A.C.T. & GRID | | | | | ● | ● | | | |
| | STOCK ROOM A.C.T. & GRID | | | | | | | | ● | |
| | CEILING GRID TIE WIRE | | | | ● | ● | | | | SEE SHEET A2.0 |
| | TOILET ROOM | | | | ● | ● | | | | |
| | SALES AREA GYP. BD. SOFFITS | | | | ● | ● | | | | |
| | DISPLAY WINDOW GYP. BD. SOFFIT | | | | ● | ● | | | | |
| Finishes | PAINT | | | | ● | ● | | | | |
| | WHITE MAPLE PLYWOOD & VERTICAL TRIM | | | | | ● | ● | | | |
| | WOOD BASE | | | | | ● | ● | | | |
| | NAIL DOWN WOOD FLOORING W/ SUBFLOOR | | | | | | ● | ● | | G.C. TO PREPARE FLOOR AS REQUIRED |
| | FIBERGLASS REINFORCED PANELS & TRIM (AT TOILET ROOM WALLS) | | | | ● | ● | | | | SEE SHEET [illegible] |
| | MELAMINE WALL SYSTEM PANELS | | | | | ● | ● | | | SEE DETAIL [illegible] |
| | VCT (NON PUBLIC AREAS) | | | | ● | ● | | | | |
| | VINYL BASE | | | | ● | ● | | | | |
| | SALES AREA FLOOR TILE | | | | | ● | ● | | | G.C. TO PROVIDE AND INSTALL [illegible] |
| | ROUND COLUMN ENCLOSURES | | | | | | | | ● | |
| Signs | BLADE SIGN | | | | | | | | ● | |
| | STOREFRONT | | | | | | ● | ● | | TENANT G.C. TO COORDINATE INSTALLATION WITH SIGN COMPANY |
| | TRANSOM WINDOW REVERSE STICK SIGN | | | | | | | | ● | |
| | STOREFRONT WINDOW DECALS | | | | | ● | ● | | | |
| | BACKWRAP SIGN | | | | | | | | ● | |
| Electrical | METER BASE | ● | | | | | | | | SEE DETAIL [illegible] |
| | METER | ● | | | | | | | | SEE DETAIL [illegible] |
| | CONDUIT & PULL WIRE TO SPACE | ● | | | | | | | | TENANT GENERAL CONTRACTOR [illegible] AS REQUIRED |
| | SERVICE WIRE TO SPACE | ● | | | | | | | | SEE ELECTRICAL NOTES ON SHEET E1.2 |
| | COMPLETE ELECTRICAL WIRING | | | | ● | ● | | | | |
| | OUTLETS & SWITCHES | | | | ● | ● | | | | |
| | SIGN OUTLETS | | | | ● | ● | | | | VERIFY W/ P.M. |
| | FINAL SIGN CONNECTION | | | | | | ● | ● | | |
| | TELEPHONE CONDUIT & PULLWIRE TO SPACE | | | | ● | ● | | | | |
| | TELEPHONE CONDUIT & PULLWIRE TO CASHWRAP | | | | ● | ● | | | | |
| | DATA WIRING | | | | | | ● | ● | | |
| | TELEPHONE SERVICE HOOK-UP | | | | | ● | ● | | | |

| Section | Work Description | Existing | Landlord Furn. | Landlord Install | Contract Furn. | Contract Install | Tenant Furn. | Tenant Install | Not Applicable | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| Electrical (cont.) | LIGHT FIXTURES & LAMPS | | | | | ● | ● | | | |
| | WIRING AT GRILLE MOTORS | | | | | | | | ● | |
| | INTERLOCKS AND KEY SWITCHES | | | | | | | | ● | |
| | WIRELESS SENSOR & ANNUNCIATOR SYSTEM | | | | | ● | ● | | | SEE SHEET E1.0 |
| | SERVICE DOOR BUZZER | | | | ● | ● | | | | SEE SHEET E1.0 |
| | SENSORMATIC ALARM SYSTEM | | | | | ● | ● | | | TENANT G.C. TO PROVIDE AND INSTALL POWER, SEE E1 |
| HVAC | AIR SUPPLY TO SPACE | | | | | | | | ● | |
| | DUCT HEATERS | | | | | ● | ● | | | SEE SHEET M1.0 |
| | VAV BOX(ES) W/ HEATER | | | | | | | | ● | |
| | UNITS | | | | | ● | ● | | | SEE SHEET M1.0 |
| | DUCTWORK, DAMPERS, GRILLES | | | | ● | ● | | | | REFER TO M1.0 FOR SCOPE OF WORK |
| | FRAMING FOR MECH. EQUIP. | | | | ● | ● | | | | SEE SHEET M1.0 |
| | TOILET ROOM EXHAUST DUCT | | | | ● | ● | | | | SEE SHEET M1.0 |
| | TOILET ROOM EXHAUST FAN / LIGHT | | | | | ● | ● | | | |
| | SMOKE EXHAUST | | | | | | | | ● | |
| Plumbing | SANITARY STUB TO SPACE | ● | | | ● | ● | | | | EXTEND ALL UTILITY LINES AS REQUIRED |
| | VENT PIPE TO SPACE | ● | | | ● | ● | | | | EXTEND ALL UTILITY LINES AS REQUIRED |
| | COLD WATER TO SPACE | ● | | | ● | ● | | | | EXTEND ALL UTILITY LINES AS REQUIRED |
| | WATER HEATER | | | | ● | ● | | | | SEE NOTES ON P1.0 |
| | SUPPLY, VENT, WASTE PIPING | ● | | | ● | ● | | | | EXTEND ALL UTILITY LINES AS REQUIRED |
| | WATER METER | | | | ● | ● | | | | BY TENANT G.C. IF REQUIRED. |
| | PLUMBING FIXTURES | | | | ● | ● | | | | |
| | DRINKING FOUNTAIN | | | | ● | ● | | | | SEE NOTES ON P1.0 |
| | TOILET ROOM ACCESSORIES | | | | ● | ● | | | | |
| | FLOOR DRAIN | | | | ● | ● | | | | |
| | MOP SINK | | | | | | | | ● | |
| Fire Protection | SPRINKLER MAIN TO SPACE | ● | | | | | | | | |
| | GRID / HEADS | | | | ● | ● | | | | |
| | MODIFICATION OF HEAD LOCATION | | | | ● | ● | | | | |
| | FIRE ALARM SYSTEM | ● | | | | | | | | SEE SHEET E1.1 |
| | AUDIBLE ALARMS | ● | | | | | | | | SEE SHEET E1.1 |
| | SMOKE DETECTORS | | | | ● | ● | | | | |
| | FIRE EXTINGUISHERS | | | | ● | ● | | | | AS PER LOCAL CODE |
| Fixtures & Furnishings | CASHWRAP | | | | | ● | ● | | | SEE "F" DRAWINGS |
| | BACK WRAP CABINET | | | | | | | | ● | |
| | WALL HARDWARE - SALES AREA | | | | ● | ● | | | | |
| | RECESSED STANDARDS | | | | | ● | ● | | | |
| | SURFACE MTD. STANDARDS | | | | | | | | ● | |
| | SHELVES/STANDARDS ABOVE MANAGER'S DESK & TOILET ROOM | | | | ● | ● | | | | |
| | SALES AREA FLOOR FIXTURES | | | | | ● | ● | | | SEE "F" DRAWINGS |
| | WALL SYSTEM - WHITE MAPLE PLYWOOD & BLOCKING | | | | | ● | ● | | | |
| | WALL SYSTEM - MELAMINE PANELS, STANDARDS & CHANNELS | | | | | ● | ● | | | |
| | FITTING ROOM AREA MIRRORS | | | | ● | ● | | | | |
| | FITTING ROOM HOOKBOARDS | | | | | ● | ● | | | TENANT G.C. TO PROVIDE BLOCKING AS REQUIRED |
| | STOCKROOM SHELVING AND FURNITURE | | | | | ● | ● | | | |
| | STEREO SHELF | | | | | | ● | ● | | TENANT G.C. TO PROVIDE BLOCKING AS REQUIRED |
| | DISPLAY WINDOW PLATFORM | | | | | ● | ● | | | G.C. TO COORDINATE LENGTH WITH MILLWORK VENDOR |
| | PLASTIC LAMINATE MGRS. DESK | | | | ● | ● | | | | |
| | 2" X 2" WIFAC GRID | | | | | ● | ● | | | |
| | TOILET ROOM BABY CHANGING STATION | | | | | ● | ● | | | SEE SHEET F1.0 |
| Misc. Items | SOUNDSYSTEM | | | | | | ● | ● | | G.C. TO COORDINATE ELECTRICAL REQUIREMENTS & VOLUME CONTROL LOCATION |
| | SPEAKERS | | | | | | ● | ● | | |
| | CLEAN-UP | | | | ● | ● | | | | SEE FINAL CLEAN-UP NOTE ON SHEET A1.0 |
| | ELASTOMERIC MEMBRANE | | | | ● | ● | | | | |
| | BLUEPRINT HOLDER TUBE | | | | | ● | ● | | | |

## PROJECT DIRECTORY:

PROJECT:
THE CHILDREN'S PLACE
650 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 00306

BUILDING DEPARTMENT/ FIRE MARSHAL:
CITY OF NEW YORK
DEPARTMENT OF BUILDINGS
60 HUDSON STREET, 5TH FLOOR
NEW YORK, N.Y. 10013

TENANT REPRESENTATIVE:
ALAN ODELL
THE CHILDREN'S PLACE
915 SECAUCUS ROAD
SECAUCUS, NJ 07094
TEL: (201) 558-2400

ARCHITECT:
THE TRICARICO GROUP
500 VALLEY ROAD
WAYNE, NEW JERSEY 07470
TEL: (973) 692-0222
FAX: (973) 692-0223
ATTN: THOMAS R. PACELLI

LANDLORD:
THE LANSCO CORPORATION
480 7TH AVE.
NY NY, 10123
TEL: 212-563-6232
CONTACT NAME:
TENANT COORDINATOR:
STEVE KAUFMAN
BUILDING MANAGER:
JIM MC ENERY
TEL: 212-242-0568

## KEY PLAN / PLOT PLAN:

N
AVE. OF THE AMERICAS
WEST 20TH ST.
187.4'
LOT 873
BLOCK 821
164.8'
THE CHILDREN'S PLACE
650 AVE. OF THE AMERICAS

## SYMBOLS:

DETAIL NUMBER — SHEET LOCATION — AREA DETAILED
DTL. SHT.
ELEVATION | SECTION | SECTION DETAIL | PLAN DETAIL | PARTITION NUMBER
T.G.C. = TENANT'S GENERAL CONTRACTOR
REVISION SYMBOL | FINISH MARKER | DOOR IDENTIFIER SYMBOL

## LIST OF DRAWINGS:

| NO. | SHEET NAME | ISSUE DATE | CURRENT REVISION DATE |
|---|---|---|---|
| T1.0 | TITLE SHEET | 02/02/01 | 04/18/01 |
| T1.1 | GENERAL & SPECIFIC NOTES | 02/02/01 | |
| D1.0 | DEMOLITION PLAN & NOTES | 02/02/01 | 04/11/01 |
| A1.0 | FLOOR PLAN & DETAILS | 02/02/01 | 04/18/01 |
| A2.0 | REFLECTED CEILING PLAN | 02/02/01 | 04/18/01 |
| A3.0 | STOREFRONT ELEVATION & STOREFRONT PLAN | 02/02/01 | 04/18/01 |
| A3.1 | STOREFRONT SECTIONS & DETAILS | 02/02/01 | 04/18/01 |
| A3.2 | DETAILS | 02/02/01 | |
| A3.3 | STOREFRONT SECTIONS & DETAILS | 02/02/01 | 04/18/01 |
| A4.0 | INTERIOR ELEVATIONS | 02/02/01 | 04/18/01 |
| A5.0 | DOOR, HARDWARE, FINISH SCHEDULES AND DETAILS | 02/02/01 | 04/18/01 |
| A6.0 | SIGNAGE DETAILS & SCHEDULE | 02/02/01 | 04/18/01 |
| A7.0 | GENERAL PRODUCT SPECIFICATIONS | 02/02/01 | |
| F1.0 | FIXTURE PLAN, COLUMN DETAILS & SCHEDULE | 02/02/01 | 04/18/01 |
| F2.0 | CASHWRAP ASSEMBLY DETAILS | 02/02/01 | |
| M1.0 | MECHANICAL PLAN AND NOTES | 02/02/01 | 04/18/01 |
| M2.0 | MECHANICAL SPECIFICATIONS & DETAILS | 02/02/01 | 04/11/01 |
| M3.0 | NEW YORK CITY BLDG. DEPT. NOTES | 02/02/01 | 04/11/01 |
| S1.0 | STRUCTURAL NOTES & DETAILS | 04/15/01 | |
| E1.0 | ELECTRICAL PLAN | 02/02/01 | 04/18/01 |
| E1.1 | LIGHTING PLAN & SCHEDULES | 02/02/01 | 04/18/01 |
| E1.2 | ELECTRICAL NOTES | 02/02/01 | |
| P1.0 | PLUMBING PLANS & NOTES | 02/02/01 | |
| SP1.0 | SPRINKLER PLAN & NOTES | 02/02/01 | 04/18/01 |

## CODE ANALYSIS:

APPLICABLE CODES:

BUILDING CODE :- THE CITY OF NEW YORK/ CURRENT EDITION

TOTAL SQUARE FOOTAGE: 5,663 S.F.

OCCUPANCY CLASSIFICATION BY OCCUPANCY OR USE GROUP: (ARTICLE 3, SEC. 21)
- OCCUPANCY GROUP C - MERCANTILE (ARTICLE 3, SEC. 21)

CONSTRUCTION CLASSIFICATION:
- CONSTRUCTION CLASSIFICATION: CLASS IB
- SPRINKLED
* NON-COMBUSTIBLE MATERIALS REQUIRED

ACCEPTABLE FOR PERMIT UNDER D.R. NO. 14-1975
MAY 18 2001
CYRIL BEHARRY

SUBCHAPTER 6 MEANS OF EGRESS:
- OCCUPANT LOAD REQUIREMENTS: (TABLE 6-2)
FIRST FLOOR:
SALES: 116 PERSONS
STOCK: 4 EMPLOYEES (MAXIMUM)
TOTAL: 120 PERSONS MAXIMUM

- MAXIMUM TRAVEL DISTANCE TO EXIT (SALES AREA) ....200 FT.
- MAXIMUM DEAD END CORRIDOR LENGTH ..........50 FT.
- TOTAL EGRESS WIDTH REQUIRED: 0.2X 133 PERSON = .... 26.6 IN.
- MINIMUM CORRIDOR / AISLE WIDTH ..........56 IN. (ARTICLE 6, SEC 27-371(J))
- MINIMUM STAIR WIDTH ..........56 IN. (ARTICLE 6, SEC. 27-375(I))

PLUMBING FIXTURES: (TABLE 16-5)
- (1) WATER CLOSET REQUIRED FOR 1-15 EMPLOYEES
- (1) LAVATORY REQUIRED FOR 1-20 EMPLOYEES

ELECTRICAL FIXTURES:
EMERGENCY POWER SHALL BE PROVIDED FOR THE EMERGENCY LIGHTING LOAD, FIRE CONTROL PANEL AS SET FORTH IN SEC. 1081.2 OF THIS CODE

ILLUMINATED EXIT & DIRECTIONAL SIGNS REQUIRED OVER EACH DOORWAY, HALLWAYS, & CORRIDORS

THIS DRAWING IS IN COMPLIANCE WITH LANDMARKS PRESERVATION COMMISSION APPROVAL DOCKET, NUMBER: 014527

## AREA:

SQUARE FOOTAGES:
SALES AREA: ..........4,254 S.F. (2,910 S.F., NET)
STOCK ROOM AREA: ..........1,082 S.F.
FITTING ROOM AREA: ..........145 S.F.
TOILET ROOM AREA: ..........98 S.F.
EXIT CORRIDOR AREA: ..........79 S.F.
GROSS LEASED AREA: ....5,663 S.F.

| DATE | ISSUE |
|---|---|
| 2/2/01 | BID, VENDORS, LL, & BUILDING DEPARTMENT |
| 04/11/01 | T.G.C., VENDORS, & LL |
| 04/18/01 | T.G.C., VENDORS, LL, & LANDMARKS |

| DATE | No. | REVISIONS / BY: |
|---|---|---|
| 04/18/01 | 2 | LANDMARKS COMMENTS / T.R.P. |
| 04/11/01 | 1 | TENANT REVISION / T.R.P. |

THE GENERAL CONTRACTOR AND/OR ALL SUB-CONTRACTORS WORKING FROM THESE PLANS AND SPECIFICATIONS ARE NOT TO SCALE SUCH INFORMATION BUT TO CONTACT THE ARCHITECT OR HIS REPRESENTATIVE REGARDING MEASUREMENTS, IF SUCH MEASUREMENTS DO NOT APPEAR CORRECT, ADD UP PROPERLY OR SCALE CORRECTLY TO THE INDICATED SIZE.

500 Valley Road
Wayne, NJ 07470
Tel 973 · 692 · 0222
Fax 973 · 692 · 0223
tlg@tricarico.com
THE TRICARICO GROUP
Architecture
Interior Design

NICHOLAS J. TRICARICO
CONSULTING ARCHITECT

| | | | | | |
|---|---|---|---|---|---|
| AL | #1928 | LA | #2947 | OK | #2203 |
| AK | | ME | #974 | OR | #2608 |
| AZ | #13750 | MD | #3957-R | PA | #B-8050 |
| AR | #1595 | MA | #4576 | ST | #1077 |
| CA | #C-015102 | MI | #28176 | SC | #2126 |
| CO | #C-2445 | MN | #15993 | SD | #3754 |
| CT | #5002 | MS | #1348 | TN | #012534 |
| DC | #3433 | MO | #A-4565 | TX | #8788 |
| DE | #2073 | MT | #1359 | UT | #1355 |
| FL | #7605 | NE | #A-1739 | VT | #1297 |
| GA | #2479 | NV | #1678 | VA | #4220 |
| HI | #AR-C5697 | NH | #1112 | WA | #4306 |
| ID | #7321 | NJ | [illegible] | WV | #1486 |
| IL | #001-010719 | NM | #1724 | WI | #A-5097 |
| IN | #4114 | NY | #012094 | WY | #C-1001 |
| IA | #2384 | NC | #5035 | | |
| KS | #2777 | ND | #875 | PR | #14435 |
| KY | #2116 | OH | #6058 | GUAM | #332 |

© ALL RIGHTS RESERVED

THIS DRAWING, THE DESIGN INDICATED, THE FORMAT AND ARRANGEMENTS ARE THE PROPERTY OF THE TRICARICO GROUP. ANY USE OR REUSE OF ORIGINAL OR ALTERED DESIGN MATERIALS BY THE CLIENT, AGENTS OF THE CLIENT OR OTHER PARTIES WITHOUT THE REVIEW AND WRITTEN APPROVAL OF THE DESIGN PROFESSIONAL SHALL BE AT THE SOLE RISK OF THE OTHERS. FURTHERMORE THE CLIENT AGREES TO DEFEND, INDEMNIFY AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL CLAIMS, INJURIES, DAMAGES, LOSSES, EXPENSES AND ATTORNEY'S FEES ARISING OUT OF MODIFICATION OR REUSE OF THESE MATERIALS.

PROJECT: THE CHILDREN'S PLACE

LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.

| PROJECT NO. 00586 | DRAWN BY: T.R.P. |
|---|---|
| SCALE: AS NOTED | CHECKED BY: H.W. |
| DATE: 2/2/01 | APPROVED BY: |

DRAWING NAME: TITLE SHEET

NICHOLAS J. TRICARICO
CONSULTING ARCHITECT

DRAWING NO. T1.0

SEAL



# GENERAL NOTES

1. THE GENERAL CONTRACTOR AND ALL SUBCONTRACTORS ARE REQUIRED TO CHECK AND VERIFY ALL DIMENSIONS AND FIELD CONDITIONS AT BUILDING SITE AND PREMISES AND NOTIFY THE LANDLORD, THE PROJECT ARCHITECT OR TENANT'S CONSTRUCTION REPRESENTATIVE OF ANY AND ALL DISCREPANCIES AND LIST ANY WORK NOT YET COMPLETED BY LANDLORD BEFORE [illegible] THIS WORK.

2. ALL WORK ON THIS PROJECT SHALL BE IN ACCORDANCE WITH ALL CODES, SUB-CODES AND BUILDING DEPARTMENTS HAVING JURISDICTION. GENERAL CONTRACTOR TO CONTACT LOCAL BUILDING OFFICIALS FOR SPECIFIC REQUIREMENTS FOR THIS RETAIL USE.

3. THE OCCUPANCY CLASS FOR THIS LOCATION IS CLASSIFIED AS "MERCANTILE".

4. THE GENERAL CONTRACTOR AND THE SUBCONTRACTORS FOR THE GENERAL CONTRACTOR SHALL PAY FOR AND OBTAIN ALL PERMITS REQUIRED FOR THE WORK [illegible]

5. ALL WORK WHETHER COMPLETED BY LANDLORD OR TENANT SHALL CONFORM WITH THE LANDLORD'S DESIGN CRITERIA SUPPLIED BY THE LANDLORD AND MADE PART OF THE TENANT'S LEASE. [illegible]

6. ALL CONTRACTORS SHALL CHECK AND VERIFY ALL FIELD CONDITIONS AND SHALL HAVE SOLE RESPONSIBILITY FOR VERIFICATION OF CLEAR HEIGHTS WITHIN THE PREMISES. [illegible]

7. BOTH THE TENANT'S AND THE LANDLORD'S GENERAL CONTRACTORS AND ALL SUBCONTRACTORS WORKING ON THIS PROJECT ARE RESPONSIBLE FOR CONTACTING THE LANDLORD AND/OR THE PUBLIC UTILITY COMPANIES [illegible]

8. THE TENANT'S GENERAL CONTRACTOR SHALL LAY OUT WORK AS SPECIFIED IN THE DRAWINGS AND SHALL BE HELD RESPONSIBLE FOR PROPER ESTABLISHMENT AND MAINTENANCE OF ALL LINES AND DIMENSIONS. [illegible]

9. ALL CONTRACTORS SHALL BE BONDABLE, LICENSED CONTRACTORS POSSESSING GOOD LABOR RELATIONS AND MUST BE CAPABLE OF QUALITY WORKMANSHIP, IN HARMONY WITH OTHER CONTRACTORS WORKING ON THE PROJECT. [illegible]

10. PRIOR TO COMMENCEMENT OF ANY WORK, THE GENERAL CONTRACTOR SHALL CONTACT AND MEET WITH LANDLORD'S TENANT COORDINATOR AND TENANT'S PROJECT MANAGEMENT REPRESENTATIVE FOR A PRE-CONSTRUCTION MEETING [illegible]

11. THE GENERAL CONTRACTOR, ALL SUBCONTRACTORS OR OUTSIDE SERVICES COMPLETING WORK ON THIS PROJECT SHALL COMPLY WITH ALL THE PROVISIONS OF O.S.H.A. (OCCUPATIONAL SAFETY AND HEALTH ACT).

12. THE GENERAL CONTRACTOR SHALL HAVE AT ALL TIMES AT THE PREMISES, LANDLORD APPROVED WORKING DRAWINGS (IF APPLICABLE) AND BUILDING DEPARTMENT APPROVED PERMIT DRAWINGS.

13. THE GENERAL CONTRACTOR AND ALL SUBCONTRACTORS ARE TO FAMILIARIZE THEMSELVES WITH THE WORK TO BE PERFORMED BY THE LANDLORD AND BY THE TENANT AS PART OF THE EXECUTED LEASE AGREEMENT [illegible]

14. ALL CLEARANCES OF PIPES AND DUCT WORK INSTALLED BY THE GENERAL CONTRACTOR OR SUBCONTRACTORS MUST BE MAINTAINED FOR ADEQUATE HEIGHTS REQUIRED FOR CEILING SYSTEM AND LIGHT FIXTURES. [illegible]

15. [illegible]

16. [illegible]

ALL REMOVAL OF CONSTRUCTION DEBRIS TO AN APPROVED DUMPING SITE TO BE INCLUDED IN THE GENERAL CONTRACTOR'S WORK.

17. AN APPROVAL BY THE LANDLORD WILL ONLY BE VALID IF IN WRITING AND SIGNED BY THE LANDLORD OR BY THE LANDLORD'S DESIGNATED REPRESENTATIVE FOR SUCH PURPOSE. [illegible]

18. [illegible]

19. [illegible]

20. THE TENANT'S GENERAL CONTRACTOR SHALL APPLY FOR OR SWITCH NAME FROM PRIOR TENANT (IF APPLICABLE) FOR ALL UTILITY METERS AND NOTIFY THE UTILITY COMPANY(S) OF THE NAME, ADDRESS AND PHONE NUMBER(S) OF THE CLIENT, FOR PERMANENT OR NEW SERVICES.

21. THE TENANT'S GENERAL CONTRACTOR [illegible] SPECIFIC CONTRACTOR SUPPLYING THE [illegible] SHOP DRAWINGS OF ALL MILLWORK [illegible] CONSTRUCTION FOR APPROVAL BY [illegible]

22. ALL EQUIPMENT, MILLWORK AND FIXTURES [illegible] UNLOADED, ASSEMBLED AND INSTALLED BY [illegible] GENERAL CONTRACTOR UNLESS OTHERWISE DIRECTED BY THE TENANT OR [illegible] REPRESENTATIVE. SEE WORK RESPONSIBILITY CHART.

23. ANY SUBSTITUTIONS OF FINISH MATERIALS MUST BE APPROVED BY THE ARCHITECT IN WRITING. THE TENANT'S GENERAL CONTRACTOR IS RESPONSIBLE FOR SUBMITTING TWO (2) SAMPLES OF EACH SUBSTITUTION.

24. EACH CONTRACTOR AND SUBCONTRACTOR PERFORMING TENANT'S WORK SHALL MAINTAIN CONTINUOUS PROTECTION OF ADJACENT PREMISES IN SUCH MANNER AS TO PREVENT ANY DAMAGE TO TENANT'S WORK OR ADJACENT PROPERTY AND IMPROVEMENTS BY REASON OF THE PERFORMANCE OF TENANT'S WORK. EACH CONTRACTOR AND SUBCONTRACTOR SHALL PROPERLY PROTECT TENANT'S WORK WITH LIGHTS, GUARD RAILS, AND BARRICADES AND SECURE ALL PARTS THEREOF AGAINST STORM AND ACCIDENT.

PROTECTION OF WORK IN PLACE WORK – WORK IN PLACE THAT IS SUBJECT TO INJURY BECAUSE OF OPERATIONS BEING CARRIED ON ADJACENT THERETO SHALL BE COVERED, BOARDED UP, OR SUBSTANTIALLY ENCLOSED WITH ADEQUATE PROTECTION. ALL FORMS OF PROTECTION SHALL BE CONSTRUCTED IN A MANNER SUCH THAT, UPON COMPLETION, THE ENTIRE WORK WILL BE DELIVERED TO THE OWNER IN PROPER, WHOLE, AND UNBLEMISHED CONDITION. ALL SUCH WORK SHALL BE CO-ORDINATED WITH THE LANDLORD'S REPRESENTATIVE.

THE ARCHITECT IS NOT RESPONSIBLE FOR JOB SITE SAFETY OR EXISTING CONDITIONS AT THE JOB SITE.

25. THE STRUCTURAL SYSTEM OF THE BUILDING HAS BEEN DESIGNED TO CARRY A MAXIMUM LIVE LOAD AS SPECIFIED IN THE LANDLORD'S CRITERIA AND LOADING IMPOSED BY ANY OF THE TENANT'S WORK ON A TEMPORARY OR PERMANENT BASIS SHALL NOT EXCEED SUCH SPECIFIED LOAD.

26. ANY ALTERATIONS, ADDITIONS OR REINFORCEMENTS TO LANDLORD'S STRUCTURE TO ACCOMMODATE TENANT'S WORK SHALL NOT BE PERFORMED WITHOUT IN EACH INSTANCE TENANT'S GENERAL CONTRACTOR OBTAINING LANDLORD'S PRIOR WRITTEN APPROVAL, AND THIS CONTRACTOR SHALL LEAVE LANDLORD'S STRUCTURE AS STRONG AS, OR STRONGER THAN THE ORIGINAL DESIGN AND WITH FINISHES UNIMPAIRED.

27. WHEN BIDDING THIS PROJECT, EACH CONTRACTOR SHALL BE RESPONSIBLE FOR VISITING THE SITE PRIOR TO BIDDING AND VERIFYING EXISTING CONDITIONS AS REFLECTED IN THESE CONTRACT DOCUMENTS. ANY EXTRA WORK REQUIRED BUT NOT INCLUDED IN THE DOCUMENTS SHALL BE REPORTED TO THE TENANT OR TENANT'S ARCHITECT IMMEDIATELY.

28. TENANTS AND LANDLORD'S GENERAL CONTRACTORS AND ALL SUBCONTRACTORS ARE REQUIRED TO OBTAIN THE FOLLOWING MINIMUM COVERAGE AND LIMITS OF LIABILITY. IF LANDLORD'S REQUIREMENT(S) ARE MORE STRINGENT, BOTH TENANT'S AND LANDLORD'S GENERAL CONTRACTORS ARE REQUIRED TO ADHERE TO MOST STRINGENT REQUIREMENTS.

A. WORKMANS COMPENSATION, AS REQUIRED BY STATE LAW AND INCLUDING EMPLOYER'S LIABILITY INSURANCE WITH A LIMIT OF NOT LESS THAN $1,000,000 AND ANY INSURANCE REQUIRED BY ANY EMPLOYEE BENEFITS ACTS OR OTHER STATUTES APPLICABLE WHERE THE WORK IS TO BE PERFORMED AS WILL PROTECT THE CONTRACTOR AND SUBCONTRACTORS FROM ANY AND ALL LIABILITY UNDER THE AFOREMENTIONED ACTS.

B. [illegible]

TENANT'S PROTECTIVE LIABILITY INSURANCE

[illegible]

A. BODILY INJURY, PER OCCURRENCE FOR PERSONAL INJURY AND/OR DEATH $2,000,000.00.

B. PROPERTY DAMAGE LIABILITY $500,000.00.

TENANT'S BUILDERS RISK INSURANCE-COMPLETED VALUE BUILDERS RISK MATERIAL DAMAGE INSURANCE COVERAGES

TENANT SHALL PROVIDE AN "ALL PHYSICAL LOSS" BUILDERS RISK INSURANCE POLICY ON THE WORK TO BE PERFORMED FOR TENANT IN THE LEASED PREMISES AS IT RELATES TO THE BUILDING WITHIN WHICH THE LEASED PREMISES ARE LOCATED. THE POLICY SHALL INCLUDE AS INSUREDS, TENANT, ITS CONTRACTOR AND SUBCONTRACTORS, THE LANDLORD, THE LANDLORD'S GENERAL CONTRACTOR, AS THEIR INTERESTS MAY APPEAR. THE AMOUNT OF INSURANCE TO BE PROVIDED SHALL BE 100% OF THE REPLACEMENT COSTS.

THE TENANT'S AND THE LANDLORD'S GENERAL CONTRACTORS ARE REQUIRED TO LIST ALL ADDITIONAL INSUREDS AS PER LANDLORD'S CRITERIA IN ADDITION TO TENANT'S ARCHITECT AND TENANT'S PROJECT MANAGEMENT COMPANY (IF APPLICABLE). INSURANCE REQUIREMENTS NOT OBTAINED BY THE GENERAL CONTRACTOR, AS NOTED ON THE DRAWINGS AND IN THESE SPECIFICATIONS, WILL NOT RELIEVE THE TENANT'S AND THE LANDLORD'S GENERAL CONTRACTOR OF THE RESPONSIBILITY IN LIABILITIES FOR THIS PROJECT. A COPY OF ALL INSURANCE PAPERS TO BE SENT TO THE TENANT'S PROJECT MANAGEMENT COMPANY, NOT FOR REVIEW BUT FOR RECORD PURPOSES ONLY.

[illegible]

IF THE FOREGOING REQUIREMENTS ARE NOT MET BY THE LANDLORD'S OR THE TENANT'S GENERAL CONTRACTOR, THAT GENERAL CONTRACTOR REMAINS OBLIGATED TO INDEMNIFY AND HOLD HARMLESS THE ARCHITECT/ENGINEER, ITS CONSULTANTS, EMPLOYEES, AGENTS AND ALL OTHER STATED INSUREDS FROM AND AGAINST ANY AND ALL LOSSES WHICH WOULD HAVE BEEN INDEMNIFIED AND INSURED AGAINST BY THE CONTRACTOR, BUT WERE NOT.

[illegible]

31. ONLY THE CLIENT'S REPRESENTATIVE, WITHOUT INVALIDATING THE CONTRACT, MAY ORDER EXTRA WORK, ALTER, ADD TO, OR DEDUCT FROM THE CONTRACT WORK. THE CONTRACT SUM SHALL BE ADJUSTED ACCORDINGLY, AND SUCH COSTS SHALL BE COMPETITIVE WITH LOCAL CONSTRUCTION COSTS.

[illegible]

33. NO TENANT EXTRAS FOR COSTS CAN BE AUTHORIZED UNLESS APPROVED IN WRITING BY THE ARCHITECT, THE TENANT'S CONSTRUCTION REPRESENTATIVE OR THE TENANT. ANY ISSUANCE OF CREDITS TO BE CALCULATED BASED ON COMPETITIVE RATES AND SUBMITTED TO THE ARCHITECT, THE TENANT'S CONSTRUCTION REPRESENTATIVE FOR THE TENANT OR THE TENANT.

34. FOR CLARIFICATION PURPOSES, TENANT, CLIENT AND OWNER ARE THE SAME PARTY, LANDLORD IS THE PARTY LEASING THE SPACE TO THE TENANT AND THE TENANT'S GENERAL CONTRACTOR WILL BE REQUIRED TO HANDLE ALL WORK IN THESE DOCUMENTS UNLESS SPECIFICALLY NOTED OTHERWISE.

35. THE TENANT'S AND THE LANDLORD'S GENERAL CONTRACTORS ARE REQUIRED TO HAVE ALL SUBCONTRACTORS REVIEW THESE ABOVE NOTES PRIOR TO BIDDING AND TO FOLLOW-UP AND EXECUTE AS WRITTEN.

36. THE TENANT'S GENERAL CONTRACTOR SHALL UNLOAD, PROTECT AND INSTALL INSTALL ONLY IF NOTED TO DO SO, TENANT'S EQUIPMENT, FIXTURES AND FURNISHINGS.

37. THE TENANT'S DESIGN CONCEPT LEAVES ZERO OR MINIMAL CLEARANCE FOR ERROR IN REGARD TO FIXTURE LAYOUT. "HOLD DIMENSIONS" INDICATIONS ARE TO BE ADHERED TO AND THE CONTRACTOR IS TOTALLY RESPONSIBLE FOR ERROR OR OMISSION. ANY QUESTIONS RELATING TO DIMENSIONING ARE TO BE ADDRESSED TO THE ARCHITECT ONLY.

[illegible]

39. ALL EXITS SHALL BE UNOBSTRUCTED AT ALL TIMES, DURING CONSTRUCTION AND OCCUPANCY.

40. THE GENERAL CONTRACTOR, AT THE POINT OF "SUBSTANTIAL COMPLETION" AND "TURNOVER" OF PREMISES TO TENANT, MUST COMPLETE, AT GENERAL CONTRACTOR'S COST AND EXPENSE (FINAL PAYMENT CANNOT BE REQUESTED UNLESS ALL OF THIS WORK NOTED IS COMPLETED).

[illegible]

41. THE GENERAL CONTRACTOR WILL BE REQUIRED TO PROTECT ALL NEUTRAL PIERS, LANDLORD'S AND ADJACENT TENANT CONSTRUCTION IF ADJACENT TO THIS TENANT'S WORK, AND MAKE ANY AND ALL REQUIRED REPAIRS TO THE SATISFACTION OF THE LANDLORD AND/OR THE TENANT IF THIS WORK IS DAMAGED.

42. IF THE TENANT'S, TENANT'S REPRESENTATIVE OR TENANT'S ARCHITECT DO NOT MAKE REPEATED SITE VISITS CONTINUALLY OR AT ALL, THE GENERAL CONTRACTOR IS NOT RELIEVED OF ANY RESPONSIBILITY OR DUTIES INVOLVED IN THIS CONSTRUCTION WORK.

43. THE CONSTRUCTION DRAWINGS LISTED ON THESE PLANS AND SPECIFICATIONS HAVE BEEN PREPARED BASED ON THE BEST INFORMATION AVAILABLE TO TENANT DURING PREPARATION OF PLANS. IN THE EVENT THAT PROBLEMS ARISE DURING THE COURSE OF THE PROJECT, DUE TO UNKNOWN SITE CONDITIONS OR CODE AND LANDLORD REQUIREMENTS BY ANY THAT CONFLICT WITH TENANT DRAWINGS, THE GENERAL CONTRACTOR SHALL INFORM THE TENANT'S ARCHITECT IMMEDIATELY.

[illegible]

45. SHOULD AN EXPANSION JOINT OCCUR IN THE LEASED PREMISES, TENANT'S CONTRACTOR IS RESPONSIBLE FOR ALL CONSTRUCTION AFFECTED BY SUCH JOINT, INCLUDING FLOOR, WALLS AND CEILING. GENERAL CONTRACTOR SHALL MAINTAIN INTEGRITY OF ALL SUCH EXPANSION JOINTS IN A MANNER CONSISTENT WITH ACCEPTABLE CONSTRUCTION DESIGN PRACTICES.

46. ALL DRILLING, WELDING OR OTHER ATTACHMENT TO THE STRUCTURAL SYSTEM MUST BE APPROVED BY LANDLORD OR LANDLORD'S AGENT IN WRITING BEFORE WORK IS BEGUN.

47. THE GENERAL CONTRACTOR IS REQUIRED TO ADHERE TO ALL NEW REQUIREMENTS, STATED OR NOT ON THESE PLANS AND SPECIFICATIONS, FOR THE LATEST A.D.A. LAW EFFECTIVE JANUARY 26, 1992. THIS LAW IS A CIVIL RIGHTS LAW AND THE EXCLUSION OF REQUIREMENTS BY THE LOCAL CODE OFFICIALS DOES NOT RELIEVE THE TENANT OR THE TENANT'S CONTRACTOR OF ADHERING TO THE NECESSARY WORK, EITHER DURING CONSTRUCTION OR AFTER OCCUPANCY.

48. QUALITY STANDARDS. ALL SUCH WORK SHALL BE PERFORMED IN A FIRST-CLASS WORKMANLIKE MANNER AND SHALL BE IN GOOD AND USABLE CONDITION AT THE DATE OF COMPLETION THEREOF. GENERAL CONTRACTOR SHALL REQUIRE ANY PERSON PERFORMING ANY SUCH WORK TO GUARANTEE THE SAME TO BE FREE FROM ANY AND ALL DEFECTS IN WORKMANSHIP AND MATERIALS FOR ONE (1) YEAR FROM THE DATE OF COMPLETION THEREOF. TENANT SHALL ALSO REQUIRE ANY SUCH PERSON TO BE RESPONSIBLE FOR THE REPLACEMENT OR REPAIR WITHOUT ADDITIONAL CHARGE OF ANY AND ALL WORK DONE OR FURNISHED BY OR THROUGH SUCH PERSON WHICH SHALL BECOME DEFECTIVE WITHIN ONE (1) YEAR AFTER SUBSTANTIAL COMPLETION OF THE WORK. THE CORRECTION OF SUCH WORK SHALL INCLUDE, WITHOUT ADDITIONAL CHARGE, ALL EXPENSES AND DAMAGES IN CONNECTION WITH SUCH REMOVAL, REPLACEMENT OR REPAIR OF ANY PART OF THE WORK WHICH MAY BE DAMAGED OR DISTURBED THEREBY. ALL WARRANTIES OR GUARANTEES AS TO MATERIALS OR WORKMANSHIP ON OR WITH RESPECT TO TENANT'S WORK SHALL BE CONTAINED IN THE CONTRACT OR SUBCONTRACT WHICH SHALL BE MADE TO THE BENEFIT OF BOTH LANDLORD AND TENANT, AS THEIR RESPECTIVE INTERESTS APPEAR AND CAN BE DIRECTLY ENFORCED BY EITHER. GENERAL CONTRACTOR TO HAVE THIS CLAUSE IN EVERY SUBCONTRACTOR AGREEMENT FOR THE PROJECT AND IF SUCH CLAUSE IS NOT INCLUDED, IT WILL NOT RELIEVE THE GENERAL CONTRACTOR OF THE REQUIREMENTS OR WORK STATED HEREIN.

49. TENANT'S WORK SHALL BE COORDINATED WITH THAT OF LANDLORD AND OTHER TENANTS IN THE BUILDING TO SUCH EXTENT THAT TENANT'S WORK WILL NOT INTERFERE WITH OR DELAY COMPLETION OF OTHER CONSTRUCTION WORK IN THE SHOPPING CENTER.

50. CONTRACTOR IS TO VERIFY THAT THIS SPACE IS ASBESTOS FREE. NO ASBESTOS WORK IS TO BE COMPLETED BY THIS CONTRACTOR UNLESS SPECIFICALLY NOTED IN THESE PLANS AND SPECIFICATIONS. IF ASBESTOS IS UNCOVERED, NOTIFY THE TENANT'S REPRESENTATIVE IMMEDIATELY AND STOP ALL WORK.

51. ALL WORK TO BE COMPLETED FOLLOWING LANDLORD'S CONSTRUCTION "RULES AND REGULATIONS", IF APPLICABLE. THE GENERAL CONTRACTOR IS RESPONSIBLE DURING THE BIDDING PROCEDURES, FOR CONTACTING THE LANDLORD'S REPRESENTATIVE FOR A COPY OF THESE "RULES AND REGULATIONS" AND TO INCLUDE ANY COSTS IN THE WORK QUOTED TO THE TENANT.

[illegible]

53. THE CONTRACTOR SHALL BE SOLELY RESPONSIBLE FOR AND HAVE CONTROL OVER CONSTRUCTION MEANS, METHODS, TECHNIQUES, SEQUENCES, AND PROCEDURES AND FOR COORDINATING ALL PORTIONS OF THE WORK UNDER THE CONTRACT, UNLESS CONTRACT DOCUMENTS GIVE OTHER SPECIFIC INSTRUCTIONS CONCERNING THESE MATTERS. SEE AIA DOCUMENT A201 GENERAL CONDITIONS OF THE CONTRACT FOR CONSTRUCTION ARTICLE 3, SECTION 3.3.1 (1987 EDITION).

54. THE ARCHITECT SHALL NOT HAVE CONTROL OVER OR CHARGE OF AND SHALL NOT BE RESPONSIBLE FOR CONSTRUCTION MEANS, METHODS, TECHNIQUES, SEQUENCES, OR PROCEDURES, OR FOR SAFETY PRECAUTIONS AND PROGRAMS IN CONNECTION WITH THE WORK, SINCE THESE ARE SOLELY THE CONTRACTOR'S RESPONSIBILITY UNDER THE CONTRACT FOR CONSTRUCTION. SEE AIA DOCUMENT B141 STANDARD FORM OF AGREEMENT BETWEEN OWNER AND ARCHITECT, ARTICLE 2, SECTION 2.6.6 (1987 EDITION).

[illegible]

56. IF THERE IS A DISCREPANCY BETWEEN A SMALLER DETAIL OR PLAN REGARDING INFORMATION, SIZING, MEASURES, ETC. AND A LARGER DETAIL OR PLAN, THE GENERAL CONTRACTOR AND / OR THE SUBCONTRACTOR WORKING ON THE DETAIL / PLAN IS TO CONTACT THE ARCHITECT OR THE ARCHITECT'S REPRESENTATIVE PRIOR TO STARTING THAT PARTICULAR WORK.

# SPECIFIC NOTES

GENERAL CONTRACTOR IS REQUIRED TO HAVE ALL OF HIS/ HER SUBCONTRACTORS READ THESE NOTES AND ADD ANY/ALL COSTS TO THEIR SPECIFIC SCOPE OF WORK/ SERVICES.)

1. THE TENANT'S GENERAL CONTRACTOR SHALL FURNISH AND INSTALL, AS REQUIRED, HAND OPERATED FIRE EXTINGUISHERS (DURING THE CONSTRUCTION PHASE).

2. ALL NEW CEILINGS, SHALL BE UNDERWRITERS' APPROVED AND OF THE NONCOMBUSTIBLE TYPE WITH AN UNDERWRITERS LABORATORY LABEL MEETING THE LATEST CODE AND ALL JURISDICTIONAL AUTHORITIES HAVING CONTROL OVER THIS LOCATION.

3. THE TENANT'S GENERAL CONTRACTOR AND/OR HIS ELECTRICAL SUBCONTRACTOR IS TO VERIFY ALL EQUIPMENT SPECIFICATIONS AND REQUIREMENTS WITH THE TENANT OR THE TENANT'S CONSTRUCTION REPRESENTATIVE PRIOR TO START OF CONSTRUCTION. THIS CONTRACTOR TO VERIFY AMPERAGE AND VOLTAGE SPECIFICATIONS AND REQUIREMENTS (SERVICE AND PANEL SPECIFICATIONS) WITH THE ELECTRICAL SUBCONTRACTOR IN COORDINATION WITH EQUIPMENT SPECIFICATIONS FOR EQUIPMENT SUPPLIED BY THE TENANT, THE CONTRACTOR(S) OR OTHER SOURCES (AS SPECIFIED BY THE ARCHITECT) AS A DOUBLE CHECK TO ASCERTAIN PROPER INSTALLATION OF EQUIPMENT AT THE CORRECT VOLTAGE/AMPERAGE.

4. THE TENANT'S GENERAL CONTRACTOR AND/OR ELECTRICAL SUBCONTRACTOR IS TO INSTALL EMERGENCY AND EXIT LIGHTING, AS REQUIRED BY LOCAL CODE OR AGENCIES HAVING JURISDICTION OVER THE PROJECT. THE EXIT/EMERGENCY LIGHTING SHOULD BE PROPERLY LABELED AND APPROVED TYPE LOCK-OUTS INSTALLED ON CIRCUIT BREAKERS.

5. THE TENANT'S GENERAL CONTRACTOR SHALL SUPPLY ALL NECESSARY GROUNDS FOR MILLWORK AND FIXTURES, FITTINGS AND EQUIPMENT AS REQUIRED.

6. ALL NEW STOREFRONT AND INTERIOR GLAZING, AS WELL AS FRAMING MATERIALS UTILIZED, MUST COMPLY WITH ALL APPLICABLE CODES, LANDLORD'S CRITERIA, TENANT'S DRAWINGS AND SAFETY GLAZING STANDARDS. STOREFRONT TO BE INSTALLED BY GLAZING SUBCONTRACTOR CAREFULLY FOLLOWING REQUIREMENTS AND DETAILS FOR DESIGN AGAINST WIND LOAD CONSIDERATIONS, EVEN THOUGH SUCH INSTALLATION OF STOREFRONT GLAZING IS IN AN ENCLOSED BUILDING.

7. [illegible]

8. [illegible]

9. [illegible]

10. [illegible]

11. THE TENANT'S MECHANICAL SUBCONTRACTOR IS RESPONSIBLE FOR VISITING THE SITE PRIOR TO SUBMITTING A BID FOR THE WORK ON THIS PROJECT. THE CONTRACTOR TO FURNISH AND INSTALL NEW MECHANICAL H.V.A.C. UNIT(S) PER LANDLORD REQUIREMENTS (OR REUSE EXISTING UNIT(S) AS INDICATED ON THE PLANS), INCLUDING STRUCTURAL SUPPORTS. THIS CONTRACTOR TO INSTALL NEW MAIN TRUNK LINE(S), INSTALL NEW BRANCH DUCT (HARD AND FLEXIBLE) COLLARS, DIFFUSERS, REGISTERS, ETC. AND INSTALL NEW "T" STAT(S) AS REQUIRED.

12. THE TENANT'S GENERAL CONTRACTOR IS RESPONSIBLE FOR FURNISHING AND INSTALLING ALL TOILET ACCESSORIES, AS WELL AS INSTALLING NEW TOILET ROOM(S) OR REUSING/UPGRADING THE EXISTING TOILET(S) IN THESE PREMISES AS INDICATED IN THE DRAWINGS TO A NEW A.D.A. APPROVED FACILITY AS SPECIFIED IN THE LEASE AND/ OR SCOPE OF WORK.

13. ALL TOILET ROOM SHEETROCK TO BE WATER RESISTANT, FIRE-RETARDANT, AND 5/8" THICK.

14. THE TENANT'S GENERAL CONTRACTOR SHALL COORDINATE WITH THE LANDLORD'S MECHANICAL SUBCONTRACTOR TO INSTALL ALL NECESSARY MISCELLANEOUS STRUCTURAL STEEL SHAPES TO BE INSTALLED WHERE DIRECTED BY THE LANDLORD'S REPRESENTATIVE FOR ADDITIONAL SUPPORT OF MECHANICAL EQUIPMENT, HEATER, DUCTWORK, COLLARS, DIFFUSERS, REGISTERS, EXHAUSTS, FANS, ETC.

15. ALL GYPSUM BOARD TO BE 5/8" GYPSUM WALL BOARD, FIRE-CODE "X" BOTH SIDES AND ALL METAL STUDS TO BE 3 5/8" MET. STUDS – MINIMUM GAUGE AS PER CODE AT 16" O.C. TO UNDERSIDE OF DECK ABOVE UNLESS NOTED OTHERWISE. DEMISING WALL FIRE RATING TO BE DETERMINED BY GENERAL CONTRACTOR RESPONDING TO LANDLORD AND CODE REQUIREMENTS. SEE PLANS AND SPECIFICATIONS FOR WALL INDICATIONS. ALL PENETRATIONS FOR SUPPLY OR RETURN AIR, ETC., TO HAVE PROPERLY INSTALLED FIRE DAMPERS MEETING THE LATEST FIRE DEPARTMENT REQUIREMENTS, BASED ON SPECIFIC LOCATION OF TENANT'S SPACE IN SHOPPING CENTER (OR BUILDING, AS APPLICABLE).

# SPECIFIC NOTES CONTINUED

16. ALL GYPSUM BOARD TO BE APPLIED VERTICALLY ON WALLS UNLESS NOTED OTHERWISE. ALL GYPSUM BOARD TO BE FIRE RESISTANT/NONCOMBUSTIBLE AS SPECIFIED BY LOCAL CODES.

17. ALL METAL FRAMING, GYPSUM BOARD PARTITIONS, SOFFITS, AND FACADES BY THE TENANT'S GENERAL CONTRACTOR, UNLESS OTHERWISE NOTED.

18. ALL GYPSUM BOARD TO BE FIRETAPED AND SPACKLED THREE (3) COATS, SANDED AND READY TO RECEIVE PAINT OR WALL COVERING.

19. ALL DOORS, METAL DUCKS TRIMMED OPENINGS AND HARDWARE, INCLUDING LOCKS, TO BE PROVIDED BY THE TENANT'S GENERAL CONTRACTOR UNLESS OTHERWISE NOTED.

20. THE TENANT'S GENERAL CONTRACTOR IS RESPONSIBLE TO CUT AND FRAME ALL OPENINGS FOR OTHER TRADES, SUCH AS MECHANICAL, SPRINKLER, PLUMBING, ELECTRICAL, TENANT'S FIXTURE CONTRACTOR, THROUGH PARTITIONS AND STRUCTURAL WALLS.

21. ALL THE FLOOR FINISHES, WITHIN THE PREMISES, OR AT THE TRANSITION BETWEEN LANDLORD FLOOR FINISHES AND TENANT'S FLOOR FINISHES (AT ENTRY OR REAR DOOR, AS APPLICABLE) ARE TO BE SMOOTH AND LEVEL TO AVOID TRIPPING HAZARDS AND BE WITHIN THE REQUIREMENTS OF BARRIER FREE DESIGN. IF AN EXPANSION JOINT COVER IS REQUIRED, SUCH COVER IS TO BE LEVEL AND SMOOTH WITH TENANT'S FLOOR FINISH ELEVATION AND WILL NOT PROJECT ABOVE SUCH FLOOR FINISH ELEVATION. IF THE EXISTING SLABS ARE NOT LEVEL, THE TENANT'S GENERAL CONTRACTOR IS REQUIRED TO COMPLETE FLASH PATCHING THROUGHOUT TO OBTAIN A SMOOTH AND LEVEL CONCRETE SLAB.

22. THE GENERAL CONTRACTOR IS RESPONSIBLE FOR OBTAINING APPROVAL FROM THE BUILDING AND ELECTRICAL INSPECTORS FOR ALL CONCEALED WORK PRIOR TO CLOSING UP WALLS, FLOORS, CEILINGS.

23. FACTORY FINISHED GRILLES, DIFFUSERS, METAL TRIM (DUCKS, ETC.), ACCESSORIES, SWITCH AND OUTLET PLATES, ETC., ARE TO BE PAINTED TO MATCH ADJACENT SURFACE IN AN ENAMEL CLEANABLE FINISH, OR AS SPECIFIED ON THESE DRAWINGS.

24. TENANT'S G.C. SHALL BRING IN ALL ADDITIONAL SERVICES, ADEQUATE FOR TENANT'S NEEDS AS REQUIRED, INCLUDING, BUT NOT LIMITED TO ELECTRIC, SPRINKLER, SOIL (WASTE) AND DOMESTIC WATER LINES (WHEN APPLICABLE).

25. THE GENERAL CONTRACTOR IS REQUIRED TO REPAIR ANY LANDLORD NEUTRAL PIERS ADJACENT TO TENANT PREMISES, BUILDING SOFFITS OR ADJACENCIES, IF SUCH REPAIR IS NECESSITATED BECAUSE OF THE TENANT'S GENERAL CONTRACTOR'S REMOVAL OF THE BARRICADE, OR DAMAGES DONE DURING THE COURSE OF CONSTRUCTION.

[illegible]

27. THE GENERAL CONTRACTOR TO INCLUDE IN HIS/HER QUOTATION(S), ALL COSTS IN COMPLETING BELOW SLAB WASTE PIPING OVERHEAD DOMESTIC WATER LINES, VENT LOOPS OR PENETRATIONS THROUGH ROOF AS WELL AS ALL SECURITY COSTS, REPAIRS TO WALLS, CEILING, FLOORS IN TENANT'S SPACE, LANDLORD'S SPACE OR ADJOINING TENANT'S SPACES.

28. THE GENERAL CONTRACTOR TO FURNISH AND INSTALL NEW TOILET EXHAUST (TENANT PROVIDES LIGHT/FAN COMBINATION UNIT) WITH ASSOCIATED DUCTWORK, ROOF PENETRATIONS, OR HOOK UP TO COMMON EXHAUST DUCT WITH BACK-DRAFT DAMPER ETC., INCLUDING ASSOCIATED ELECTRICAL HOOKUP AND PANEL CONNECTIONS OR REFURBISH EXISTING LIGHT/FAN UNIT(S) TO LIKE NEW CONDITION (WHERE NOTED ON THE PLANS), WHETHER SUCH WORK IS SHOWN OR NOT SHOWN ON PLANS AND SPECIFICATIONS AS APPLICABLE.

29. IF A SMOKE EVACUATION AND/OR DETECTION SYSTEM OCCURS FOR THIS SPACE, IT SHALL BE LEFT INTACT DURING CONSTRUCTION AND ANY NEW WORK, MODIFICATION AND REWIRING TO BE COMPLETED DURING CONSTRUCTION PHASE TO POINT OF NEW PANELS.

30. GENERAL CONTRACTOR AND/OR HIS PLUMBING SUBCONTRACTOR, WITH LANDLORD'S PRIOR WRITTEN APPROVAL, TO SAWCUT (OR CORE DRILL, WHICH EVER IS APPLICABLE) CONCRETE SLAB IF SAWCUTTING OCCURS, INSTALL UNDERSLAB PLUMBING WASTE PIPING. FURNISH AND INSTALL NEW CONCRETE SLAB IN EXCAVATED AREA TO MATCH EXISTING ADJACENT SLAB IN THICKNESS, STRESS AND STRENGTH PINNING BOTH EXISTING TO NEW SLAB WITH 1/2"Ø STEEL RODS [illegible] O.C. STAGGERED.

31. THE GENERAL CONTRACTOR AND/OR HIS/HER SUBCONTRACTOR TO PROVIDE & INSTALL WHERE INDICATED A NEW REAR [illegible] DOOR OR BRING EXISTING [illegible] DOOR TO LIKE NEW CONDITION. PAINT BOTH INTERIOR AND EXTERIOR OF DOOR SEMI-GLOSS PAINT, COLOR TO MATCH ADJACENT WALL SURFACE. FURNISH AND INSTALL 4" HIGH STENCILED LETTERS ON EXTERIOR SIDE OF DOOR INDICATING NAME OF STORE AS PER LANDLORD/BUILDING SERVICE DOOR SIGNAGE REQUIREMENTS. REFURBISH, IF EXISTING, OR INSTALL NEW AUDIBLE PANIC BAR ASSEMBLY, NEW A.D.A. COMPLIANT CLOSER AND A.D.A. HEIGHT PEEPHOLE ON REAR EXIT DOOR. SEE DOOR SCHEDULE FOR ADDITIONAL DOOR REQUIREMENTS.

32. ENGINEER, FURNISH AND INSTALL ANY/ALL REQUIRED FIRE ALARM, SMOKE EVACUATION, SMOKE DETECTION SYSTEMS, INCLUDING ANY/ ALL PARTS AND LABOR (OR MODIFY EXISTING AS REQUIRED), TO MEET LOCAL CODE, LANDLORD REQUIREMENTS AND FIRE MARSHAL SPECIFICATIONS WHETHER SUCH WORK IS OR IS NOT SHOWN ON PLANS AND SPECIFICATIONS.

33. THE GENERAL CONTRACTOR TO HIRE A LOCAL STRUCTURAL ENGINEER TO DESIGN ALL STRUCTURAL SUPPORTS/MEMBERS FOR SUPPORT OF NEW H.V.A.C. EQUIPMENT AND A STRUCTURAL SUBCONTRACTOR TO (SEE SPECIFIC NOTE NO. 14). FURNISH AND INSTALL SUPPORTS/MEMBERS, ETC. FOR MECHANICAL H.V.A.C. UNIT(S) & EQUIPMENT IF REQUIRED BY THE MALL OR BUILDING DEPARTMENT.

34. TENANT'S GENERAL CONTRACTOR TO FURNISH AND INSTALL 16 GAUGE STRAPPING GROUNDS BLOCKING CONNECTION POINTS FOR NEW FULL DOWN WALL SUPPORTED BABY CHANGING UNIT IN STORE TOILET ROOM (WHEN APPLICABLE).

35. ALL REQUIRED DEMOLITION, IF REQUIRED, BY TENANT'S GENERAL CONTRACTOR AND HIS/HER DEMOLITION CONTRACTOR UNLESS NOTED OTHERWISE.

36. TENANT'S GENERAL CONTRACTOR CLEANING SERVICE IS REQUIRED ON THE NIGHT BEFORE THE SCHEDULED STORE OPENING TO CLEAN AND BUFF ALL FLOORS AND CLEAN STOREFRONT GLAZING (INSIDE AND OUTSIDE).

37. ALL ROOF WORK TO BE COMPLETED BY THE LANDLORD'S DESIGNATED ROOFING CONTRACTOR AT TENANT GENERAL CONTRACTOR'S EXPENSE AS APPLICABLE. MOUNTING OF UNIT AND ROOF PENETRATIONS SHALL BE APPROVED BY LANDLORD PRIOR TO INSTALLATION.

38. THE GENERAL CONTRACTOR'S MECHANICAL CONTRACTOR TO INSTALL DUCT DETECTOR IN H.V.A.C. RETURN/ SUPPLY AIR DUCT AS REQUIRED PER MALL AND LOCAL CODE REQUIREMENTS AS APPLICABLE. SEE MECHANICAL SHEETS FOR ADDITIONAL INFORMATION.

39. TENANT'S GENERAL CONTRACTOR TO FURNISH AND INSTALL 5/8" TYPE "X" GYPSUM BOARD (AND ALL REQUIRED ADDITIONAL METAL FRAMING) TO DECK ABOVE ON BACKSIDE OF STOREFRONT FRAMING OR MODIFY/SUPPLEMENT EXISTING AS REQUIRED.

40. TENANT'S GENERAL CONTRACTOR TO PROVIDE AN ELASTOMERIC MEMBRANE IN TOILET ROOM (WHEN APPLICABLE).

41. TENANT'S GENERAL CONTRACTOR (OR MALL'S DESIGNATED AUTHORIZED CONTRACTOR AT TENANT GENERAL CONTRACTOR'S EXPENSE) TO REMOVE OR REPLACE AS REQUIRED ANY AND ALL EXISTING P.V.C. PIPES (IF EXISTING) WITH CODE ALLOWABLE MATERIALS THROUGHOUT LEASED PREMISES IF REQUIRED PER LOCAL CODES.

ACCEPTABLE FOR PERMIT UNDER DIR NO 14-1975

MAY 18 2001

CYRIL ECHARAY

| DATE | ISSUE |
|---|---|
| 2/2/01 | BID, VENDORS, L & BUILDING DEPARTMENT |
| [illegible] | G.C., VENDORS, & LL |
| [illegible] | T.S.C., VENDORS, LL & LANDMARKS |
| 04/18/01 | △ LANDMARKS COMMENTS / T.R.P. |
| 04/11/01 | △ TENANT REVISION / T.R.P. |
| DATE | No. REVISIONS / BY |

THE GENERAL CONTRACTOR AND/OR ALL SUB-CONTRACTORS WORKING FROM THESE PLANS AND SPECIFICATIONS ARE NOT TO SCALE SUCH INFORMATION BUT TO CONTACT THE ARCHITECT OR HIS REPRESENTATIVE REGARDING MEASUREMENTS. IF SUCH MEASUREMENTS DO NOT APPEAR CORRECT, ADD UP PROPERLY OR SCALE CORRECTLY TO THE INDICATED SIZE.

500 Valley Road
Wayne, NJ 07470
Tel 973 · 692 · 0222
Fax 973 · 692 · 0223
tg@tricarico.com

THE TRICARICO GROUP
Architecture
Interior Design

NICHOLAS J. TRICARICO
CONSULTING ARCHITECT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AL | #1926 | LA | #2947 | OK | #2203 | | |
| AK | | ME | #974 | OR | #2606 | | |
| AZ | #13750 | MD | #6583 | PA | #RA-8030 | | |
| AR | #1595 | MA | #4576 | RI | #1077 | | |
| CA | #C-015102 | MI | #2853 | SC | #2126 | | |
| CO | #C-2445 | MN | #15993 | SD | #3754 | | |
| CT | #5000 | MS | #1348 | TN | #012534 | | |
| DC | #3433 | MO | #A-4553 | TX | #9785 | | |
| DE | #2673 | MT | #1339 | UT | #1353 | | |
| FL | #7605 | NE | #A-1739 | VT | #1297 | | |
| GA | #3478 | NV | #1678 | VA | #4220 | | |
| HI | #AR-10597 | NH | #1112 | WA | #4306 | | |
| ID | #1321 | NJ | #5411 | WV | #1468 | | |
| IL | #001-010719 | NM | #1724 | WI | #A-5097 | | |
| IN | #4114 | NY | #012294 | WY | #C-1001 | | |
| IA | #2364 | NC | #3053 | | | | |
| KS | #2777 | ND | #675 | PR | #14435 | | |
| KY | #2119 | OH | #6088 | GUAM | #332 | | |

© ALL RIGHTS RESERVED

THIS DRAWING, THE DESIGN INDICATED, THE FORMAT AND ARRANGEMENTS ARE THE PROPERTY OF THE TRICARICO GROUP. ANY USE OR REUSE OF ORIGINAL OR ALTERED DESIGN MATERIALS BY THE CLIENT, AGENTS OF THE CLIENT OR OTHER PARTIES WITHOUT THE REVIEW AND WRITTEN APPROVAL OF THE DESIGN PROFESSIONAL SHALL BE AT THE SOLE RISK OF THE CLIENT. FURTHERMORE THE CLIENT AGREES TO DEFEND, INDEMNIFY AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL CLAIMS, INJURIES, DAMAGES, LOSSES, EXPENSES AND ATTORNEY'S FEES ARISING OUT OF MODIFICATION OR REUSE OF THESE MATERIALS.

PROJECT: THE CHILDREN'S PLACE

LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.

| PROJECT NO. | DRAWN BY |
|---|---|
| 00586 | JG |
| SCALE: | CHECKED BY: |
| AS NOTED | H.W. |
| DATE: | APPROVED BY: |
| 2/2/01 | |

DRAWING NAME: GENERAL & SPECIFIC NOTES

NICHOLAS J. TRICARICO
CONSULTING ARCHITECT

DRAWING NO. T1.1

SEAL



# 1 DEMOLITION FLOOR PLAN

SCALE: 1/8"=1'-0"

| | |
|---|---|
| ══ | EXISTING WALLS TO REMAIN |
| ══ | REMOVE EXISTING CONSTRUCTION |

## DEMOLITION LEGEND

## GENERAL DEMOLITION NOTES

- ALL WORK TO BE CONDUCTED BY TENANT'S GENERAL CONTRACTOR AT TENANT'S GENERAL CONTRACTOR'S EXPENSE.
- CONTRACTOR IS TO VERIFY THAT THE SPACE IS ASBESTOS FREE.
- CONTRACTOR TO COMPLETE ALL DEMOLITION AS NOTED IN PLANS AND SPECIFICATIONS AND REMOVE ALL DEBRIS AND RUBBISH FROM THE PROJECT AND SHOPPING CENTER SITE.
- DEMOLITION WORK WILL REQUIRE APPROVAL FROM THE LOCAL BUILDING DEPARTMENT, AND ALL INSURANCE PAPERS AS REQUIRED BY THE LANDLORD OF THE BUILDING TO BE SUBMITTED WITH THE REQUIRED LIMITS OF LIABILITY AND INDICATION OF INSURED PRIOR TO STARTING WORK.
- ALL AREAS WHERE DEMOLITION IS TO OCCUR TO BE SECTIONED OFF FROM THE PUBLIC AND ALL REQUIRED SHORING, BARRICADING, AND SCAFFOLDING TO BE THE RESPONSIBILITY OF THE DEMOLITION CONTRACTOR.
- ALL WORK TO BE IN ACCORDANCE WITH O.S.H.A. REQUIREMENTS.
- REMOVE ALL RUBBISH AND DEBRIS FROM THE PROJECT SITE WITHIN A 24 HOUR PERIOD OR PLACE IN PRE-APPROVED DUMPSTER LOCATIONS. THIS CONTRACTOR TO RECEIVE APPROVAL OF DUMPSTER LOCATION FROM BUILDING LANDLORD REPRESENTATIVE.
- ALL DEBRIS REMOVED FROM THE PROJECT SITE TO BE DUMPED ONLY IN AN APPROVED DUMPING SITE. NO ASBESTOS REMOVAL OR DEBRIS DUMPING TO BE COMPLETED BY THIS CONTRACTOR.
- DEMOLITION CONTRACTOR TO CONTACT BUILDING LANDLORD REPRESENTATIVE AND ALL UTILITY COMPANY REPRESENTATIVES HAVING JURISDICTION OVER THIS PROJECT TO ASCERTAIN BUILDING AND UTILITY COMPANY LINES ABOVE, WITHIN, OR BELOW THE PREMISES TO AVOID ANY POSSIBILITIES OF CUTTING SUCH LINES, CAUSING EXPLOSIONS, ELECTRICAL OUTAGES, LEAKS, ETC.
- COMPLETE ALL WORK FOLLOWING LANDLORD'S CONSTRUCTION "RULES AND REGULATIONS", IF APPLICABLE.
- DEMOLITION OR DEMOLITION REMOVAL TO BE COMPLETED IN A MANNER THAT THE "QUIET ENJOYMENT" OF ALL ADJACENT TENANTS OR THE MALL IS ADHERED TO AND THE OPERATION OF ADJACENT TENANTS OR THE MALL IS NOT HAMPERED IN ANY WAY.
- PROTECTION OF ADJACENT TENANTS OR SPACES IS REQUIRED PRIOR TO ACTUAL DEMOLITION.
- COMPLETE ALL CUTTING OF SERVICES OR UTILITIES AFFECTING THE MALL OR ADJACENT TENANTS INCLUDING SPRINKLER OPERATION ON "OFF HOUR".
- ALL ELECTRICAL DEMOLITION TO BE COMPLETED BY A BONDABLE LICENSED ELECTRICIAN.
- ALL PLUMBING DEMOLITION TO BE COMPLETED BY A BONDABLE LICENSED PLUMBER. CAP ALL DOMESTIC AND WASTE PIPING IN WALLS AND FLOORS RESPECTIVELY.
- DEMOLITION WORK TO BE PHASED TO ALLOW PROPER EGRESS FOR WORKMEN IN CASE OF FIRE OR HAZARD AND NO DEMOLITION WORK CAN OCCUR IF THE WORK JEOPARDIZES A MEANS OF EGRESS FOR THE PUBLIC OR PROJECT EMPLOYEES.
- ALL FLOORING AND CEILING MATERIALS TO BE REMOVED UNLESS OTHERWISE NOTED.
- REMOVE ALL WALL FINISHES AND TRIM WITHIN "AREA OF WORK", WHICH INCLUDE BUT ARE NOT LIMITED TO CARPET/VINYL BASE, SLATWALL, WALLCOVERING, WOOD TRIM AND CASINGS, AND CASE MATERIALS.
- ALL LABOR TO BE COMPATIBLE WITH OTHER LABOR COMPLETING WORK IN THE SHOPPING CENTER OR BUILDING (AS APPLICABLE).
- ALL PENETRATIONS THROUGH DEMISING WALLS, WITH DUCTS OR PIPING, TO BE FILLED AT OPENING WITH "FIRESTOPPING" MATERIALS TO MAINTAIN THE INTEGRITY OF A ONE (1) HOUR PARTITION FLOOR TO CEILING. ALL DUCTWORK PENETRATING THESE PARTITIONS TO HAVE A FIRE DAMPER INSTALLED, SUCH DAMPER TO BE TESTED BY H.V.A.C. SUBCONTRACTOR AND FIRE MARSHAL.
- MECHANICAL SUBCONTRACTOR TO REMOVE ALL EXISTING MECHANICAL EQUIPMENT, DUCTWORK, PLUMBING FIXTURES, PIPING SYSTEMS, ETC., NOT BEING REUSED (SEE SHEETS M1.0 AND M2.0 FOR ADDITIONAL INFORMATION)
- MECHANICAL SUBCONTRACTOR IS NOT ALLOWED TO LEAVE THESE ITEMS IN PLACE AND ABANDON SUCH ITEMS, IT MUST REMOVE SAME FROM PROJECT SITE.
- SPRINKLER SUBCONTRACTOR TO REMOVE ALL EXISTING SPRINKLER EQUIPMENT, PIPE, DROPS, ETC. NOT BEING USED ON THE PROJECT SITE AND NOT TO SIMPLY ABANDON SUCH EQUIPMENT, PIPES, ETC., BUT TO DISCARD AND REMOVE FROM THE PROJECT SITE. ALL UNUSED EXISTING SPRINKLER HEADS TO BE REMOVED FROM SITE AS WELL.

## SPECIFIC DEMOLITION NOTES

1. MECHANICAL SUBCONTRACTOR TO REMOVE ANY EXISTING MECHANICAL EQUIPMENT (REMOVE EXISTING EQUIPMENT AND DISCARD FROM SITE TO AN APPROVED DUMPING SITE) INCLUDING ALL EXISTING MECHANICAL UNITS DUCTWORK SERVICING EXISTING TENANT SPACES, PLUMBING FIXTURES, PIPING SYSTEMS, & STRUCTURAL FRAMING, ETC. NOT BEING REUSED (SEE SHEETS M1.0 & M2.0 FOR ADDITIONAL INFORMATION) - MECHANICAL SUBCONTRACTOR IS NOT ALLOWED TO LEAVE THESE ITEMS IN PLACE AND ABANDON SUCH ITEMS, BUT REMOVE SAME FROM PROJECT SITE.
2. TENANT'S GENERAL CONTRACTOR (OR MALL DESIGNATED AUTHORIZED CONTRACTOR AT TENANT GENERAL CONTRACTOR'S EXPENSE) TO REMOVE OR REPLACE AS REQD. ALL EXISTING P.V.C. PIPING (IF EXISTING) WITH CODE ALLOWABLE MATERIALS THROUGHOUT LEASED PREMISES AS REQD. PER LOCAL CODES.
3. ALL ROOF WORK TO BE COMPLETED BY THE LANDLORD'S DESIGNATED ROOFING CONTRACTOR AT TENANT GENERAL CONTRACTOR'S EXPENSE (AS APPLICABLE) MOUNTING OF UNIT AND ROOF PENETRATIONS SHALL BE APPROVED BY LANDLORD PRIOR TO INSTALLATION.
4. GENERAL CONTRACTOR TO NOTIFY ARCHITECT IMMEDIATELY IF ANY EXISTING CONDITIONS DISCOVERED DURING THE DEMOLITION PHASE AFFECT THE PROPOSED DESIGN.
5. THE TENANT'S GENERAL CONTRACTOR IS TO HIRE A LOCAL STRUCTURAL ENGINEER OR MALL'S STRUCTURAL ENGINEER (IF REQUIRED BY MALL) TO PROVIDE DRAWINGS AND CALCULATIONS AS REQUIRED BY THE LANDLORD AND/OR THE BUILDING DEPARTMENT FOR THE SUPPORT OF THE NEW HVAC UNIT. THE GENERAL CONTRACTOR IS REQUIRED TO PROVIDE ALL NECESSARY MISCELLANEOUS STRUCTURAL STEEL SHAPES, SUPPORTS, FRAMING AND BRACING FOR THE NEW MECHANICAL UNIT(S), DUCTWORK, COLLARS, DIFFUSERS, REGISTERS, EXHAUST FANS, HEATERS, ETC.) AS REQUIRED.
6. REMOVE THE FOLLOWING THROUGHOUT THE LEASED SPACE UNLESS OTHERWISE NOTED.
   * FLOOR FINISHES, UNLESS NOTED OTHERWISE, DOWN TO THE CONCRETE SLAB OR WOOD SUBFLOOR INCLUDING, BUT NOT LIMITED TO, ANY AND ALL ADHESIVES OR GROUT.
   * WALL FINISHES INCLUDING STANDARDS * ALL CEILING GRID AND TILE UNLESS NOTED OTHERWISE
   * ALL LIGHT FIXTURES UNLESS NOTED OTHERWISE
   * H.V.A.C. EQUIPMENT (COORDINATE WITH MECHANICAL SHEETS M1.0 & M2.0 FOR REUSE/REMOVAL OF EXISTING EQUIPMENT, DUCTWORK, ETC.)
   * ALL MILLWORK FIXTURES INCLUDING CASHWRAP
   * ALL STOREFRONT FRAMING TO MALL BULKHEAD
   * ALL ROLLING GRILLE ASSEMBLIES

ACCEPTABLE FOR PERMIT UNDER DIR. NO 14-1975

MAY 1 8 2001

CYRIL SCHARRY

| DATE | ISSUE |
|---|---|
| 2/2/01 | BID, VENDORS, LL & BUILDING DEPARTMENT |
| 04/11/01 | T . VENDORS, & LL |
| 04/19/01 | T&C, VENDORS, LL & LANDMARKS |

| DATE | No. | REVISION / BY |
|---|---|---|
| 04/18/01 | △ | LANDMARKS COMMENTS / T.R.P. |
| 04/11/01 | △ | TENANT REVISION T.R.P. |

THE GENERAL CONTRACTOR AND/OR ALL SUB-CONTRACTORS WORKING FROM THESE PLANS AND SPECIFICATIONS ARE NOT TO SCALE SUCH INFORMATION BUT TO CONTACT THE ARCHITECT OR HIS REPRESENTATIVE REGARDING MEASUREMENTS. IF SUCH MEASUREMENTS DO NOT APPEAR CORRECT, ADD UP PROPERLY OR SCALE CORRECTLY TO THE INDICATED SIZE.

500 Valley Road
Wayne, NJ 07470
Tel 973 · 692 · 0222
Fax 973 · 692 · 0223
tlg@tricarico.com

THE TRICARICO GROUP
Architecture
Interior Design

NICHOLAS J. TRICARICO
CONSULTING ARCHITECT

| | | | | | |
|---|---|---|---|---|---|
| AL | #1926 | LA | #2947 | OK | #2203 |
| AK | | ME | #974 | OR | #2608 |
| AZ | #13750 | MD | #3863-R | PA | #B-6030 |
| AR | #1255 | MA | #4578 | RI | #1077 |
| CA | #C-215102 | MI | #28374 | SC | #2126 |
| CO | #C-2445 | MN | #15993 | SD | #3754 |
| CT | #5005 | MS | #1348 | TN | #012534 |
| DC | #3433 | MO | #A-4563 | TX | #8788 |
| DE | #2073 | MT | #1359 | UT | #1355 |
| FL | #7605 | NE | #A-1739 | VT | #1297 |
| GA | #3478 | NV | #1678 | VA | #4220 |
| HI | #AR-05687 | NH | #1112 | WA | #4306 |
| ID | #1321 | NJ | #06[illegible] | WI | #1466 |
| IL | #001-010719 | NM | #1724 | WV | #A-5097 |
| IN | #4114 | NY | #012094 | WY | #C-1001 |
| IA | #2384 | NC | #5063 | | |
| KS | #2777 | ND | #675 | PR | #14435 |
| KY | #2118 | OH | #6058 | GUAM | #332 |

© ALL RIGHTS RESERVED

THIS DRAWING, THE DESIGN INDICATED, THE FORMAT AND ARRANGEMENTS ARE THE PROPERTY OF THE TRICARICO GROUP. ANY USE OR REUSE OF ORIGINAL OR ALTERED DESIGN MATERIALS BY THE CLIENT, AGENTS OF THE CLIENT OR OTHER PARTIES WITHOUT THE REVIEW AND WRITTEN APPROVAL OF THE DESIGN PROFESSIONAL SHALL BE AT THE SOLE RISK OF THE OTHERS. FURTHERMORE THE CLIENT AGREES TO DEFEND, INDEMNIFY AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL CLAIMS, INJURIES, DAMAGES, LOSSES, EXPENSES AND ATTORNEYS FEES ARISING OUT OF MODIFICATION OR REUSE OF THESE MATERIALS.

PROJECT: THE CHILDREN'S PLACE

LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.

| PROJECT NO. | DRAWN BY: |
|---|---|
| 00586 | T.R.P. |
| SCALE: AS NOTED | CHECKED BY: H.W. |
| DATE: 2/2/01 | APPROVED BY: |

DRAWING NAME: DEMOLITION PLAN & NOTES

NICHOLAS J. TRICARICO
CONSULTING ARCHITECT

DRAWING NO. D1.0

SEAL

MEN'S ACCESSIBLE TOILET ROOM
WOMEN'S ACCESSIBLE TOILET ROOM
ACCESSIBLE FITTING RM. #2
FITTING RM. #1
FITTING RM. VESTIBULE
STOCKROOM
EXIT CORRIDOR
CLOSET
SALES AREA
AVENUE OF THE AMERICAS
1 FLOOR PLAN
SCALE: 1/8" = 1'-0"
2 ENLARGED FITTING ROOM PLAN
SCALE: 1/4" = 1'-0"
3 ELEVATIONS @ FITTING ROOMS
SCALE: 1/4" = 1'-0"
ELEVATIONS "B"
ELEVATIONS "C"
ELEVATIONS "D"
4 FITTING ROOM BENCH
SCALE: 3/4" = 1'-0"
5 TRIM @ 3 SIDED MIRROR
SCALE: 6" = 1'-0"
6 SECTION @ BENCH
SCALE: 1/2" = 1'-0"
7 DTL. @ CORNER PANELS
N.T.S.
-ALL GYPSUM BOARD TO BE 5/8" TYPE "X" UNLESS OTHERWISE NOTED
-ALL GYPSUM BOARD TAPED, SPACKLED (3) COATS & PRIMED FOR FINISH
-INSTALL WATER RESISTANT GYPSUM BOARD IN TOILET ROOM
-NO WOOD BLOCKING ALLOWED IN STOCKROOM
-ALL PLYWOOD OR MDF TO BE FIRE RETARDANT
-ALL STANDARDS SHOWN ARE NEW UNLESS NOTED OTHERWISE.
DIMENSION NOTE:
ALL DIMENSIONS ARE TAKEN FROM LEASE LINE. GENERAL CONTRACTOR TO LAYOUT SPACE FROM THE LEASE LINE AND NOTIFY THE ARCHITECT OF ANY DISCREPANCIES.
NOTES
NOT USED
PARTITION LEGEND
NEW CONSTRUCTION
EXISTING TO REMAIN
DATE ISSUE
2/2/01 BID, VENDORS, LL & BUILDING DEPARTMENT
04/11/01 T.&C., VENDORS & LL
04/18/01 LANDMARKS COMMENTS / T.R.P.
04/11/01 TENANT REVISION / T.R.P.
DATE No. REVISIONS / BY
500 Valley Road
Wayne, NJ 07470
Tel 973 · 692 · 0222
Fax 973 · 692 · 0223
tig@tricarico.com
THE TRICARICO GROUP
Architecture Interior Design
NICHOLAS J. TRICARICO CONSULTING ARCHITECT
© ALL RIGHTS RESERVED
PROJECT: THE CHILDREN'S PLACE
LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.
PROJECT NO. 00586
DRAWN BY: TRP
SCALE: AS NOTED
CHECKED BY:
DATE: 2/2/01
DRAWING NAME: FLOOR PLAN & DETAILS
NICHOLAS J. TRICARICO CONSULTING ARCHITECT
DRAWING NO. A1.0

MEN'S ACCESSIBLE TOILET ROOM
WOMEN'S ACCESSIBLE TOILET ROOM
ACCESSIBLE FITTING RM. #2
FITTING RM. #1
FITTING RM. VESTIBULE
STOCKROOM
NO CEILING-OPEN TO ABOVE
EXIT CORRIDOR
SALES AREA
STOREFRONT SOFFIT
CEILING MOUNTED 'R' FIXTURES
LINE OF NEW ROLLING GRILLE
STOREFRONT ENTRY
COLOR TO MATCH EXG BUILDING ARCADE
LEASE DIMENSION
PROVIDE METAL ACCESS PANEL IN GYP. BD. SOFFIT FOR ACCESS TO SPRINKLER VALVE.
NOTE: ALL 'C' & 'R' FIXTURES ARE PENDANT MOUNTED UNLESS OTHERWISE NOTED
1 REFLECTED CEILING PLAN
SCALE: 1/8" = 1'-0"
2 CURTAIN WALL DETAIL
SCALE: 1" = 1'-0"
CONNECT TO BLACK IRON SUSPENSION SYSTEM
3 SOFFIT DETAIL @ MERCHANDISING COLUMN
SCALE 1" = 1'-0"
NEW SUPPLY GRILLE
NEW SUPPLY GRILLE
NEW RETURN AIR GRILLE
REFLECTED CEILING LEGEND
1. G.C. TO COORDINATE LIGHT FIXTURE LOCATIONS WITH EXISTING DUCTWORK, BEAMS, ETC. IF ANY OBSTRUCTIONS ARE IN LOCATION OF LIGHT FIXTURE LOCATION, CONTACT THE ARCHITECT IMMEDIATELY.
2. GENERAL CONTRACTOR TO INSTALL ALL 2'X2' FLUORESCENT LIGHT FIXTURES SO LAMPS RUN PARALLEL TO DEMISING WALLS.
3. G.C. TO INSTALL A MINIMUM OF 2 WIRES (1-EACH CORNER) TO LIGHT FIXTURES TYPE 'A' FOR ADDITIONAL SUPPORT OF LIGHT FIXTURE.
4. G.C. TO PROVIDE AND INSTALL CEILING GRID TIE WIRE FOR ALL CEILING SUSPENSION SYSTEMS.
5. G.C. TO PROVIDE AND INSTALL FIRE RETARDANT BLOCKING IN STOREFRONT SOFFIT @ "R" TRACK LOCATIONS FOR ADDITIONAL SUPPORT
NOTES
CLG-1 2' X 2' X 5/8" CEILING TILE BY "ARMSTRONG-CUBE, TEGULAR #775, WHITE CLASS 'A' FLAME SPREAD FOR USE WITH SUPRAFINE 9/16", 7500 SERIES WHITE GRID SEE PLAN FOR LOCATIONS. SEE DETAIL 1/A5.1 FOR CEILING SUSPENSION DETAIL. (SIM)
CLG-2 2' X 4' X 5/8" CEILING TILE BY ARMSTRONG-MINABOARD/CORTEGA #769 WHITE W/ PRELUDE 15/16" WHITE TEE GRID # XL 7348. SEE PLAN FOR LOCATION. VERIFY PATTERN DIRECTION W/ CHILDREN'S PLACE.
CLG-3 5/8" TYPE "X" GYP. BD. OVER 3-5/8" METAL STUDS @ 24" O.C. (UNLESS NOTED OTHERWISE) BRACED TO STRUCTURE ABOVE. SEE FINISH SCHEDULE FOR PAINT COLORS. SEE PLAN FOR HEIGHTS. SEE DETAIL 1/A5.1 FOR CEILING SUSPENSION DETAIL.
CLG-4 3.25 STEEL STUD @ 16" O.C. WITH 5/8" TYPE "X" WATERPROOF GYP BOARD ON TOILET ROOM AND 3/4" FIRE RETARDANT PLYWOOD ON TOP. SEE DETAIL 2/P1.0
CLG-5 NO CEILING INSTALLED-OPEN TO EXISTING PLASTER CEILING.
CLG-6 DRYVIT FINISH OVER 3/4" EPS BOARD OVER 3/4" EXTERIOR GRADE GYP. BD. OVER METAL FRAMING. SEE PLAN FOR HEIGHT AND FINISH SCHEDULE FOR FINISH COLOR
CLG-7 2' X 4' X 5/8" CEILING TILE BY ARMSTRONG-MINABOARD/CORTEGA FIRE RATED #823 WHITE BOARD FIRE GUARD (UL LABEL) TILE WITH USG PRELUDE FIREGUARD 15/16" EXPOSED GRID. SEE PLAN FOR LOCATIONS. G.C. TO INSTALL CLG. TILE AS HIGH AS POSSIBLE (V.I.F.)
NOTES:
1. SEE CEILING PLAN FOR CEILING HEIGHTS.
2. TAPE AND SPACKLE ALL JOINTS IN GYP. BD. 3 COATS TO PREPARE FOR FINISH.
3. ADJUST SPACING OF FRAMING TO ACCOMMODATE LIGHT FIXTURES AS SHOWN.
4. ALL CUT TILES AGAINST VERTICAL SURFACES TO BE CUT MECHANICALLY AND STRAIGHT (CURVED WHERE REQUIRED) SO THAT THE TILE APPEARS AS A FIRE CUT MANUFACTURER'S TILE WITH THE CORRECT RECESS AND CUT AT "T" BAR AS APPLICABLE TO THE TYPE OF TILE SPECIFIED.
5. FINISHED HEIGHTS (A.F.F. DIMENSIONS) FOR CEILINGS, SOFFITS, CURTAIN WALLS & WALL SYSTEMS ARE TO BE SET FROM THE HIGHEST FLOOR SLAB POINT PLUS A 1/2" ALLOWANCE FOR UNEVEN SLAB CONDITIONS.
6. ALL LIGHT FIXTURES WILL BE FURNISHED, COMPLETE WITH LAMPS, BY THE TENANT AND SHALL BE INSTALLED AND CONNECTED BY THE ELECTRICAL CONTRACTOR. SUPPORT LIGHT INDEPENDENTLY FROM ALL FOUR CORNERS OF THE FIXTURE.
7. TYPE 'C' LIGHT FIXTURE SHALL CONSIST OF 2-FOOT, 4-FOOT, AND / OR 8-FOOT TRACK LENGTHS, OUTLET BOX FEEDS "L" / STRAIGHT FEED CONNECTORS AND FLEXIBLE FEED CONNECTORS. ALL TRACK AND HARDWARE SHALL BE INSTALLED AND CONNECTED BY ELECTRICAL CONTRACTOR. EXACT LOCATIONS OF TRACK HEADS SHALL BE COORDINATED WITH TENANT.
8. COORDINATE LOCATION OF ALL FIXTURES WITH ARCHITECT'S REFLECTED CEILING PLAN.
9. NO EXPOSED CONDUIT ALLOWED.
10. ALL LIGHT FIXTURES ARE NEW UNLESS NOTED OTHERWISE.
11. SUPPORT EACH 2' x 2' LIGHT FIXTURE INDEPENDENT FROM THE CEILING SYSTEM.
12. INSTALL THE 2X2 FLUORESCENT LIGHT FIXTURES WITH THE LAMPS INSTALLED PARALLEL TO THE LONG DEMISING WALL.
13. INSTALL LIGHT TRACK TO THIN LINE CEILING WITH A SELF TAPPING SCREW AND A 1/4" x 20 SIZE NUT LOCATED BETWEEN THE TOP OF THE TRACK AND THE GRID (SO SET AS A SPACER) EVERY 2'-0" O.C. MIN.
14. TRACK LIGHTING (R TYPE) ALONG THE BACK WALL OF THE SPACE TO HAVE ITS OWN POWER FEED(S).
CEILING LEGEND
SYMBOL
DESCRIPTION
MOUNTING
LAMP
MANUFACTURER / CATALOG NO.
REMARKS
LIGHT FIXTURE SCHEDULE
ACCEPTABLE FOR PERMIT UNDER DIR NO 14/1975
MAY 18 2001
DATE
ISSUE
2/2/01 DD, VENDORS, LL & BUILDING DEPARTMENT
04/11/01 T.C.C., VENDORS & LL
04/18/01 T.C.C., VENDORS, LL & LANDMARKS
04/18/01 LANDMARKS COMMENTS / T.R.P.
04/11/01 TENANT REVISION / T.R.P.
DATE No. REVISIONS / BY
500 Valley Road
Wayne, NJ 07470
Tel 973 - 692 - 0222
Fax 973 - 692 - 0223
tg@tricarico.com
THE TRICARICO GROUP
Architecture Interior Design
NICHOLAS J. TRICARICO CONSULTING ARCHITECT
© ALL RIGHTS RESERVED
PROJECT: THE CHILDREN'S PLACE
LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.
PROJECT NO. 00586
DRAWN BY: JG/TRP
SCALE: AS NOTED
CHECKED BY: HW
DATE: 2/2/01
APPROVED BY:
DRAWING NAME: REFLECTED CEILING PLAN
NICHOLAS J. TRICARICO CONSULTING ARCHITECT
DRAWING NO. A2.0

STOREFRONT ELEVATION
SCALE: 1/2" = 1'-0"
STOREFRONT PLAN
SCALE: 1/2" = 1'-0"
THE CHILDREN'S PLACE
AVE. OF THE AMERICAS
EXISTING STANDPIPE TO REMAIN
EXISTING GAS VALVE TO REMAIN
EXISTING WATER SPIGOT TO REMAIN
ADJACENT TENANT
LEASE LINE
NOTE:
NO FRAMING REQUIRED FOR INSTALLATION OF WHITE MAPLE WING WALLS, TYP.
LEASE DIMENSION
RECESSED ENTRY
ALL RIGHTS RESERVED
PROJECT: THE CHILDREN'S PLACE
LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.
PROJECT NO. 00586
DRAWN BY: T.R.P.
SCALE: AS NOTED
CHECKED BY: H.W.
DATE: 2/2/01
APPROVED BY:
DRAWING NAME: STOREFRONT ELEVATION & STOREFRONT PLAN
NICHOLAS J. TRICARICO CONSULTING ARCHITECT
DRAWING NO. A3.0
SEAL
500 Valley Road
Wayne, NJ 07470
THE TRICARICO GROUP
Architecture
Interior Design
DATE
ISSUE
REVISIONS / BY:
LANDMARKS COMMENTS / T.R.P.
TENANT REVISION / T.R.P.

HUNG CEILING DETAIL
N.T.S.
SECTION "A-A"
DETAIL AT WALL
BLACK IRON DETAIL
N.T.S.
SECTION THROUGH STOREFRONT
STOREFRONT GLASS HEAD
SILL THRU' DOOR BOTTOM PIVOT
STOREFRONT BASE
N.T.S.
SECTION THRU TRANSOM
N.T.S.
DETAIL @ END CONDITION OF PLATFORM
SCALE: N.T.S.
WHITE MAPLE PLYWOOD INSTALLATION INFORMATION NOTES:
1. GEN. CONTRACTOR TO ATTACH WHITE MAPLE PLYWOOD SYSTEM TO GYP. BD. WITH PL400 CONSTRUCTION ADHESIVE-NO EXPOSED FASTENERS ALLOWED
2. DO NOT PRIME GYP. BD. THAT IS TO RECEIVE GLUED WHITE MAPLE PLYWOOD STOREFRONT
3. HOLD STOREFRONT DRYWALL FINISHED FACE 1-1/2" BACK FROM FINISHED FACE OF WHITE MAPLE FINISH TO ALLOW FOR PANEL THICKNESS TYP.
THE MALL REQUIRES THE STOREFRONT CONSTRUCTION TO BE FLOOR SUPPORTED WITH NO CONNECTION OTHER THAN LATERAL BRACING TO THE MALL STRUCTURE ABOVE. NO CONNECTION IS ALLOWED TO THE MALL DECK UNDER ANY CIRCUMSTANCES.
STOREFRONT FRAMING NOTE
ACCEPTABLE FOR PERMIT
MAY 18 2001
DATE
ISSUE
2/2/01 BD, VENDORS, LL & BUILDING DEPARTMENT
04/11/01 T.&C., VENDORS, & LL
04/16/01 T.&C., VENDORS, LL & LANDMARKS
04/16/01 LANDMARKS COMMENTS / T.R.P.
04/11/01 TENANT REVISION / T.R.P.
DATE No. REVISIONS / BY
500 Valley Road
Wayne, NJ 07470
Tel 973 - 692 - 0222
Fax 973 - 692 - 0223
tg@tricarico.com
THE TRICARICO GROUP
Architecture
Interior Design
NICHOLAS J. TRICARICO
CONSULTING ARCHITECT
© ALL RIGHTS RESERVED
PROJECT: THE CHILDREN'S PLACE
LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.
PROJECT NO. 00586
DRAWN BY T.R.P.
SCALE AS NOTED
CHECKED BY H.W.
DATE 2/2/01
DRAWING NAME: STOREFRONT SECTIONS & DETAILS
NICHOLAS J. TRICARICO
CONSULTING ARCHITECT
DRAWING NO.
A3.1
SEAL

SECTION THROUGH STOREFRONT
SCALE: 3/4" = 1'-0"
SECTION THROUGH CEILING
SCALE: 3/4" = 1'-0"
SECTION THROUGH CEILING
SCALE: 3/4" = 1'-0"
CONC. RAMP DETAIL
N.T.S.
DETAILS @ NEUTRAL PIERS
SCALE: 1" = 1'-0"
NOTES
2. G.C. INFORMATION ALSO.
JOB SUPERINTENDANTS NAME
JOB PHONE NO. (INCLUDE AREA CODE)
JOB ADDRESS (WITH SPACE NO. & ZIP CODE)
INSTALLATION NOTE:
THE STOREFRONT COMPONENTS INDICATED ON THIS SHEET ARE PROVIDED BY RPC / RM MILLWORK AND INSTALLED BY THE GENERAL CONTRACTOR. THE STOREFRONT COMPONENTS REQUIRE FIELD ASSEMBLY, TRIMMING AND A SITE TAILORING OF THE ITEMS TO FIT SPECIFIC FIELD CONDITIONS. CONTACT MARK @ RCP/RM FOR INSTRUCTIONS.
NOTE: G.C. IS TO PROVIDE ALL DIMENSIONS WHERE NOTED ON ALL "F" DRAWINGS AND TO VERIFY BY CIRCLING ALL NOTED DIMENSIONS, INDICATING THAT THESE DIMENSIONS ARE CORRECT.
NOTE: SEE SHT. A5.0 FOR STOREFRONT PLAN, ELEVATION AND ALL STOREFRONT DIMENSIONS.
NOTE: ALLOW THREE WEEKS LEAD TIME FOR FABRICATION OF MILLWORK ITEMS BY RMI AFTER SUBMISSION OF REQUIRED DIMENSIONS.
* G.C. TO FILL IN THE FOLLOWING INFORMATION.
ACCEPTABLE FOR PERMIT UNDER DIR. NO. 14/1875
MAY 1 8 2001
DATE ISSUE
2/2/01 BID, VENDORS, LL. & BUILDING DEPARTMENT
04/11/01 T.&C., VENDORS, & LL
04/19/01 T.&C., VENDORS, LL. & LANDMARKS
DATE No. REVISIONS / BY:
500 Valley Road
Wayne, NJ 07470
Tel 973 · 692 · 0222
Fax 973 · 692 · 0223
THE TRICARICO GROUP
Architecture Interior Design
NICHOLAS J. TRICARICO CONSULTING ARCHITECT
© ALL RIGHTS RESERVED
PROJECT: THE CHILDREN'S PLACE
LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.
PROJECT NO. 00586
SCALE: AS NOTED
DATE: 2/2/01
DRAWN BY:
CHECKED BY: H.W.
APPROVED BY:
DRAWING NAME: STOREFRONT SECTIONS & DETAILS
NICHOLAS J. TRICARICO CONSULTING ARCHITECT
DRAWING NO. A3.3
SEAL

DOOR SCHEDULE
HARDWARE NOTES:
REMOVE ALL EXISTING THROUGH BOLT
ALL EXISTING EXIT DOORS (IF APPLI
NOT USED
NOT USED
FRAME PLAN / SECTION
FRAME PLAN / SECTION
FRAME TYPES
SCALE: 3"=1'-0"
ENTRY TRANSITION DETAIL
N.T.S.
DOOR JAMB BEYOND
HOLLOW MTL. FRAME
ENTRY MAT
MAPLE FLOORING
A.D.A. COMPLIANT ALUM. SADDLE
CONC. SLAB
ELEVATION
ELEVATION
ELEVATION
OPEN ABOVE
OPEN BELOW
HOLLOW METAL DOOR AND FRAME
DOOR TYPES
SCALE: 3/8"=1'-0"
HARDWARE SCHEDULE
CERAMIC TILE TO WOOD FLOOR
N.T.S.
GROUT TO MATCH TILE
NEW CERAMIC TILE
SUBFLOOR
TILE BACKBOARD
EXISTING CONCRETE SLAB
1. G.C. SHALL FURNISH SAMPLES TO THE ARCHITECT FOR REVIEW AND APPROVAL ON ALL MATERIAL AND FINISHES IN THIS FINISH SCHEDULE WITH 5 DAYS FROM THE DATE OF CONTRACT AWARD.
2. ALL INTERIOR FINISHES FOR WALLS, FLOOR, CEILING, WOOD TRIM, ETC. SHALL BE CLASS "A" WITH FLAME SPREAD RATING OF 0 TO 25. G.C. MUST SUBMIT FIRE FLAME SPREAD RATING INFORMATION TO LOCAL BUILDING AUTHORITIES.
3. ALL CEILING TILE TO BE FROM SAME LOT WHEN ORDERING FROM VENDOR.
FINAL CLEAN UP NOTE:
GENERAL CONTRACTOR'S CLEANING SERVICE IS REQUIRED ON THE NIGHT BEFORE THE SCHEDULED STORE OPENING TO CLEAN AND BUFF ALL FLOORS AND CLEAN GLAZING (INSIDE AND OUT)
NOTES
FLOORING: FLAME SPREAD - 150, CLASS C SMOKE DENSITY - 220
WALL PANELING: ASTM - E84 FLAME SPREAD - 25, CLASS A
FIXTURES: FLAME SPREAD - 75, CLASS 2
MATERIAL FLAME SPREAD RATING
FINISH LEGEND
WOOD FLOOR TO V.C.T. TRANSITION DETAIL
N.T.S.
SUBFLOOR
ADHESIVE PER MANUFACTURER'S INSTRUCTIONS
VCT FLOOR FINISH
ROLLING GRILLE DETAILS
N.T.S.
GRILLE HOUSING
METAL PERFORATED GRILLE
BOTTOM BAR
ACCEPTABLE FOR PERMIT
MAY 18 2001
DATE ISSUE
2/2/01 BID, VENDORS, LL & BUILDING DEPARTMENT
04/11/01 T.&C., VENDORS, & LL
04/11/01 T.&C., VENDORS, LL & LANDMARKS
04/18/01 LANDMARKS COMMENTS / T.R.P.
04/11/01 TENANT REVISION / T.R.P.
DATE No. REVISIONS / BY:
500 Valley Road
Wayne, NJ 07470
Tel 973 · 692 · 0222
Fax 973 · 692 · 0223
THE TRICARICO GROUP
Architecture
Interior Design
NICHOLAS J. TRICARICO
CONSULTING ARCHITECT
© ALL RIGHTS RESERVED
PROJECT: THE CHILDREN'S PLACE
LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.
PROJECT NO. 00586
DRAWN BY J.G./T.R.P.
SCALE AS NOTED
CHECKED BY H.W.
DATE 2/2/01
DRAWING NAME:
DOOR, HARDWARE, FINISH SCHEDULES AND DETAILS
NICHOLAS J. TRICARICO
CONSULTING ARCHITECT
DRAWING NO.
A5.0
SEAL

| NO. | TYPE | LOCATION | FINISH | REMARKS |
| --- | --- | --- | --- | --- |
| SIGN #2 | BLUE VINYL REVERSE STICK LOGO | STOREFRONT | SEE DETAIL 2 | PROVIDED BY TENANT SIGN CONTRACTOR, INSTALLED BY G.C. |
| SIGN #3 | WHITE PAINTED LETTERS, SCREENED ON CANVAS AWNING | STOREFRONT | SEE DETAIL 3 | PROVIDED BY TENANT SIGN CONTRACTOR, INSTALLED BY G.C. |

SIGN LEGEND
THE CHILDREN'S PLACE
- MATTE BLUE VINYL LOGOS APPLIED TO STORE SIDE OF GLASS. SEE STOREFRONT ELEVATION FOR LOCATIONS. COLOR TO MATCH PANTONE COLOR
- PROVIDED BY THE CHILDREN'S PLACE SIGN CONTRACTOR AND INSTALLED BY THE GENERAL CONTRACTOR
-SIGN CONTRACTOR TO SUBMIT SHOP DWGS FOR APPROVAL
-SIGN CONTRACTOR TO CONTACT GENERAL CONTRACTOR TO VERIFY ALL FIELD DIMENSIONS PRIOR TO FABRICATION OF SIGN.
-SIGN CONTRACTOR TO OBTAIN PERMIT IF REQUIRED
NOTE: ALL SIGNAGE INFORMATION, DETAILS AND DIMENSIONS TO BE SUBMITTED FOR APPROVAL UNDER SEPERATE COVER BY SIGNAGE CONTRACTOR.
2 STOREFRONT VINYL STICK LOGO SIGN #2
SCALE: 1 1/2" = 1'-0"
T.&C. TO COORDINATE WITH SIGN INSTALLER AND PROVIDE BLOCKING AT EXG STOREFRONT FOR SECURE AWNING INSTALLATION
EXG STOREFRONT CONSTRUCTION
EXG COLUMN
TOP OF AWNING
BOTTOM OF AWNING
TYPICAL AWNING NOTES:
1. COVER - TO MATCH PANTONE COLOR
2. COPY - WHITE PAINTED LETTERS
3. FRAME - 1" X 1" X 16 GA. TUBE STEEL RIBS 30" O.C. PAINTED TO MATCH CANVAS
4. ANCHOR W/ 3/8" ø EXP. ANCHORS @ EACH RIB.
5. NON-ILLUMINATED
6. BOTTOM OPEN
7. ALL AWNINGS TO BE HIGH QUALITY, FIRE RESISTANT, WATER REPELLANT MARINE FABRIC.
WHITE PAINTED LOGO SIGN #3. SEE SHEET A6.0 FOR ADDITIONAL INFORMATION.
2'-0"
3 WINDOW AWNING PROFILE
N.T.S.
STOREFRONT ELEVATION (SHOWN WITHOUT NOTES AND AWNINGS FOR CLARITY)
SCALE: 1/2" = 1'-0"
ACCEPTABLE FOR PERMIT
MAY 18 2001
DATE | ISSUE
2/2/01 BID, VENDORS, LL, & BUILDING DEPARTMENT
04/11/01 T.&C., VENDORS, & LL
04/11/01 T.&C., VENDORS, LL, & LANDMARKS
04/18/01 LANDMARKS COMMENTS / T.R.P.
04/11/01 TENANT REVISION / T.R.P.
DATE | No. | REVISIONS / BY
500 Valley Road
Wayne, NJ 07470
Tel 973-692-0222
Fax 973-692-0223
THE TRICARICO GROUP
Architecture
Interior Design
NICHOLAS J. TRICARICO, CONSULTING ARCHITECT
© ALL RIGHTS RESERVED
PROJECT: THE CHILDREN'S PLACE
LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.
PROJECT NO. 00586
DRAWN BY: T.R.P.
SCALE: AS NOTED
CHECKED BY: H.W.
DATE: 2/2/01
APPROVED BY:
DRAWING NAME: SIGN DETAILS & SCHEDULE
NICHOLAS J. TRICARICO, CONSULTING ARCHITECT
DRAWING NO. A6.0

# GENERAL PRODUCT SPECIFICATIONS

DIVISION 3 - CONCRETE:

3.1 CONCRETE SLAB:
A) CONCRETE SHALL BE 3,000 PSI MINIMUM STRUCTURAL LIGHTWEIGHT CONCRETE WITH 6 x 6 W1.4 x W1.4 WELDED WIRE MESH & VAPOR BARRIER ON COMPACT FILL.
B) INTERIOR SLABS TO RECEIVE SMOOTH FINISH APPROPRIATE FOR INSTALLATION OF ALL FINISH FLOORING MATERIALS.

DIVISION 4 - UNIT MASONRY:

4.1 GENERAL
1. WORK SHALL INCLUDE ALL LABOR, MATERIALS, AND EQUIPMENT NECESSARY TO COMPLETE THE CONSTRUCTION OF CONCRETE MASONRY UNIT (CMU) WALLS.
2. OBTAIN MASONRY UNITS OF UNIFORM TEXTURE AND COLOR FROM ONE MANUFACTURER.
3. OBTAIN MORTAR INGREDIENTS OF UNIFORM QUALITY FROM ONE MANUFACTURER FOR EACH CEMENTITIOUS COMPONENT AND FROM ONE SOURCE AND PRODUCER FOR EACH AGGREGATE.
4. DELIVER MASONRY MATERIALS TO PROJECT IN UNDAMAGED CONDITION. STORE AND HANDLE MASONRY UNITS TO PREVENT THEIR DETERIORATION OR DAMAGE DUE TO MOISTURE, CONTAMINANTS, CORROSION OR OTHER CAUSES. STORE CEMENTITIOUS MATERIALS OFF THE GROUND, UNDER COVER AND IN A DRY LOCATION.

4.2 PRODUCTS
1. ALL CONCRETE MASONRY UNITS SHALL BE 100% LIGHTWEIGHT AGGREGATE CONCRETE MASONRY UNITS CONFORMING TO THE REQUIREMENTS OF ASTM-90 GRADE N. UNITS SHALL BE TYPE 1, MOISTURE CONTROLLED.
2. WITH REGARD TO FIRE RATINGS THE PRODUCER OF THE CONCRETE MASONRY UNITS SHALL FURNISH CERTIFICATION FROM AN INDEPENDENT TESTING LABORATORY CONFIRMING THAT ALL 8" MASONRY UNITS MEET ALL OF THE U.L. [illegible] REQUIREMENTS FOR TWO (2) HOURS OR BETTER, REFERENCING FULL SCALE FIRE TEST REPORTS.
3. [illegible]
4. DO NOT ADD ADMIXTURES INCLUDING AIR-ENTRAINING AGENTS, ACCELERATORS, RETARDERS, WATER REPELLENT AGENTS, ANTI-FREEZE COMPOUNDS OR OTHER ADMIXTURES UNLESS OTHERWISE DIRECTED.
5. LIMIT CEMENTITIOUS MATERIALS IN MORTAR TO PORTLAND CEMENT-LIME.

4.3 EXECUTION
1. DO NOT WET CONCRETE MASONRY UNITS PRIOR TO CONSTRUCTION.
2. THE CONSTRUCTION TOLERANCE FOR VARIATION FROM PLUMB FOR VERTICAL LINES AND SURFACES OF WALLS SHALL NOT EXCEED 1/4" IN 10'.
3. IN STOPPING AND RESUMING WORK THE CONTRACTOR IS TO RACK BACK 1/2-UNIT LENGTH IN EACH COURSE. CLEAN EXPOSED SURFACES OF SET MASONRY, WET UNITS LIGHTLY (IF REQUIRED) AND REMOVE LOOSE MASONRY UNITS AND MORTAR PRIOR TO LAYING FRESH MASONRY.
4. FILL CORES ACCEPTING DOWELS, IN HOLLOW CONCRETE MASONRY UNITS, WITH GROUT 2 COURSES (16") ABOVE FLOOR SLAB.
5. LAY HOLLOW CONCRETE MASONRY UNITS WILL FULL MORTAR COVERAGE ON HORIZONTAL AND VERTICAL FACE SHELLS. BED WEBS OF STARTING COURSE IN MORTAR. FOR STARTING COURSE ON SLAB WHERE CELLS ARE NOT SCHEDULED SOLID, SPREAD OUT FULL MORTAR BED INCLUDING AREAS UNDER CELLS.
6. DURING THE TOOLING OF JOINTS ENLARGE ANY VOIDS OR HOLES, AND COMPLETELY FILL WITH MORTAR. POINT-UP ALL JOINTS INCLUDING CORNERS, OPENINGS AND ADJACENT WORK TO PROVIDE A NEAT, UNIFORM, RECESSED JOINT PREPARED FOR APPLICATION OF FINISHED SURFACE.

DIVISION 5 - METALS:

5.1 LIGHT GAUGE FRAMING:
A) STEEL/METAL STUDS ARE TO CONFORM TO SPECIFICATION ASTM C-645 AND UTILIZE 3-5/8", 2-1/2", 1-5/8" METAL STUDS AND CHANNELS, USG OR EQUAL. STUD SPACING @ 24" O.C. GAUGE FOR STANDARD FRAMING, 16 GAUGE FOR LOAD BEARING CONDITIONS.
1) ALL DOOR OPENINGS AND/OR ARCH OPENINGS, 2'-0" WIDE OR GREATER, ARE TO BE FRAMED WITH TWO (2) ADDITIONAL STUDS AT EACH JAMB, SECURED TO FRAMES AND TO OTHER STUDS AS RECOMMENDED UNDER METAL INSTALLATION INSTRUCTIONS. INSTALLER TO FURNISH AND INSTALL RUNNER TRACK ON FRAME HEAD AND UNDERSILL OF EACH OPENING AND TO INSTALL JACK STUDS SPACED THE SAME AS FULL-HEIGHT STUDS, ABOVE AND BELOW OPENING AND ADDITIONAL STIFFENERS 6" ABOVE AND 6" BELOW OPENING, EXTENDED TWO (2) REGULAR STUD SPACES BEYOND JAMBS ON EACH SIDE.
B) ALL STUD COMPONENTS AS DETAILED COMPLETE WITH ALL RUNNERS, CLIPS, AND HANGERS.
1) ALL BOTTOM AND TOP RUNNER TRACKS ARE TO BE ANCHORED TO THE SUBSTRATE FOR THE INSTALLATION OF THE STEEL STUDS. THIS SYSTEM IS TO BE ISOLATED FROM THE BUILDING STRUCTURE TO PREVENT TRANSFER OF LOADING AND DEFLECTIONS INTO THE LATHING AND METAL SUPPORT SYSTEM, BOTH VERTICALLY AND HORIZONTALLY.
2) RUNNER CHANNEL- .022" DIG COATED COLD ROLLED STEEL WALLING CHANNELS, 1/8" DEEP.
C) INSTALL ADDITIONAL FURRING MEMBERS/BRACING/CORNER STUDDING AT EXTERIOR CORNERS OF WORK AND AT OPENINGS AND CONTROL/EXPANSION IN THE WORK.
D) PROVIDE STUD BACKING AT EACH SURFACE-MOUNTED DISPLAY STANDARD, HOOKS, OR HAND RAILS.
E) PROVIDE BACKING FOR HANDICAP GRAB BARS AND CHANGING TABLE.
F) FOR WALLS OTHER THAN DEMISING WALLS, PROVIDE HORIZONTAL STUD BRACING AT 6'-0" ON CENTER AND DIAGONAL BRACING ABOVE THE CEILING. ANCHOR TO STRUCTURE AS DIRECTED BY LANDLORD AND AS REQUIRED BY CODE.
1) ALL FURRING FROM ABUTTING STRUCTURES TO BE ISOLATED, AS REQUIRED, TO AVOID ANY TRANSFER OF LOADS AND/OR DEFLECTIONS INTO THE FURRING SYSTEM.
G) PLATFORM FRAMING
1) STRUCTURAL DECK FRAMING SHALL BE "C" TYPE STEEL CHANNELS AS DETAILED.

5.2 [illegible]

5.3 METAL FABRICATIONS
A) INSTALL METAL HAND RAILS, WALL HARDWARE, ETC., PROVIDED BY THE CHILDREN'S PLACE.

DIVISION 6 - WOOD & PLASTICS:

6.1 GENERAL:
A) ALL WOOD/LUMBER PROVIDED FOR STRUCTURAL OR FRAMING IS TO BE A FIRE-RETARDANT MATERIAL AND PRESSURE IMPREGNATED TO COMPLY WITH UNDERWRITERS LABORATORIES, INC., WITH A FLAME SPREAD OF 25 OR LESS [illegible]
B) ALL LUMBER SHALL BE KILN-DRIED. [illegible]

6.2 ROUGH CARPENTRY:
A) ROUGH CARPENTRY IS TO INCLUDE, BUT NOT NECESSARILY BE LIMITED TO:
1) BLOCKING WHERE REQUIRED IN DRYWALL PARTITIONS OR FURRED DRYWALL FOR THE FASTENING OF SURFACE WALL STANDARDS AND WOOD TRIM.
2) FIRESTOPPING AT INTERSECTION OF ALL PARTITIONS AND CEILINGS.

6.3 FINISH CARPENTRY:
A) ARCHITECTURAL WOODWORK AND FINISHED CARPENTRY MATERIALS.
[illegible]
B) FABRICATION:
[illegible]
C) SHOP DRAWINGS AND SAMPLES:
[illegible]

DIVISION 8 - DOORS AND WINDOWS:

8.1 DOORS & FRAMES:
A) GENERAL:
1) VERIFY ALL LOCAL CODES AND LANDLORD'S REQUIREMENTS AND PROVIDE FIRE RATED DOORS AND FRAMES AS INDICATED ON DOOR SCHEDULE.
B) MATERIALS:
1) DOORS: FLUSH DESIGN DOORS - 1-3/4" THICK, SEAMLESS HOLLOW METAL CONSTRUCTION WITH SMOOTH SURFACES WITHOUT VISIBLE JOINTS OR SEAMS ON EXPOSED SURFACES OR STILE EDGES, EXCEPT [illegible]
2) FACE SHEETS: 18 GAUGE, COLD ROLLED STEEL.
[illegible]
C) INSTALLATION:
1) PLACING FRAMES: SET FRAME ACCURATELY IN POSITION, PLUMBED, ALIGNED, AND BRACED SECURELY UNTIL PERMANENT ANCHORS ARE SET. AFTER WALL CONSTRUCTION IS COMPLETE, REMOVE TEMPORARY BRACES AND SPREADERS LEAVING SURFACES SMOOTH AND UNDAMAGED.
D) ROLL-UP/SECURITY GRILLE:
a) SECURITY/ROLL UP GRILLE TO BE FURNISHED AND INSTALLED BY THE GENERAL CONTRACTOR AND/OR HIGHER EXPERIENCED GRILLE MANUFACTURER/ERECTOR SUBCONTRACTOR.
b) THE FINISH OF THE GRILLE TO BE STANDARD MILL FINISH ALUMINUM WITH BOTTOM BAR AND GUIDE ASSEMBLIES OF CLEAR ANODIZED OR LIGHT BRONZE ANODIZED (CHECK DRAWING SPECIFICATIONS AND LANDLORD DESIGN CRITERIA FOR SPECIFICS). A TWO-POINT LOCK IS TO BE PROVIDED IN THE CENTER OF THE BOTTOM BAR BOTH INSIDE AND OUTSIDE OPERABLE INSIDE AND OUTSIDE AND TO BE CONCEALED WITHIN THE EXTRUDED BOTTOM BAR. THUMBTURN ON THE INSIDE OF THE GRILLE LOCK TO BE INCLUDED AS PART OF THE SECURITY/ROLL-UP GRILLE MANUFACTURER'S INSTALLATION AND SPECIFICATION AND IF REQUIRED BY LAW, THE WORDING ON THE INSIDE FACE OF THE BOTTOM BAR TO BE INCLUDED BY THE MANUFACTURER, "THIS GRILLE TO REMAIN IN THE UNLOCKED POSITION DURING OCCUPANCY OF THESE PREMISES".
c) THE GRILLE MANUFACTURER TO SUBMIT SHOP DRAWINGS FOR APPROVAL SHOWING ALL CONSTRUCTION DETAILS AND PROFILES, SUCH SUBMITTAL OF SHOP DRAWINGS IN NO WAY TO AFFECT THE ORIGINAL INTENT OR SPECIFICATION OF THE GRILLE OR ITS PLACEMENT AT THE OPENING OF THE STOREFRONT.

8.2 HARDWARE:
A) PROVIDE HARDWARE AS INDICATED ON SCHEDULE, DETAILS OR AS REQUIRED.

8.3 GLASS:
A) GENERAL:
1) ALL WORK SHALL BE COMPLETED BY A SPECIALIST GLASS FIRM WITH A MINIMUM OF FIVE (5) YEARS EXPERIENCE.
2) ALL FRAMELESS GLASS AND MIRRORS SHALL HAVE EXPOSED EDGES GROUND AND POLISHED. ALL CORNERS SHALL BE CHAMFERED.
a) THE GLASS INSTALLER IS TO INSPECT ALL GLASS EDGES AT TIME OF SETTING AND DISCARD PIECES THAT ARE DAMAGED.
3) PRIOR TO SUBSTANTIAL COMPLETION, THE GLASS INSTALLER IS TO REVIEW WITH THE GENERAL CONTRACTOR'S SUPERINTENDENT ALL GLASS SECTIONS AND REPLACE GLASS, GLAZING CHANNELS, SEALANTS, ETC., WHICH ARE EITHER BROKEN OR OTHERWISE DAMAGED, AND WASH AND POLISH INSIDE AND OUT.
B) MATERIALS:
1) ALL GLASS SHALL COMPLY WITH GLASS MANUFACTURER'S INSTRUCTIONS, GLAZING MATERIALS MANUFACTURER'S INSTRUCTIONS AND "GLAZING MANUAL" BY FGMA AND ANY OTHER TECHNICAL PUBLICATIONS OF RECOGNIZED AUTHORITIES PREVIOUSLY PUBLISHED IN THE GLASS INDUSTRY. INSTALL ALL GLASS PIECES TO ACHIEVE WATERTIGHT AND AIR TIGHT PERFORMANCE AND TO MINIMIZE ANY BREAKAGE.
2) IF TEMPERED GLASS IS SPECIFIED, IT SHALL BE CLEAR FLOAT GLASS, HEAT TREATED TO 4.5 x ANNEALED STRENGTH, AND THE GENERAL CONTRACTOR IS TO COORDINATE WITH THE GLASS MANUFACTURER TO AVOID ANY VISIBLE TONG MARKS. ALL TEMPERED GLASS TO BE 1/2" THICK UNLESS OTHERWISE NOTED.
3) IF LAMINATED SAFETY GLASS IS SPECIFIED IT SHALL BE LAMINATE 2 SHEETS OF 1/4" THICK CLEAR FLOAT GLASS WITH A 30 MIL. FILM OF PVB.
4) IF PLATE GLASS IS SPECIFIED, IT SHALL BE CLEAR FLOAT GLASS, QUALITY q3, 1/4" THICK, UNLESS OTHERWISE SPECIFIED.
5) PROVIDE ALL GLAZING COLORS AS SHOWN ON THESE DRAWINGS, BLACK IF NOT SHOWN, COMPLYING WITH MANUFACTURER'S RECOMMENDATIONS FOR SELECTIONS OF HARDNESS AND OTHER PRODUCT VARIATIONS TO MEET COMPATIBILITY REQUIREMENTS AND PROJECT/INSTALLATION CIRCUMSTANCES.
6) ALL SETTING BLOCKS TO BE 70-90 DUROMETER HARDNESS AND THE NEOPRENE SELECTED FOR COMPATIBILITY WITH THE SEALANT.
7) ALL BUTYL RUBBER SEALANT TO BE FS TT-S-001657, TYPE I, SOLVENT BASED, 75% SOLIDS, 24 HOUR TACK-FREE, PAINTABLE, NON-STAINING.
8) ALL SPACERS SHALL BE 40-50 DUROMETER HARDNESS AND NEOPRENE SELECTED FOR COMPATIBILITY WITH SEALANT.
9) ALL SEALERS, PRIMERS AND CLEANERS ARE TO BE A TYPE RECOMMENDED BY THE MANUFACTURERS OF THE SEALANTS/GASKETS FOR USE ON INDICATED GLAZING CHANNEL SURFACES.
10) MIRROR FRAMING MEMBERS AS MANUFACTURED BY "[illegible]" (800)-328-3445 — SEE DETAILS.
C) INSTALLATION:
1) LOCATE ALL SETTING BLOCKS PER LIGHT, AT 25% OF GLASS WIDTH, MEASURED FROM CORNERS AND SET IN THIN BED OF SEALANT IF HEEL OR TOE BEAD IS REQUIRED. ALL GLASS IS TO BE CUT TO PROPER SIZE, EXCEPT CUT PROCESSED/FABRICATED GLASS UNITS PRIOR TO PROCESSING/FABRICATING, PROVIDE FOR ADEQUATE EDGE CLEARANCE AND BITE ON GLASS, AND ALL EDGES TO BE FINISHED AS PER SPECIFICATIONS.
2) SPACERS, INSIDE AND OUT, ARE TO BE INSTALLED ALL AROUND WHERE LIQUID OR PLASTIC/MASTIC COMPOUNDS ARE USED, EXCEPT ON GLASS SIZES SMALLER THAN 50 UNITED INCHES.
3) SEALANTS ARE TO BE FORCED INTO CHANNELS TO ELIMINATE VOIDS AND BE EFFECTIVELY "WET" BOND SURFACES. TOOL EXPOSED SURFACES TO PROVIDE SLIGHT WASH AWAY FROM JOINT, TRIM AND CLEAN PROMPTLY.

DIVISION 9 - FINISHES:

9.1 GENERAL:
A) ALL FINISH MATERIALS SHALL BEAR APPROVED FIRE RESISTANCE AND SMOKE CONTRIBUTION RATINGS WHICH COMPLY WITH CODE REQUIREMENTS AND WHERE REQUIRED, SHALL BE FILED WITH THE BUILDING DEPARTMENT.
B) ALL MATERIALS, COLORS, AND FINISHES AS SELECTED BY THE ARCHITECT. SEE FINISH SCHEDULE.

9.2 GYPSUM DRYWALL:
A) GENERAL:
1) COORDINATE WITH LOCAL AND STATE AUTHORITIES FOR THEIR REQUIREMENTS FOR DRYWALL AND ASSEMBLIES.
2) THE ENTIRE DRYWALL AND METAL STUD INSTALLATION IS TO CONFORM TO U.S. GYPSUM MASTER SPECIFICATIONS AND METAL INSTALLATION INSTRUCTIONS — STUD SPACING NOT TO EXCEED 16" O.C.
B) MATERIALS:
1) ALL GYPSUM WALL BOARD SHALL BE FIRE RATED 5/8" THICK, TYPE "X" AND CONFORMING TO SPECIFICATION ASTM C-36 AND INTEGRATED 5/8" THICK WITH LONG EDGE TAPERED.
2) ALL DRYWALL SCREWS TO BE 1-1/4" TYPE "S".
3) ACCESSORIES TO BE GALVANIZED STEEL, SIZED TO FIT WALLBOARD THICKNESS, STANDARD CORNER BEAD, EXPANSION JOINT, ETC., DESIGNED FOR FINISHING WITH JOINT TREATMENT COMPOUND.
4) JOINT TREATMENT SYSTEM: USE PERFORATED TAPE WITH JOINT COMPOUND AND TOPPING COMPOUND BY SAME MANUFACTURER AS WALLBOARD. ALL BOARD TO RECEIVE 1 TAPE AND 3 COATS SANDED AND READY FOR TENANT'S FINISHES.
C) INSTALLATION:
1) ALL DOOR OPENINGS AND/OR ARCH OPENINGS, 2'-0" WIDE OR GREATER, ARE TO BE FRAMED WITH TWO (2) ADDITIONAL STUDS AT EACH JAMB, SECURED TO FRAMES AND TO OTHER STUDS AS RECOMMENDED UNDER METAL INSTALLATION INSTRUCTIONS. INSTALLER TO FURNISH AND INSTALL RUNNER TRACK ON FRAME HEAD AND UNDERSILL OF EACH OPENING AND TO INSTALL JACK STUDS SPACED THE SAME AS FULL-HEIGHT STUDS, ABOVE AND BELOW OPENING AND ADDITIONAL STIFFENERS 6" ABOVE AND 6" BELOW OPENING, EXTENDED TWO (2) REGULAR STUD SPACES BEYOND JAMBS ON EACH SIDE.
2) ALL FURRING FROM ABUTTING STRUCTURES TO BE ISOLATED, AS REQUIRED, TO AVOID ANY TRANSFER OF LOADS AND/OR DEFLECTIONS INTO THE FURRING SYSTEM.
3) SCREW BOTH LAYERS OF GYPSUM BOARD TO SUPPORTS WHERE DOUBLE LAYER WORK IS INDICATED OR OTHERWISE REQUIRED.
4) ALL GYPSUM BOARD IS TO BE INSTALLED IN LENGTHS AND DIRECTIONS WHICH WILL MINIMIZE NUMBER OF END JOINTS, AND AVOID END JOINTS IN CENTRAL AREA OF CEILING. ALL WALLS AND PARTITIONS ARE TO BE INSTALLED WITH EXPOSED GYPSUM BOARD VERTICAL, WITH JOINTS STAGGERED OVER SUPPORTS, EXCEPT WHERE RECOMMENDED IN A DIFFERENT ARRANGEMENT BY MANUFACTURER.
5) THE ROOM TEMPERATURE FOR THE INSTALLATION OF ALL GYPSUM BOARD SHALL NOT BE LESS THAN 50 DEGREES FAHRENHEIT WITH ADEQUATE VENTILATION MAINTAINED TO ELIMINATE EXCESSIVE MOISTURE UNTIL JOINT COMPOUND IS COMPLETELY DRY. CONTRACTOR TO PROTECT ALL BOARD FROM WETTING AND REPLACE ALL MATERIALS THAT ARE DAMAGED.

9.3 ACOUSTICAL CEILING PANEL AND GRID:
A) GENERAL:
1) ALL ACOUSTICAL MATERIALS TO CONFORM TO FS-SS-S-118.
2) ALL SUSPENSION SYSTEMS TO CONFORM TO ASTM C-635 FOR MATERIALS, ASTM C-636 FOR INSTALLATION.
3) THE CLIENT REQUIRES EIGHT (8) 2' x 2' CEILING PANELS UPON COMPLETION OF THE WORK, NEATLY WRAPPED AND LABELED AND STORED IN A LOCATION AS DIRECTED BY THE CLIENT.
B) MATERIALS:
1) ALL ACOUSTICAL CEILING PANELS TO BE BY "ARMSTRONG", OR "ARMSTRONG", SEE CEILING PLAN FOR SPECIFICATION.
2) ALL GRID TO BE BY "ARMSTRONG" SEE CEILING PLAN FOR SPECIFICATION.
a) ALL METAL SUPPORTS TO BE RUNNER CHANNELS 1-1/2" x 0.475 LB. PER FT. (BASE METAL), COLD-ROLLED STEEL, PAINTED OR GALVANIZED, PENCIL ROD SHALL BE 1/4" DIAMETER MILD STEEL ZINC OR CADMIUM COATED, WITH CLIPS, INSERTS AND ACCESSORIES AS APPROVED BY SUSPENSION SYSTEM MANUFACTURER.
C) INSTALLATION:
1) ALL WORK TO BE INSTALLED AS PER THE LAYOUT OF THE REFLECTED CEILING PLAN, LEVEL TOLERANCE OF 1/8" IN 12'-0" SPACE. SECURE EDGE MOULDING WITH SCREW ANCHORS 16" O.C. MITER CORNER JOINTS, AND INSTALL TILE WITH SPLINES OR SUSPENSION FLANGE AT EACH JOINT. PROVIDE COMPRESSION SPRINGS 12" O.C. OF ALL EDGE MOULDINGS AND USE WALL CHANNEL MOULDING.
2) THE ACOUSTICAL CEILING SUBCONTRACTOR IS TO COORDINATE WITH THE MECHANICAL SUBCONTRACTOR FOR ALL REQUIRED ACCESS ABOVE CEILING AND PROVIDE TABS AT ACCESSIBLE PANELS.
3) ALL CEILING RUNNER CHANNELS ARE TO BE SPACED 4'-0" O.C. AND FRAME AROUND ALL OPENINGS. INSTALL ALL HANGERS TO SUPPORT CEILINGS FROM TOP PANEL OF BAR JOISTS OR TOP FLANGE OF STEEL ONLY — DO NOT ANCHOR INTO METAL DECK. ALL CEILINGS ARE TO BE ISOLATED FROM ABUTTING STRUCTURES AND SPACE ALL HANGERS 4'-0" ALONG RUNNERS UNLESS OTHERWISE INDICATED.
4) SUSPENSION SYSTEM HUNG FROM STRUCTURE ABOVE WITH 10 GAUGE (NO) GALVANIZED WIRE AT 4'-0" O.C. EACH WAY MIN.

9.4 GRANITE, PORCELAIN, CERAMIC TILE:
A) MATERIALS:
1) GENERAL CONTRACTOR SHALL INSTALL TILE, AS SPECIFIED SEE FINISH LEGEND FOR SPECIFICATION
2) SETTING BED MORTAR AND GROUT TO CONFORM TO ASTM C-1100, TYPE M.
3) SETTING BED TO BE A LATEX MODIFIED THIN SET "MARBLE AND GRANITE MIX" BY "HYDROMENT" OR EQUAL.
4) GROUTING TO BE A CERAMIC TILE GROUT MIXED WITH "HYDROMENT" ACRYLIC LATEX BY "HYDROMENT" OR EQUAL TO MATCH TILE UNLESS OTHERWISE NOTED.
B) INSTALLATION:
1) INSTALLATION TO COMPLY WITH ANSI A108.5 AND MANUFACTURER'S RECOMMENDATIONS AND INSTRUCTIONS.
2) CONTRACTOR TO LEAVE FINISHED INSTALLATION CLEAN AND FREE OF CRACKED, CHIPPED, BROKEN, UNBONDED, OR OTHERWISE DEFECTIVE TILE WORK, AND TO PROTECT THE INSTALLED FLOOR WITH KRAFT PAPER OR OTHER HEAVY COVERING DURING THE CONSTRUCTION PERIOD TO PREVENT DAMAGE AND WEAR.
3) THE MORTAR AND GROUT MATERIALS AS WELL AS THE INSTALLATION STANDARDS SHOULD COMPLY WITH THE AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI), AND STANDARD SPECIFICATIONS FOR MARBLE TILE APPLY TO THIS WORK.

9.5 WOOD FLOORING AND BASE:
A) GENERAL: WOOD PLANK FLOORING AND ADHESIVE AND BASE SHALL BE FURNISHED AND INSTALLED BY CHILDREN'S PLACE.

9.6 RESILIENT FLOORING & BASES:
A) MATERIALS: (FURNISHED & INSTALLED BY GENERAL CONTRACTOR)
1) VINYL COVE BASE SHALL BE BY "JOHNSONITE" 4" HIGH.
a) INSTALL IN CONTINUOUS LENGTHS.
2) RESILIENT FLOORING SHALL BE AS NOTED IN FINISH LEGEND.
a) INSTALL 12" x 12" TILES WITH GRAIN IN ONE DIRECTION ONLY. NO CHECKER BOARD PATTERN.

9.7 PAINTING:
A) GENERAL:
1) INCLUDE SURFACE PREPARATION AND FIELD APPLICATION OF ALL PAINTS AND COATINGS.
2) ALL PAINT FINISHES SHALL CONFORM TO ALL APPLICABLE CODES FOR FLAME/SMOKE RATING REQUIREMENTS.
3) ALL PAINT AND/OR OTHER FINISH MATERIALS ARE TO BE APPLIED IN ACCORDANCE WITH THE SPECIFIC MANUFACTURER'S DIRECTIONS.
B) MATERIALS:
1) BENJAMIN MOORE, SEE FINISH LEGEND
C) INSTALLATION:
1) ALL DRYWALL SHALL BE FREE OF SANDING DUST AND JOINT TREATMENT CEMENT AND BE THOROUGHLY DRY.
2) THE PAINTING SUBCONTRACTOR IS TO INSTALL ANY ADDITIONAL COATS REQUIRED, WHEN THE UNDERCOATS, STAINS OR OTHER CONDITIONS, SHOW THROUGH FINAL PAINT COAT.
3) ALL SURFACES BEHIND PERMANENTLY FIXED EQUIPMENT SHALL RECEIVE A PRIME COAT ONLY AND ALL PAINT SURFACES BEHIND MOVABLE EQUIPMENT AND FURNITURE SHALL RECEIVE THE SAME FINAL COATS AS OTHER SIMILAR EXPOSED SURFACES.
4) ALL GYPSUM DRYWALL CEILINGS AND WALLS TO RECEIVE 2 COATS OF BENJAMIN MOORE REGAL WALL SATIN.
5) ALL EXPOSED WOOD AND METAL TO BE PRIMED AND FINISHED WITH TWO COATS PER FINISH SCHEDULE.
6) PRIME COAT IS TO BE APPLIED TO ALL MATERIALS WHICH ARE REQUIRED TO BE PAINTED OR FINISHED.
7) REMOVE ALL PAINT DRIPS, ETC., FROM ADJACENT SURFACES AND CLEAN ALL SURFACES.

9.8 CARPET:
A) MATERIAL:
1) FIELD CARPET SHALL BE AS NOTED IN FINISH LEGEND.
a) G.C. TO SUPPLY ADHESIVE AS RECOMMENDED BY MANUFACTURER.
B) INSTALLATION:
1) THE CARPET INSTALLER IS TO CLEAN AWAY ANY DEBRIS AND/OR SCRAPE UP ANY CEMENTITIOUS DEPOSIT FROM SUBSTRATE SURFACE PRIOR TO INSTALLATION OF CARPET SO AS TO ASSURE QUALITY, SMOOTHNESS AND PREPARATION OF FLOOR SURFACE. VACUUM CLEAN IMMEDIATELY BEFORE INSTALLATION.
2) AFTER INSTALLATION CARPET IS TO BE COVERED COMPLETELY SO THAT THE CARPET WILL REMAIN UNDAMAGED UNTIL SPACE IS OCCUPIED.
3) THIS CONTRACTOR IS REQUIRED TO ASSUME ALL RESPONSIBILITY FOR SAFEGUARDING OF SHIPMENTS OF CARPETING DURING THE COURSE OF CONSTRUCTION AND PRIOR TO TURNOVER OF SPACE TO THE CLIENT.
4) SEAMING WILL BE BUTTED AND GLUED.
5) OVERAGE - RETAIN 5% EXTRA IN ORIGINAL ROLLS AND EXCESS CARPET PIECES OVER ONE (1) SQUARE YARD, ALL CAREFULLY WRAPPED, FOR OWNER'S FUTURE USE AND MAINTENANCE.

9.9 FLASH/PATCHING:
A) SMOOTH EXISTING FLOOR WHERE REQUIRED TO PROVIDE A UNIFORM AND LEVEL SURFACE FOR FINISH FLOOR MATERIALS.

DIVISION 10 - SPECIALTIES:

10.1 SIGNS:
A) GENERAL:
1) THE SIGNAGE WILL BE THE RESPONSIBILITY OF THE TENANT'S SIGN CONTRACTOR, INCLUDING FABRICATION, LANDLORD AND BUILDING DEPARTMENT APPROVAL, AND COORDINATION OF INSTALLATION WITH GENERAL CONTRACTOR'S SIGN INSTALLER.
2) THE SIGN SUBCONTRACTOR SHALL INCLUDE ALL WORK ON THE STOREFRONT SIGN, WINDOWS AND INTERIOR (IF APPLICABLE).
3) THE ART WORK FOR THE SIGNAGE AND GLAZING LOGO TO BE FURNISHED BY THE CLIENT AND SHOP DRAWINGS PREPARED BY THE SIGN SUB-CONTRACTOR FOR BOTH CLIENT, LANDLORD AND BLDG. DEPT. APPROVAL.
4) THE SIGN SUBCONTRACTOR TO FURNISH AND INSTALL ALL SILKSCREEN OR WORK AND SHALL ENLARGE OR REDUCE ART WORK AS REQUIRED FOR THE LOCATION.
B) INSTALLATION:
1) THE GENERAL CONTRACTOR IS TO HAVE THE SIGN INSTALLED BY A LOCAL SIGN SUBCONTRACTOR UTILIZING TEMPLATES FURNISHED BY THE GENERAL CONTRACTOR.
2) ALL SURFACES TO BE CLEAN AND FREE OF DIRT/GREASE BEFORE APPLICATION OF SIGNAGE INCLUDING SILKSCREENING AREAS APPLIED TO THE BACK OF GLASS AS SHOWN ON PLANS AND SPECIFICATIONS. ALL WORK TO BE THE BEST QUALITY WITH ALL LINES CLEAN AND SHARP AND SET IN PLACE SQUARE, PLUMB AND TRUE.

10.2 EXTINGUISHERS:
A) GENERAL:
1) THE GENERAL CONTRACTOR IS TO CONTACT THE LOCAL FIRE MARSHALL AND VERIFY THE NUMBER OF FIRE EXTINGUISHERS REQUIRED DURING CONSTRUCTION AS WELL AS DURING STORE OPERATION, AND LOCATION FOR MOUNTING, BUT IN NO CASE TO ALLOW LESS THAN THREE (3) FIRE EXTINGUISHERS TO BE INSTALLED.
B) MATERIALS:
1) FIRE EXTINGUISHERS FURNISHED ARE TO BE COSMIC 5E, 2A10BC DRY CHEMICAL BY "J.L. INDUSTRIES", BLOOMINGTON, MN (612)835-6850 (OR APPROVED EQUAL).
2) THE WALL BRACKETS FOR MOUNTING THE EXTINGUISHERS TO BE MODEL NO. MB 848.

10.3 TOILET ACCESSORIES:
A) GENERAL:
1) INSTALL ALL ACCESSORIES TO COMPLY WITH GOVERNING CODES.
B) MATERIALS:
1) ACCESSORIES SHALL BE SUPPLIED AS MANUFACTURED BY "BOBRICK"
a) EQUAL EQUIPMENT MAY BE PROPOSED BY SUBMITTING CUTS OF PIECES FOR APPROVAL PRIOR TO BID SUBMISSION.
i) WALL MOUNTED SINGLEFOLD SERVICE TOWEL HOLDER, FORT HOWARD MODEL # 501-20.
ii) ROLL TOILET PAPER HOLDER, B-6661 1526
iii) FIXED MIRROR B-165, 1624 AND/ OR ANGLED MIRROR B-294, 1624 AS REQUIRED BY BARRIER FREE CODE.
iv) GRAB BARS: B-6806 SERIES WITH ANCHOR PLATES TO WITHSTAND 250 LB. PRESSURE, VERTICAL & HORIZONTAL. SEE DRAWING FOR LOCATION AND DIMENSIONS.
2) BABY CHANGING TABLE STATION PROVIDED BY "CHILDREN'S PLACE" AND INSTALLED BY GENERAL CONTRACTOR.

10.4 FIXTURES, HARDWARE & ACCESSORIES:
A) GENERAL:
1) CUSTOM WALL SYSTEM, MELAMINE PANELS AND CHANNELS, CUSTOM WALL HARDWARE, FREESTANDING FIXTURES, DISPLAY FIXTURES, AND RECESSED STANDARDS ARE PROVIDED BY THE CHILDREN'S PLACE AND INSTALLED BY GENERAL CONTRACTOR. SURFACE MOUNTED STANDARDS, BRACKETS AND SHELVING IN TOILET AND STORAGE AREAS ARE PROVIDED AND INSTALLED BY GENERAL CONTRACTOR.
2) INSTALLATION OF HARDWARE AND FIXTURES BY GENERAL CONTRACTOR AT THE DIRECTION OF THE CHILDREN'S PLACE
B) MATERIALS:
1) SALES AREA:
a) PROVIDE AND INSTALL SUPPORTING STUDS.
2) STORAGE (AT TOILET AND ABOVE MANAGER'S DESK):
a) SURFACE MOUNTED STANDARD
b) BRACKETS SIZED PER NOTED SHELF SIZE
c) PROVIDE AND INSTALL HORIZONTAL SUPPORT FRAMING AS REQUIRED.
C) INSTALLATION:
1) USE ONLY CONCEALED FASTENERS WHENEVER POSSIBLE.
2) INSTALL EXPOSED MOUNTING DEVICES AND FASTENERS TO MATCH THE ACCESSORIES.
3) PROVIDE ALL ANCHORS, BOLTS AND OTHER NECESSARY AND REQUIRED FASTENERS, AND ATTACH STANDARDS SECURELY TO WALL AND PARTITIONS IN LOCATIONS AS INDICATED ON PLANS AND SPECIFICATIONS. COMPLY WITH THE MANUFACTURER'S INSTRUCTIONS FOR EACH TYPE OF SUBSTRATE CONSTRUCTION.

DIVISION 11 - EQUIPMENT

11.1 MUSIC EQUIPMENT:
A) MATERIALS:
1) AMPLIFIER, CASSETTE DECK, SPEAKERS, SPEAKER WIRE AND VOLUME CONTROL BY TENANT'S AUDIO CONTRACTOR. AEI MUSIC, CONTACT HOWARD KRESSWORTH @ 1-800-401-7661
2) GENERAL CONTRACTOR TO PROVIDE CONDUIT FOR SPEAKER WIRE FROM AMPLIFIER TO VOLUME CONTROL SWITCH LOCATION, OUTLET BOX FOR SPEAKER WIRE AT RECEIVER, DOUBLE DEEP GANG BOX FOR MUSIC VOLUME CONTROL SWITCH.
B) INSTALLATION:
1) ALL MATERIALS TO BE SUPPLIED AND INSTALLED BY GENERAL CONTRACTOR AS INDICATED ON PLANS AND SPECIFICATIONS.

11.2 SECURITY SYSTEM / IN FLOOR SENSOR / ANNUNCIATOR SYSTEM:
A) MATERIALS:
1) SUPPLIED BY "CHILDREN'S PLACE" AND INSTALLED BY GENERAL CONTRACTOR.
2) SECURITY SYSTEM BY SENSORMATIC @ 1-800-241-6613
B) INSTALLATION
1) INSTALL PER MANUFACTURER'S INSTRUCTIONS

ACCEPTABLE FOR PERMIT UNDER DIR. NO. 14/1975

MAY 16 2001

| DATE | ISSUE |
|---|---|
| 2/2/01 | BID, VENDORS, LL, & BUILDING DEPARTMENT |
| 04/11/01 | T.&C., VENDORS, & LL |
| 04/16/01 | T.&C., VENDORS, LL, & LANDMARKS |

| DATE | No. | REVISIONS / BY |
|---|---|---|
| 04/16/01 | 2 | LANDMARKS COMMENTS / T.R.P. |
| 04/11/01 | 1 | TENANT REVISION / T.R.P. |

THE GENERAL CONTRACTOR AND/OR ALL SUB-CONTRACTORS WORKING FROM THESE PLANS AND SPECIFICATIONS ARE NOT TO SCALE SUCH INFORMATION BUT TO CONTACT THE ARCHITECT OR HIS REPRESENTATIVE REGARDING MEASUREMENTS, IF SUCH MEASUREMENTS DO NOT APPEAR CORRECT, AND/OR PROPERLY ON SCALE CORRECTLY TO THE INDICATED SIZE.

500 Valley Road
Wayne, NJ 07470
Tel 973 · 692 · 0622
Fax 973 · 692 · 0228
tg@tricarico.com

THE TRICARICO GROUP
Architecture
Interior Design

NICHOLAS J. TRICARICO
CONSULTING ARCHITECT

| | | | | | |
|---|---|---|---|---|---|
| AL | #1826 | LA | #2847 | OK | #2203 |
| AK | | ME | #974 | OR | #2605 |
| AZ | #13750 | MD | #3963-R | PA | #B-8030 |
| AR | #1595 | MA | #4578 | RI | #1077 |
| CA | #C-015102 | MI | #28378 | SC | #2126 |
| CO | #C-2445 | MN | #15993 | SD | #3754 |
| CT | #5005 | MS | #1348 | TN | #012534 |
| DC | #3433 | MO | #A-4565 | TX | #8765 |
| DE | #2073 | MT | #1359 | UT | #1355 |
| FL | #7605 | NE | #A-1730 | VT | #1297 |
| GA | #3478 | NV | #1678 | VA | #4220 |
| HI | #AR-C5697 | NH | #1112 | WA | #4305 |
| ID | #1321 | NJ | #05411 | WV | #1469 |
| IL | #001-010719 | NM | #1724 | WI | #A-5097 |
| IN | #4114 | NY | #012094 | WY | #C-1001 |
| IA | #2304 | NC | #3985 | | |
| KS | #2777 | ND | #675 | PR | #14435 |
| KY | #2116 | OH | #0058 | GUAM | #337 |

© ALL RIGHTS RESERVED

THIS DRAWING, THE DESIGN INDICATED, THE FORMAT AND ARRANGEMENTS ARE THE PROPERTY OF THE TRICARICO GROUP. ANY USE OR REUSE OF ORIGINAL OR ALTERED DESIGN MATERIALS BY THE CLIENT, AGENTS OF THE CLIENT OR OTHER PARTIES WITHOUT THE REVIEW AND WRITTEN APPROVAL OF THE DESIGN PROFESSIONAL SHALL BE AT THE SOLE RISK OF THE OTHERS. FURTHERMORE THE CLIENT AGREES TO DEFEND, INDEMNIFY AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL CLAIMS, INJURIES, DAMAGES, LOSSES, EXPENSES AND ATTORNEY'S FEES ARISING OUT OF MODIFICATION OR REUSE OF THESE MATERIALS.

PROJECT: THE CHILDREN'S PLACE

LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.

| PROJECT NO. 00586 | DRAWN BY: T.R.P. |
|---|---|
| SCALE: AS NOTED | CHECKED BY: H.W. |
| DATE: 2/2/01 | APPROVED BY: |

DRAWING NAME: GENERAL PRODUCT SPECIFICATIONS

NICHOLAS J. TRICARICO
CONSULTING ARCHITECT

DRAWING NO. A7.0

SEAL

LEGEND AND NOTES
CEILING SUPPLY AIR DIFFUSER 24X24
CEILING SUPPLY AIR DIFFUSER 12X12
CEILING RETURN AIR GRILLE
THERMOSTAT
NEW DUCTWORK
NEW DUCTWORK WITH ACCOUSTICAL LINING
VOLUME DAMPER
TYPE OF AIR DEVICE
AIR QUANTITY
DIRECTION OF AIR FLOW
SUPPLY AIR DIFFUSER
RETURN AIR GRILLE
TOP REGISTER
FIRE DAMPER
BACKDRAFT DAMPER
SMOKE DETECTOR
LINEAR SLOT DIFFUSER
MOTORIZED DAMPER
DIFFUSER AND GRILLE SCHEDULE
TYPE
DESCRIPTION
"SAD"
"RET"
"FL"
"FB"
HVAC KEY TO SYMBOLS
MEN'S ACCESSIBLE TOILET ROOM
WOMEN'S ACCESSIBLE TOILET ROOM
ACCESSIBLE FITTING RM. #2
FITTING RM. #1
FITTING RM. VESTIBULE
STOCKROOM
EXIT CORRIDOR
SALES AREA
STOREFRONT SOFFIT
STOREFRONT ENTRY
ECONOMIZER AIR
MECHANICAL PLAN
SCALE: 1/8"=1'-0"
20 TON AIR HANDLING UNIT SCHEDULE AHU-1
(2) TWO NEW 10 TON CONDENSING UNIT SCHEDULE CU-1 AND CU-2
AIR CURTAIN SCHEDULE (ACU-1)
ELECTRIC DUCT HEATER EDH-1
TOILET EXHAUST FAN SCHEDULE
ELECTRIC UNIT HEATER UH-1
RELIEF AIR FAN SCHEDULE (RAF-1)
HEAT GAIN CALCULATIONS
HEAT LOSS CALCULATIONS
SCOPE OF WORK
EQUIPMENT SCHEDULE
DATE
ISSUE
REVISIONS / BY
500 Valley Road
Wayne, NJ 07470
Tel 973 · 692 · 0222
Fax 973 · 692 · 0223
THE TRICARICO GROUP
Architecture
Interior Design
NICHOLAS J. TRICARICO
CONSULTING ARCHITECT
© ALL RIGHTS RESERVED
PROJECT: THE CHILDREN'S PLACE
LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.
PROJECT NO. 00586
DRAWN BY: T.M.
SCALE: AS NOTED
CHECKED BY: H.W.
DATE: 2/2/01
DRAWING NAME: MECHANICAL PLAN AND NOTES
NICHOLAS J. TRICARICO
CONSULTING ARCHITECT
DRAWING NO. M1.0

## HEATING, VENTILATING AND AIR CONDITIONING (HVAC) GENERAL SPECIFICATIONS

I. GENERAL REQUIREMENTS

1. BY SUBMITTING A QUOTATION OR PROPOSAL, THE MECHANICAL CONTRACTOR EXPRESSLY STATES AND WARRANTS THAT: ALL DRAWINGS AND SPECIFICATIONS HAVE BEEN THOROUGHLY REVIEWED, CONTRACTOR HAS BECOME FAMILIARIZED WITH JOB SITE CONDITIONS, AND IS TOTALLY QUALIFIED TO PERFORM ALL OF THE WORK REQUIRED.

2. BEFORE SUBMITTING A FINAL PROPOSAL, THE CONTRACTOR SHALL EXAMINE THE SITE OF THE PROPOSED WORK TO DETERMINE THE EXISTING CONDITIONS THAT MAY AFFECT THE PROPOSAL.

3. IT IS THE INTENTION OF THESE DRAWINGS AND SPECIFICATIONS TO CALL FOR FINISHED WORK, TESTED AND READY FOR OPERATION. IF WORK IS NOT SPECIFIED BUT REQUIRED BY CODE, THE WORK SHALL BE PROVIDED BY THE CONTRACTOR WITHOUT ADDITIONAL EXPENSE TO THE OWNER.

4. IT IS THE INTENT OF THESE SPECIFICATIONS TO PROVIDE A COMPLETE, FINISHED, TESTED, ADJUSTED AND OPERATIONAL MECHANICAL SYSTEM. ANY APPARATUS, MATERIAL, WORK OR INCIDENTAL ITEMS REQUIRED TO MAKE THE SYSTEM COMPLETE AND READY FOR OPERATION SHALL BE INCLUDED IN THE MECHANICAL CONTRACTOR'S PROPOSAL WHETHER OR NOT IT IS SHOWN ON THE DRAWINGS OR IN THE SPECIFICATIONS.

5. THE DRAWINGS ARE GENERALLY DIAGRAMMATIC. THEY ARE INTENDED TO CONVEY THE SCOPE OF WORK AND TO INDICATE THE GENERAL ARRANGEMENT OF THE EQUIPMENT, DUCTS, PIPING, ETC.. THE MECHANICAL CONTRACTOR MUST OBTAIN APPROVED CONSTRUCTION DRAWINGS FROM THE GENERAL CONTRACTOR BEFORE BEGINNING ANY WORK.

6. THE ENTIRE INSTALLATION, INCLUDING ALL MATERIALS, EQUIPMENT, AND WORKMANSHIP, SHALL CONFORM TO ALL APPLICABLE LAWS, CODES, AND REGULATIONS OF MUNICIPAL, COUNTY, STATE AND FEDERAL AUTHORITIES AND SHALL ALSO BE IN COMPLIANCE WITH THE LANDLORD'S CRITERIA AND THE LATEST EDITIONS OF ASHRAE STANDARDS, THE LIFE SAFETY CODE, THE STANDARD BUILDING CODE, UNDERWRITERS LABORATORIES, THE NATIONAL ELECTRICAL CODE, NFPA 70, 90A, AND 96.

7. THE MECHANICAL CONTRACTOR SHALL OBTAIN AND PAY FOR ALL NECESSARY PERMITS AND LICENSES PERTAINING TO HIS WORK.

8. THE CONTRACTOR SHALL OBTAIN AND COMPLY WITH DETAILED REQUIREMENTS OF LEASE EXTRACTS FROM THE LANDLORD AND TENANT.

9. THE CONTRACTOR SHALL FURNISH AND INSTALL AN AIR-CONDITIONING AND HEATING SYSTEM IN ACCORDANCE WITH LANDLORD CRITERIA.

10. COORDINATE LOCATIONS OF ALL AIR OUTLETS WITH ALL WALLS, LIGHTS, SPRINKLER HEADS, CEILING TILES AND DECORATIVE CEILING FIXTURES PRIOR TO INSTALLATION.

11. EQUIPMENT AND MATERIALS IN TRANSIT SHALL UTILIZE FREIGHT ELEVATOR OR STAIRS. SAID EQUIPMENT OR MATERIALS SHALL BE DISASSEMBLED AS REQUIRED TO MEET THE RESTRICTIONS IMPOSED BY THE BUILDING OR ITS COMPONENT CONSTRAINTS AND THEN REASSEMBLED IN THE NEW WORK AREA.

12. ALL WORK SHALL BE DONE WITH A MINIMUM OF NOISE AND DISTURBANCE TO BUSINESS ROUTINE. ALL WORK SCHEDULES SHALL BE COORDINATED WITH AND APPROVED BY THE ARCHITECT.

13. SINCE THESE ARE SECURE FLOORS, ALL DELIVERIES, WORKERS, WORK OPERATORS, ETC. REQUIRED BY THE CONTRACTOR FOR WORK PERFORMED IN ANY AREA OR SITE BUILDING SHALL BE IN STRICT CONFORMANCE TO THE RULES AND REGULATIONS OF THE OWNER AND ARCHITECT.

14. CONTRACTOR SHALL PROTECT HIS WORK AND EQUIPMENT FROM DAMAGE, VANDALS, ETC. ANY ITEM THAT IS DAMAGED, VANDALIZED OR STOLEN PRIOR TO ACCEPTANCE OF BUILDING BY OWNER AND ARCHITECT SHALL BE REPLACED BY RESPECTIVE CONTRACTOR AT NO CHARGE TO OWNER.

15. PROVIDE ACCESS DOORS FOR ALL CONCEALED VALVES, VENTS, DAMPERS, FIRE DAMPERS, EXPANSION JOINTS, PULL BOXES, SHOCK ABSORBERS, DRAINS, MOTORS, F  RS, PUMPS AND ANY OTHER ITEM REQUIRING SERVICE. DOORS IN PLASTER OR CONCRETE SURFACES SHALL HAVE A RECESSED DOOR WITH CONCRETE OR PLASTER FACING. DOORS IN CARPETED OR TILED AREAS SHALL BE RECESSED WITH TILE FACING. NO ACCESS DOORS ARE REQUIRED IN 2' X 2' AND 2' X 4' LAY-IN ACOUSTIC TILE CEILING. PROVIDE COLORED PINS TO DENOTE ACCESS TILES. FURNISH FACTORY MADE METAL ACCESS DOORS, COMPLETELY FLUSH, "ALLAN HEAD" SCREWDRIVER OPERATED, WITH FRAMES AND CAM-TYPE CATCH WITH STAINLESS STEEL STUD. DOORS SHALL BE NOT LESS THAN 12" X 12" FOR HAND ACCESS. DOORS IN WALLS AND CEILING SHALL BE PRIME COATED CARBON STEEL. FURNISH FIRE RATED DOORS FOR FIRE RATED CONSTRUCTION. RATING OF DOOR MUST BE SAME RATING AS CONSTRUCTION.

16. IT IS SPECIFICALLY THE INTENTION OF THIS SPECIFICATION TO HOLD THE CONTRACTOR RESPONSIBLE FOR ALL DAMAGE DONE TO ANY EXISTING FACILITIES, EQUIPMENT, PAINTING, OR ARCHITECTURAL AND STRUCTURAL FEATURES OF THE BUILDING, BY EITHER HIS OWN WORKMEN OR BY ANY OF HIS SUBCONTRACTORS. THE CONTRACTOR SHALL REPAIR ANY DAMAGE DONE BY HIS OWN WORKMEN OR SUBCONTRACTORS, AND THE OWNER AT HIS DISCRETION, MAY WITHHOLD PAYMENTS EQUAL TO THE REASONABLE COST OF THE REPAIRS.

17. THE CONTRACTOR SHALL NOT INTERRUPT ANY OF THE SERVICES OF THE EXISTING BUILDING NOR INTERFERE WITH THE SERVICES IN ANY WAY WITHOUT THE EXPRESSED PERMISSION OF THE OWNER AND ARCHITECT.

18. THE CONTRACTOR OR HIS WORKMEN SHALL NOT BE PERMITTED TO USE ANY PART OF THE EXISTING BUILDING AS A SHOP WITHOUT THE APPROVAL OF THE OWNER AND ARCHITECT.

19. WHERE THE WORK MAKES TEMPORARY SHUTDOWN OF SERVICES UNAVOIDABLE, THEY SHALL BE MADE AT NIGHT OR AT SUCH TIMES AS WILL CAUSE THE LEAST INTERFERENCE WITH THE ESTABLISHED OPERATING ROUTINE.

20. THE CONTRACTOR SHALL ARRANGE THE WORK SO AS TO ASSURE THAT SERVICES WILL BE SHUT DOWN ONLY DURING THE TIME ACTUALLY REQUIRED TO MAKE THE NECESSARY CONNECTION TO THE EXISTING WORK.

21. THE CONTRACTOR SHALL GIVE AMPLE WRITTEN NOTICE IN ADVANCE TO THE OWNER OF ANY REQUIRED SHUT DOWN.

22. ALL MOTORS, FANS, CONTROLS, FIXTURES, HVAC UNIT AND OTHER EQUIPMENT FOR USE IN THIS CONTRACT SHALL BE PROTECTED BY TARPAULIN OR IN BOXES AS SOON AS DELIVERED TO THE SITE, AND SHALL BE KEPT CLEAN AND DRY. THE MOTORS, UNITS, FIXTURES, FANS, AND MOVING PARTS SHALL BE KEPT COVERED SO AS TO ELIMINATE DIRT, DUST, AND OTHER MATERIALS ENTERING THE PARTS DURING ERECTION AND CONSTRUCTION WORK ON THE BUILDING. SHOULD IT BE FOUND THAT ANY PARTS ARE DAMAGED DUE TO CARELESSNESS ON THE PART OF THE CONTRACTOR IN NOT PROVIDING PROPER PROTECTION, SUCH PART OR PARTS SHALL BE REPLACED BY THE CONTRACTOR AT HIS OWN COST AND EXPENSE. ALL OPENINGS IN DUCTS, PIPING, CONDUITS, ETC., SHALL BE PROPERLY PROTECTED WITH TEMPORARY CAPS OR PLUGS AT ALL TIMES.

23. THE MECHANICAL CONTRACTOR SHALL VERIFY AND COORDINATE ALL METHODS OF HANGING, SUPPORTING, CUTTING AND PATCHING WITH THE OWNER OR LANDLORD.

24. DURING THE CONSTRUCTION PHASE OF THE PROJECT, ANY DUCTWORK INSTALLED IS TO BE COMPLETELY SEALED UP OF ANY OPENINGS, EITHER AT THE BEGINNING OR END OF A DUCT RUN OR AT A BRANCH, COLLAR DIFFUSER OR REGISTER TO AVOID DIRT OR OTHER CONTAMINANTS FROM ENTERING THE SYSTEM.

II. DRAWINGS

1. SUBMIT THREE (3) SETS OF AS BUILT DRAWINGS IDENTIFIED WITH PROJECT NAME AND LOCATION, TO THE OWNER, OF THE FOLLOWING:
1. DUCTWORK LAYOUT
2. CONTROL DIAGRAMS
3. SEQUENCE OF OPERATION
4. TOILET EXHAUST FAN & HVAC UNIT.
5. AIR OUTLETS
6. INSULATION

III. GUARANTEE, WARRANTY

1. THE MECHANICAL CONTRACTOR SHALL INCLUDE IN HIS PROPOSAL A ONE YEAR GUARANTEE, WARRANTY ON ALL EQUIPMENT AND MATERIAL HE INSTALLS OR FURNISHES. THIS GUARANTEE, WARRANTY IS TO INCLUDE ALL LABOR, MATERIAL, PARTS, ETC. NECESSARY TO MAINTAIN THE SYSTEM IN SATISFACTORY OPERATION FOR A PERIOD OF ONE YEAR STARTING FROM THE DATE OF ACCEPTANCE OF THE SYSTEM BY THE TENANT. IT SHALL ALSO INCLUDE A NEW SET OF FILTERS AT THE TIME OF STARTUP, ONE SUMMER TO WINTER CHANGEOVER, ONE WINTER TO SUMMER CHANGEOVER, AND FOUR (4) FILTER CHANGES DURING THE FIRST YEAR. THE NORMAL PREVENTATIVE MAINTENANCE WORK SHALL BE PERFORMED AT THE TIME OF THE FILTER CHANGES.

IV. DUCTWORK

1. ALL DUCTWORK SHALL BE PROVIDED AND INSTALLED IN ACCORDANCE WITH SMACNA LOW VELOCITY AND "HVAC DUCT CONSTRUCTION STANDARDS MANUAL", LATEST EDITION AND ASHRAE USING PRIME SHEETS OF GALVANIZED STEEL. ALL SQUARE ELBOWS SHALL BE PROVIDED WITH DOUBLE WALLED VANES ON MAXIMUM 3" CENTERS. PROVIDE SEAL CLASS "C" ON ALL TRAVERSE ... UNLESS SUPERSEDED BY MORE STRINGENT LOCAL CODES.
2. IN ALL ROOMS ... TO THE DECK ABOVE, AN OPENING OF 2 SQ. FT. SHALL BE LEFT ABOVE THE HUNG ... UNLESS OTHERWISE NOTED. IF WALL IS FIRE RATED, A FIRE DAMPER SHALL BE INSTALLED ... OPENING.

3. THE MECHANICAL CONTRACTOR SHALL PROVIDE COMPLETE AIR BALANCING OF ALL SYSTEMS. TESTING AND BALANCING SHALL BE PERFORMED BY AN INDEPENDENT CONTRACTOR AT MECHANICAL CONTRACTOR'S EXPENSE. ALL SYSTEMS SHALL BE BALANCED IN ACCORDANCE WITH THE LATEST STANDARD OF THE "ASSOCIATED AIR BALANCE COUNCIL". A COMPLETE CERTIFIED REPORT INDICATING AIR FLOW RATES, PRESSURE DROPS, STATIC PRESSURES, BRAKE HORSEPOWER, AMP DRAW, TOILET EXHAUST CFM, ETC. SHALL BE DELIVERED TO THE ARCHITECT, THE TENANT AND THE MALL MANAGEMENT OFFICE. ACTUAL AIR BALANCING SHALL BE PERFORMED WITH A +5% ACCURATE AIR VELOCITY METER. FOR VAV SYSTEMS THE REPORT MUST INCLUDE VAV BOX AIRFLOW SENSOR DIFFERENTIAL PRESSURE READING AT MAXIMUM AND MINIMUM COOLING AND HEATING.

4. THE MECHANICAL CONTRACTOR SHALL PROVIDE ALL FIRE DAMPERS AS REQUIRED BY LANDLORD AND/OR TENANT CRITERIA AND/OR CODES HAVING JURISDICTION. ALL FIRE DAMPERS SHALL COMPLY WITH THE REQUIREMENTS OF THE BOARD OF FIRE UNDERWRITERS, THE LOCAL FIRE MARSHAL, AND SHALL BE LABELED AND APPROVED BY UNDERWRITERS LABORATORIES.

5. ALL BRANCHES AND TAKEOFFS SHALL BE EQUIPPED WITH MANUAL VOLUME CONTROLLING DEVICES HAVING AN INDICATING AND LOCKING DEVICE.

6. SUPPORT HORIZONTAL DUCTS WITH HANGERS SECURED TO BAR JOISTS OR STRUCTURAL STEEL ABOVE, AT INTERVALS NOT TO EXCEED 8'-0". DUCTWORK SHALL NOT BE SUPPORTED FROM ROOF DECKING, AND/OR BRIDGING, BUT SHALL BE SUSPENDED FROM THE TOP CHORD OF BAR JOISTS.

7. UPON COMPLETION OF INSTALLATION OF VENTING DUCTS, CLEAN ENTIRE SYSTEM BEFORE INSTALLING AIR OUTLETS.

8. MINIMUM SHEET METAL GAUGES SHALL BE AS FOLLOWS:

| DIMENSION OF LONGEST SIDE OF DUCT | SHEET METAL GAUGE |
|---|---|
| THRU 12" | 26 |
| 13" THRU 18" | 24 |
| 19" THRU 30" | 24 |
| 31" THRU 54" | 24 |
| 55" THRU 84" | 20 |
| 85" AND ABOVE | 18 |

9. ALL REGISTERS AND DIFFUSERS SHALL BE STEEL, FLUSH TO THE CEILING, AND SHALL HAVE MANUFACTURERS BAKED ENAMEL FINISH (COLOR TO MATCH CEILING TILES OR CEILING). DIFFUSERS SHALL BE OF THE ADJUSTABLE PATTERN TYPE WITH VOLUME CONTROL DAMPERS AND FLOW EQUALIZING.

10. FIBERGLASS DUCTWORK WILL NOT BE ALLOWED.

11. WHERE REQUIRED BY LOCAL CODES, LANDLORD, AND IF INDICATED ON DRAWINGS, PROVIDE UL555S SMOKE DAMPER WITH FIRESTAT/SMOKE SENSOR, REVERSIBLE MOTOR, INTERLOCK WITH FIRE ALARM SYSTEM.

12. THE MECHANICAL CONTRACTOR SHALL FURNISH AND INSTALL A SMOKE DETECTOR IN THE SUPPLY AIR SYSTEM INSIDE THE DUCT, DOWNSTREAM OF FILTERS, AND AHEAD OF BRANCH DUCT.

V. AUTOMATIC TEMPERATURE CONTROL

[illegible]

3. SERVICE AND GUARANTEE
CONTROLS SHALL BE ADJUSTED, REPAIRED OR REPLACED FREE OF CHARGE FOR A PERIOD OF ONE (1) YEAR, UNDER NORMAL USE AND SERVICE.

4. THERMOSTATS
A. MOUNT THERMOSTATS 5'-0" ABOVE FINISHED FLOORS AND SET DATE, TIME, TEMPERATURE, ETC. TURN OVER OPERATING INSTRUCTIONS TO TENANT REPRESENTATIVE.
B. THERMOSTATS SHALL BE PROVIDED WITH KEY OPERATED SECURITY COVERS AND DESCRIPTIVE NAMEPLATES.

VI. SPECIFIC HVAC SPECIFICATIONS

SEE HVAC DRAWINGS SPECIFICATIONS FOR:
A. WORK FURNISHED AND/OR INSTALLED BY LANDLORD.
B. INSULATION AND/OR ACOUSTIC LINING
  1) DUCTWORK
C. AUTOMATIC TEMPERATURE CONTROLS
  1) DESCRIPTION OF OPERATIONS
  2) OPERATING INSTRUCTIONS
D. EQUIPMENT
  1) TOILET EXHAUST FAN & HVAC UNIT.
  2) MISCELLANEOUS HVAC EQUIPMENT ACCESSORIES

VII. INSULATION

1. DUCTWORK WITHIN 10' OF HVAC UNIT SHALL BE ACOUSTICALLY LINED. DUCT SIZES SHOWN ON THE DRAWING ARE INTERNAL FREE AREA SIZES. INTERNAL LINER SHALL BE 1" THICK DUCT LINER EQUAL TO SCHULLER "PERMACOTE LINA-COUSTIC HP" (MIN. "R" VALUE = 4.2) AND SHALL BE APPLIED TO THE DUCTWORK WITH FIRE RESISTIVE ADHESIVES, AND CADMIUM OR COPPER PLATED MECHANICAL FASTENERS.

2. ALL UNEXPOSED DUCTWORK WITHIN BUILDING, EXCEPT WHERE ACOUSTIC LINED, SHALL HAVE 1-1/2", 1 POUND DENSITY FIBERGLASS DUCT WRAP INSULATION WITH FOIL FACE VAPOR BARRIER, ADHERED WITH WELDED PINS, WIRE AND DUCT TAPE.

3. LEADING EDGES OF DUCT INSULATION SHALL BE OVERLAPPED BY ADJOINING INSULATION FOR 6" MINIMUM AND THEN SEALED WITH FOIL VAPOR BARRIER ADHESIVE AND DUCT TAPE SO THAT NO
FIBERGLASS INSULATION IS VISIBLE.

4. ALL INSULATION ON EXISTING PIPING OR DUCTS THAT IS WETTED, DAMAGED, DISTURBED OR REMOVED SHALL BE REPLACED.

5. ALL FLAME AND SMOKE DEVELOPED CRITERIA SHALL MEET CODE CRITERIA.

VIII. LANDLORD CRITERIA

THE MECHANICAL CONTRACTOR IS TO BECOME FAMILIARIZED WITH LANDLORD'S CRITERIA FOR THIS LOCATION AND INCLUDE ANY REQUIRED WORK OF THIS CRITERIA, WHICH IS NOT SPECIFICALLY NOTED IN THESE DRAWINGS AND SPECIFICATIONS.

IX. FLEXIBLE CONNECTIONS

FINAL CONNECTIONS TO TOILET EXHAUST FAN SHALL BE WITH A HEAVY AIRTIGHT ACID RESISTANT FIRE RETARDANT FIBER GLASSED NEOPRENE CONNECTOR, A MINIMUM OF SIX (6) INCHES IN LENGTH. THE CONNECTOR SHALL BE FASTENED TO EQUIPMENT AND DUCT WITH TWO FLEXIBLE REMOVABLE BRASS STRAPS, OR ALTERNATE APPROVED METHOD

X. FLEXIBLE DUCT

[illegible]

① MECHANICAL NOTES

ACCEPTABLE FOR PERMIT UNDER DIR. NO. 14/1975
MAY 1 8 2001

② MECHANICAL DETAILS
N.T.S.

| DATE | ISSUE |
|---|---|
| 2/2/01 | BID, VENDORS, LL, & BUILDING DEPARTMENT |
| 04/11/01 | T.C.G., VENDORS, & LL |
| 04/16/01 | T.C.G., VENDORS, LL, & LANDMARKS |

| DATE | No. | REVISIONS / BY |
|---|---|---|
| 04/16/01 | 2 | LANDMARKS COMMENTS / T.R.P. |
| 04/11/01 | 1 | TENANT REVISION / T.R.P. |

THE GENERAL CONTRACTOR AND/OR ALL SUB-CONTRACTORS WORKING FROM THESE PLANS AND SPECIFICATIONS ARE NOT TO SCALE SUCH INFORMATION BUT TO CONTACT THE ARCHITECT OR HIS REPRESENTATIVE REGARDING MEASUREMENTS, IF SUCH MEASUREMENTS DO NOT APPEAR CORRECT, ADD UP PROPERLY OR SCALE CORRECTLY TO THE INDICATED SIZE.

500 Valley Road
Wayne, NJ 07470
Tel 973 · 692 · 0222
Fax 973 · 692 · 0223
tg@tricarico.com
THE TRICARICO GROUP
Architecture
Interior Design

NICHOLAS J. TRICARICO
CONSULTING ARCHITECT

| | | | | | |
|---|---|---|---|---|---|
| AL | #1929 | LA | #2947 | OK | [illegible] |
| AK | | ME | #974 | OR | [illegible] |
| AZ | #13750 | MD | #3963-R | PA | [illegible] |
| AR | #1595 | MA | #4576 | RI | [illegible] |
| CA | #C-015102 | MI | #28378 | SC | [illegible] |
| CO | #C-2445 | MN | #15993 | SD | #3754 |
| CT | #5005 | MS | #1348 | TN | [illegible] |
| DC | #3433 | MO | #A-4565 | TX | [illegible] |
| DE | #2073 | MT | #1359 | UT | #1335 |
| FL | #7605 | NE | #A-1739 | VT | [illegible] |
| GA | #3178 | NV | #1678 | VA | #4220 |
| HI | #AR-05697 | NH | #1112 | WA | #4306 |
| ID | #1321 | NJ | #00411 | WV | #1486 |
| IL | #001-010719 | NM | #1724 | WI | #A-5097 |
| IN | #4114 | NY | #012094 | WY | #C-1001 |
| IA | #2384 | NC | #5085 | | |
| KS | #2777 | ND | #675 | PR | #14435 |
| KY | #2116 | OH | #6058 | GUAM | #332 |

© ALL RIGHTS RESERVED
THIS DRAWING, THE DESIGN INDICATED, THE FORMAT AND ARRANGEMENTS ARE THE PROPERTY OF THE TRICARICO GROUP. ANY USE OR REUSE OF ORIGINAL OR ALTERED DESIGN MATERIALS BY THE CLIENT, AGENTS OF THE CLIENT OR OTHER PARTIES WITHOUT THE REVIEW AND WRITTEN APPROVAL OF THE DESIGN PROFESSIONAL SHALL BE AT THE SOLE RISK OF THE OTHERS. FURTHERMORE THE CLIENT AGREES TO DEFEND, INDEMNIFY AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL CLAIMS, INJURIES, DAMAGES, LOSSES, EXPENSES AND ATTORNEY'S FEES ARISING OUT OF MODIFICATION OR REUSE OF THESE MATERIALS.

PROJECT: THE CHILDRENS PLACE

LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.

| PROJECT NO. | DRAWN BY: |
|---|---|
| 00586 | TW.. |
| SCALE: AS NOTED | CHECKED BY: H.W. |
| DATE: 2/2/01 | APPROVED BY: |

DRAWING NAME: MECHANICAL SPECIFICATIONS AND DETAILS

NICHOLAS J. TRICARICO
CONSULTING ARCHITECT

DRAWING NO. M2.0

SEAL

## BUILDING DEPARTMENT NOTES

ALL WORK SHALL COMPLY WITH THE APPLICABLE SECTIONS OF THE BUILDING CODE, CITY OF NEW YORK, EFFECTIVE DECEMBER 6, 1968 ,ALL AMENDMENTS AND RULES AND REGULATIONS OF THE DEPARTMENT OF BUILDINGS TO DATE.

1. MATERIALS AND EQUIPMENT SUBJECT TO CONTROLLED INSPECTION.

a. MECHANICAL VENTILATION, AIR CONDITIONING AND REFRIGERATION.

b. INSPECTION AND TESTS OF THE REQUIRED VENTILATION SYSTEMS AS PER ( C26 - 1301.2 ) 27-779.

c. INSPECTION AND TESTS OF THE REFRIGERATION SYSTEMS AS PER [ C26- 1301.4 ] 27-781 AND RS 13-5.

2. HEATING EQUIPMENT.

a. APPLICATION FOR EQUIPMENT USE PERMIT FOR THE HEATING SYSTEM TO BE ACCOMPANIED BY A SIGNED STATEMENT OF AN ARCHITECT OR ENGINEER, RETAINED BY THE CONTRACTOR, INDICATING THAT THE SYSTEM IS IN COMPLIANCE WITH CODE TEMPERATURES, ETC. AS PER ( C26-STB ) 27-187.

b. BOILERS ( C26-1401.1) 27-749

c. FUEL BURNING EQUIPMENT ( C26-1401.2 ) 27-744.

3. HIGH PRESSURE STEAM PIPING SYSTEMS.

a. PER RULES OF THE DEPARTMENT OF BUILDING CH. 30, RULE 30-02.

4. THE FOLLOWING WORK ITEMS, COMPONENTS, MATERIALS, CAPACITIES ETC. SHALL COMPLY WITH THE REFERENCED CODE SUB - CHAPTER AND / OR REFERENCE STANDARD.

| | |
|---|---|
| (1) THE STANDARDS OF HEATING | - ARTICLE 3 OF SUBCHAPTER 12 |
| (2) HEATING CAPACITY | - RS 12-1 |
| (3) NOISE CONTROL - MULTIPLE DWELLINGS | - ARTICLE 4 OF SUB- CHAPTER 12 |
| (4) NOISE CRITERIA LEVELS AND TEST PROCEDURES FOR SOUND POWER LEVEL ( SPL ) | - RS 12-4 AND RS 12-5 |
| (5) DUCT CONSTRUCTION, SUPPORT, AIR INTAKES, EXHAUST AND RELIEFS. | - RS 13-1 |
| (6) SEGREGATION OF AIR SUPPLY FOR CORRIDORS AND MEANS OF EGRESS AND DIFFERENT OCCUPANCY GROUPS. | - [ C26-1300.8 ] 27-777(C) AND - RS 13-1 |
| (7) AIR FILTERS, FANS, AIR COOLING & HEATING EQUIPMENT. | - RS 13-1 |
| (8) ELECTRIC WIRING AND EQUIPMENT. | - RS 13-1 |
| (9) FIRE DAMPERS AND SMOKE DAMPERS AND SMOKE DETECTORS. | - RS 13-1 |
| (10) MANUAL AND AUTOMATIC, FIRE AND SMOKE CONTROLS FOR AIR DISTRIBUTION SYSTEMS. | - RS 13-1 |
| (11) HEAT EXCHANGER | - RS 14-6 |
| (12) BOILERS | - RS 14-8A |
| (13) PIPE INSULATION | - ARTICLE 10 OF SUB- CHAPTER 14 |
| (14) FUEL OIL STORAGE EQUIPMENT | - [ C26-1403.3 ] 27-805 |

5. MINIMUM TEMPERATURE TO BE MAINTAINED IN OCCUPIED SPACES DURING HEATING SEASON: 70 F. WHEN 0 F OUTSIDE ( WITH 15 M.P.H. WIND ), OR AS INDICATED ON VENTILATION INDEX AND IN COMPLIANCE WITH TABLE 12-1.

6. THE VENTILATION INDEX FOR ALL AREAS COMPLIES WITH THE MINIMUM CODE REQUIREMENTS PER ( C-26-1300.3 ) 27 -758 AND [ C26- 1206.3 ] 27-764. ALL CALCULATIONS OF THE VENTILATION INDEX ARE MADE WITHOUT TAKING ANY CREDIT FOR EXTERIOR WINDOWS AND / OR OPENINGS IN AIR CONDITIONED AREAS.

7. VENTILATION OF SPECIAL AREAS SHALL COMPLY WITH SUB- CHAPTER 7, " SPECIAL USES AND OCCUPANCIES " AND SUB - CHAPTER 8 " PLACES OF ASSEMBLY. "

8. [illegible]

[illegible]

10. THE LICENSED PROFESSIONAL ENGINEER OR REGISTERED ARCHITECT WHO CONDUCTS THE TESTS SHALL FILE A CERTIFICATE AS TO WHETHER THE SYSTEM COMPLIED WITH THE APPLICABLE LAWS. HE SHALL ALSO FILE WITH THIS CERTIFICATION A REPORT OF THE TEST. THE TEST AND REPORT SHALL BE MADE IN A MANNER SATISFACTORY TO THE SUPERINTENDENT.

11. A STATEMENT SHALL BE FILED BY THE OWNER OR TENANT IN POSSESSION THAT THE VENTILATING SYSTEM WILL BE KEPT IN CONTINUOUS OPERATION AT ALL TIMES DURING THE NORMAL OCCUPANCY OF THE STRUCTURE AS REQUIRED BY CODE [ C26- 1301.2 ] 27- 779.

12. ALL FIRE DAMPERS SHALL BE ACCEPTED FOR USE BY THE NEW YORK CITY DEPARTMENTS OF BUILDINGS, HAVE AN M.E.A. # AND SHALL BE MANUFACTURED AND INSTALLED IN ACCORDANCE WITH UL 555, STANDARD FOR FIRE DAMPERS AND CEILING DAMPERS, 3RD EDITION.

13. COMBINATION FIRE / SMOKE DAMPERS AND SMOKE DAMPERS SHALL BE ACCEPTED FOR USE BY THE NEW YORK CITY DEPARTMENT OF BUILDINGS, HAVE AN M.E.A. # AND SHALL BE MANUFACTURED AND INSTALLED IN ACCORDANCE WITH UL 555S - 1983 STANDARD FOR LEAKAGE RATED DAMPERS FOR USE IN SMOKE CONTROL SYSTEMS, FIRST EDITION.

14. SMOKE DETECTORS, COMBINATION FIRE / SMOKE DAMPERS AND SMOKE DAMPERS SHALL BE INSTALLED AS REQUIRED IN RS 13-1 CHAPTER IV, PARAGRAPH 4- 3 AND 4 - 4 TO CLOSE DAMPERS AND AUTOMATICALLY STOP THE FAN.

15. REFER TO ARCHITECTURAL DRAWINGS FOR REQUIRED FIRE RATED WALL AND SMOKE WALL CONSTRUCTION AND LOCATION.

16. THESE PLANS ARE APPROVED ONLY FOR THE WORK INDICATED ON THE APPLICATION SPECIFICATION SHEET. ALL OTHERS MATTERS SHOWN ARE NOT TO BE RELIED UPON OR TO BE CONSIDERED AS EITHER BEING APPROVED OR IN ACCORDANCE WITH APPLICABLE CODES.

17. TO THE BEST OF THE APPLICANT'S KNOWLEDGE, BELIEF AND PROFESSIONAL JUDGMENT, THESE PLANS ARE IN COMPLIANCE WITH THE NEW YORK STATE ENERGY CONSERVATION CONSTRUCTION CODE PART TWO THROUGH TEN.

### N.Y.C. VENTILATION INDEX

| AREA SERVED | MINIMUM CODE AIR REQUIREMENTS (CFM/FT) | | ACTUAL MINIMUM CONDITIONED AIR QUANTITIES (CFM/FT) | | ACTUAL MINIMUM OUTSIDE AIR QUANTITIES (CFM/FT) |
|---|---|---|---|---|---|
| | SUPPLY | EXHAUST | SUPPLY | RECIRC. AND/OR EXHAUST | |
| PERIMETER ROOMS FROM GLASS TO DEPTH OF 15'-0" | 0.4 | 0.4 | 1.5 | 1.5 | 0.33 |
| INTERIOR ROOMS | 0.4 | 0.4 | 1.5 | 1.5 | 0.33 |

NOTES
CALCULATED VENTILATION INDEX MEETS REQUIREMENTS FOR BOTH INTERIOR AND PERIMETER ROOMS.
EXAMPLE CALCULATION: ROOM AREA = 100 FT² ROOM VOLUME 1200 FT³ NO. OF PEOPLE = 1 INDEX = 1800

MINIMUM CODE REQUIREMENTS
VENTILATION (FRESH) AIR SUPPLY = 1/3 CFM/SQ. FT. EXHAUST = 1/3 CFM/SQ. FT. CONDITIONED AIR (SEE VENTILATION RULE NO. 44) = TOTAL MINIMUM SUPPLY EXHAUST = 1/3 CFM/SQ. FT. EACH. TOTAL MINIMUM FRESH AIR = 25% OF INDEX REQUIREMENTS = 0.2 x 0.33 = 0.07 CFM/SQ. FT.

ACTUAL QUANTITIES
CONDITIONED SUPPLY: SEE TABULATION ABOVE.

## VENTILATION NOTES

1. UPON COMPLETION OF THE VENTILATING SYSTEM, A TEST SHALL BE CONDUCTED IN THE PRESENCE AND UNDER THE DIRECTION OF A LICENSED PROFESSIONAL ENGINEER OR REGISTERED ARCHITECT QUALIFIED TO CONDUCT SUCH TESTS, OR OTHER PERSON HAVING NOT LESS THAN FIVE (5) YEARS EXPERIENCED SUPERVISING THE INSTALLATION OF VENTILATION SYSTEMS AND QUALIFIED TO CONDUCT SUCH TESTS. THE TEST SHALL SHOW COMPLIANCE WITH THE CODE REQUIREMENTS FOR VENTILATION AND THE PROPER FUNCTIONING OF ALL OPERATING DEVICES, BEFORE THE SYSTEM IS APPROVED.

2. THE LICENSED PROFESSIONAL ENGINEER OR REGISTERED ARCHITECT OR OTHER QUALIFIED PERSON WHO CONDUCTS THE TEST SHALL FILE A CERTIFICATE THAT SHOWS WHETHER THE RATE OF AIR SUPPLY AND EXHAUST COMPLIES WITH THE REQUIREMENTS OF THE CODE PERTAINING TO VENTILATION.

3. A STATEMENT SHALL BE FILED BY THE OWNER THAT THE SYSTEM WILL BE KEPT IN CONTINUOUS OPERATION AT ALL TIMES DURING THE NORMAL OCCUPANCY OF THE STRUCTURE AS PROVIDED IN THE APPLICABLE SECTIONS OF THE CODE.

4. ALL FIRE DAMPERS SHALL BE OF TYPE APPROVED BY THE NATIONAL BOARD OF FIRE UNDERWRITERS.

5. VENTILATING SYSTEM INSTALLED WILL COMPLY WITH RULES OF DEPARTMENT OF BUILDINGS IN EFFECT DECEMBER 6, 1968.

THESE PLANS ARE APPROVED ONLY FOR THE WORK ON THE APPLICATION SPECIFICATION SHEET. ALL OTHER MATTERS SHOWN ARE NOT TO BE CONSIDERED AS EITHER BEING APPROVED OR IN ACCORDANCE WITH APPLICABLE CODES.

TOILET EXHAUST UP BUILDING SIDE WALL END WITH GOOSENECK
NEW DUNNAGE FROM EXISTING PARAPET WALL TO STRUCTURE. DESIGN BY TENANT STRUCTURAL ENGINEER. SEE STRUCTURAL DRAWINGS
5' MINIMUM
EXISTING WINDOW
DEMISING WALL
AIR OUT GOOSENECK
AIR IN GOOSENECK
10 TON CONDENSING UNIT
ELEVATED PLATFORM

| DATE | ISSUE |
|---|---|
| 2/2/01 | BID, VENDORS, LL, & BUILDING DEPARTMENT |
| 04/11/01 | T.B.C., VENDORS, & LL |
| 04/19/01 | T.B.C., VENDORS, LL, & LANDMARKS |

| DATE | No. | REVISIONS / BY: |
|---|---|---|
| 04/16/01 | 2 | LANDMARKS COMMENTS / T.R.P. |
| 04/11/01 | 1 | TENANT REVISION / T.R.P. |

THE GENERAL CONTRACTOR AND/OR ALL SUB-CONTRACTORS WORKING FROM THESE PLANS AND SPECIFICATIONS ARE NOT TO SCALE SUCH INFORMATION BUT TO CONTACT THE ARCHITECT OR HIS REPRESENTATIVE REGARDING MEASUREMENTS, IF SUCH MEASUREMENTS DO NOT APPEAR CORRECT, ADD UP PROPERLY OR SCALE CORRECTLY TO THE INDICATED SIZE.

500 Valley Road
Wayne, NJ 07470
Tel 973 - 692 - 0222
Fax 973 - 692 - 0223
tg@tricarico.com

THE TRICARICO GROUP
Architecture
Interior Design

NICHOLAS J. TRICARICO
CONSULTING ARCHITECT

| | | | | | |
|---|---|---|---|---|---|
| AL | #1926 | LA | #2947 | OK | #2203 |
| AK | | ME | #974 | OR | #2508 |
| AZ | #13750 | MD | #3953-R | PA | #8-8030 |
| AR | #1595 | MA | #4578 | RI | #1077 |
| CA | #C-0151C2 | MI | #28378 | SC | #2126 |
| CO | #C-2445 | MN | #15893 | SD | #3754 |
| CT | [illegible] | MS | #1348 | TN | #012534 |
| DC | [illegible] | MO | #A-4585 | TX | #8788 |
| DE | #2073 | MT | #1359 | UT | #1355 |
| FL | #7605 | NE | #A-1739 | VT | #1297 |
| GA | #3478 | NV | #1678 | VA | #4220 |
| HI | #AR-05697 | NH | #1112 | WA | #4306 |
| ID | #1321 | NJ | #05411 | WV | #1486 |
| IL | #001-010719 | NM | #1724 | WI | #A-5097 |
| IN | #4116 | NY | #012094 | WY | #C-1001 |
| IA | #2384 | NC | #3065 | | |
| KS | #2777 | ND | #575 | PR | #14435 |
| KY | #2116 | OH | #6058 | GUAM | #332 |

© ALL RIGHTS RESERVED
THIS DRAWING, THE DESIGN INDICATED, THE FORMAT AND ARRANGEMENTS ARE THE PROPERTY OF THE TRICARICO GROUP. ANY USE OR REUSE OF ORIGINAL OR ALTERED DESIGN MATERIALS BY THE CLIENT, AGENTS OF THE CLIENT OR OTHER PARTIES WITHOUT THE REVIEW AND WRITTEN APPROVAL OF THE DESIGN PROFESSIONAL SHALL BE AT THE SOLE RISK OF THE OTHERS. FURTHERMORE THE CLIENT AGREES TO DEFEND, INDEMNIFY AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL CLAIMS, INJURIES, DAMAGES, LOSSES, EXPENSES AND ATTORNEY'S FEES ARISING OUT OF MODIFICATION OR REUSE OF THESE MATERIALS.

PROJECT: THE CHILDREN'S PLACE

LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.

| | |
|---|---|
| PROJECT NO. 00586 | DRAWN BY: TW |
| SCALE: AS NOTED | CHECKED BY: H.W. |
| DATE: 2/2/01 | APPROVED BY: |

DRAWING NAME: NEW YORK CITY BUILDING DEPARTMENT NOTES

NICHOLAS J. TRICARICO
CONSULTING ARCHITECT

DRAWING NO. M3.0

SEAL











## 1 PLAN (S-1)
SCALE: 1/2" = 1'-0"

NOTES:
1. NEW ROOF TOP UNIT.
2. NEW GALV. W6x15 X 15'-10" LONG.
3. EXISTING PARAPET.
4. EXISTING CURB.

## 3 ELEVATION (S-1)
SCALE: 1/2" = 1'-0"

NOTES:
1. NEW ROOF TOP UNIT.
2. NEW GALV. W6x15
3. NEW BEARING PLATE. SEE 4/S-1.
4. EXISTING PARAPET
5. EXISTING CURB

## 2 ELEVATION (S-1)
SCALE: 1/2" = 1'-0"

NOTES:
1. NEW ROOF TOP UNIT.
2. NEW GALV. W6x15.

## 4 BEARING PLATE (1) (S-1)
SCALE: 3" = 1'-0"

NOTES:
1. 6" X 6" X 1/2" GALV. STEEL PLATE.

## 5 SECTION (S-1)
SCALE: 1" = 1'-0"

SECTION NOTES:
1. RESET EXISTING WALL CAP
2. EXISTING BRICK PARAPET.
3. NON-SHRINK GROUT FOR LEVELING.
4. FILL VOID W/GROUT.
5. NEW BEARING PLATE. SEE 4/S-1. ATTACH W/(2) Ø 1/2" THREADED RODS, EMBED 6" MIN. W/ EPOXY.
6. NEW W6x15 GALV. STEEL.
7. EXISTING STEEL BEAM.
8. EXISTING CONC. CURB.
9. EXISTING F/C CONCRETE ROOF PANELS.
10. EXISTING ROOFING MEMBRANE.
11. RESTORE ROOFING MEMBRANE AS NECESSARY.

## GENERAL NOTES:

1. ALL WORK TO BE DONE IN ACCORDANCE WITH ALL APPLICABLE CODES AND REGULATIONS, AND ALL LOCAL LAWS AND REGULATIONS, CURRENT EDITIONS.
2. THE MATERIALS INSTALLED IN THE WORK SHALL MEET THE REQUIREMENTS OF THE CONTRACT DOCUMENTS. NO SUBSTITUTIONS ARE ALLOWED.
3. BEFORE SUBMITTING A BID FOR THE WORK TO BE DONE, THE CONTRACTOR SHALL FIELD VERIFY ALL DIMENSIONS, ELEVATIONS AND LOCATIONS OF EXISTING STRUCTURES.
4. THE CONTRACTOR SHALL NOT COMMENCE ANY WORK UNTIL HE OBTAINS, AT HIS OWN EXPENSE, ALL CUSTOMARILY REQUIRED INSURANCE.
5. THE CONTRACTOR SHALL OBTAIN AT HIS OWN EXPENSE ALL PERMITS FROM FEDERAL AND STATE GOVERNMENTS, COUNTIES, MUNICIPALITIES AND OTHER REGULATORY AGENCIES WHICH MAY BE REQUIRED FOR THE PROJECT.
6. THE CONTRACTOR SHALL FURNISH AND DO EVERYTHING NECESSARY TO COMPLETE THE WORK IN ACCORDANCE WITH THE TERMS OF THIS CONTRACT, INCLUDING ALL GENERAL AND DETAILED SPECIFICATIONS. THE WORK TO BE DONE UNDER ANY ITEM SHALL NOT BE LIMITED TO THE EXACT EXTENT MENTIONED OR DESCRIBED, BUT SHALL INCLUDE ALL INCIDENTAL WORK NECESSARY OR CUSTOMARILY DONE FOR THE COMPLETION OF THAT ITEM.
7. UPON COMPLETION OF THE PROJECT, IF WORK IS NOT ACCEPTABLE TO THE ENGINEER, HE WILL ADVISE THE CONTRACTOR AS TO THE PARTICULAR DEFECTS TO BE REMEDIED BEFORE FINAL ACCEPTANCE WILL BE MADE. THE FINAL INSPECTION AND ACCEPTANCE WILL BE MADE BY THE OWNER AND ENGINEER UPON CONTRACTOR NOTIFICATION THAT THE PROJECT IS COMPLETED.
8. BEFORE FINAL ACCEPTANCE OF THE WORK, THE CONTRACTOR SHALL REMOVE ALL EQUIPMENT, TEMPORARY WORKS, UNUSED AND USELESS MATERIALS, RUBBISH AND TEMPORARY BUILDINGS.
9. THE CONTRACTOR SHALL GUARANTEE HIS WORK TO BE FREE FROM DEFECTS FOR A PERIOD OF FIVE YEARS AFTER THE DATE OF COMPLETION.
10. THE CONTRACTOR SHALL PROVIDE SHORING AS REQUIRED TO PROTECT WORKMEN, MATERIALS, OTHER PROPERTIES, AND THE PUBLIC.
11. THE CONTRACTOR IS SOLELY RESPONSIBLE FOR THE MEANS AND METHODS OF CONSTRUCTION AND FOR SEQUENCES AND PROCEDURES TO BE USED.
12. THE CONTRACTOR SHALL BE RESPONSIBLE FOR ALL SAFETY ASPECTS OF THE WORK.

## STRUCTURAL STEEL NOTES:

1. ALL STRUCTURAL STEEL WORK, INCLUDING DETAILING, FABRICATION, AND ERECTION, SHALL BE IN CONFORMANCE WITH THE AMERICAN INSTITUTE OF STEEL CONSTRUCTION'S " SPECIFICATION FOR THE DESIGN, FABRICATION, AND ERECTION OF STRUCTURAL STEEL FOR BUILDINGS", (9TH EDITION) EXCEPT AS MAY BE MODIFIED HEREIN BY THE CONTRACT DRAWINGS, SPECIFICATIONS, AND THESE NOTES
2. ALL STRUCTURAL STEEL SHALL BE NEW STEEL, OF DOMESTIC ORIGIN, CLEAN AND STRAIGHT; AND SHALL CONFORM TO ASTM SPECIFICATION (A-36, FY = 36 KSI).
3. ALL FIELD CONNECTIONS SHALL BE MADE WITH HIGH STRENGTH BOLTS, UNLESS A WELDED CONNECTION IS SPECIFICALLY DETAILED OR CALLED FOR ON THE CONTRACT DRAWINGS. BOTH THE SHOP AND FIELD CONNECTIONS SHALL CONFORM TO THE TYPICAL STRUCTURAL STEEL CONNECTION DETAILS DELINEATED ON THE CONTRACT DRAWINGS, UNLESS SPECIFICALLY MODIFIED BY THE ENGINEER.
5. ALL STRUCTURAL STEEL SHALL BE GALVANIZED
6. ALL HIGH STRENGTH BOLTS SHALL BE 1/2" DIAMETER FRICTION TYPE BOLTS CONFORMING TO ASTM SPECIFICATION A-325. PROVIDE A HARDENED WASHER UNDER THE TURNED ELEMENT OF THE BOLT (NUT OR BOLT HEAD). BOLT HOLES TO BE 1/16" LARGER THAN BOLT, UNLESS DETAILED OTHERWISE.
7. ALL THREADED RODS ANCHORS SHALL CONFORM TO ASTM A36.
8. THE INSTALLATION AND TIGHTENING OF ALL HIGH STRENGTH BOLTS SHALL CONFORM TO THE "SPECIFICATION FOR STRUCTURAL JOINTS USING ASTM A-325 BOLTS" - ERECTOR SHALL USE THE CALIBRATED WRENCH METHOD OF INSTALLATION.
9. FIELD BURNING OF ANY HOLES, CUTS, COPES, ETC., IN ANY GALVANIZED STRUCTURAL STEEL MEMBER WILL NOT BE PERMITTED, UNLESS AUTHORIZED IN WRITING BY THE ENGINEER.
10. ALL BOLTS, NUTS, WASHERS, AND THREADED ROD ANCHORS SHALL BE GALVANIZED.
11. STRUCTURAL STEEL CONTRACTOR SHALL VERIFY, WITH THE OTHER TRADES, THAT THE DESIGN WEIGHT OF EQUIPMENT TO BE SUPPORTED BY STRUCTURAL STEEL FRAMING DOES NOT EXCEED THE DESIGN WEIGHT SHOWN ON THE CONTRACT DRAWINGS AND THAT THE PLATFORM AND/OR STRUCTURAL FRAMING MEMBER LOCATIONS, OPENING SIZES AND LOCATIONS, BOLT HOLE SIZES AND SPACING, ETC., IS SATISFACTORY FOR THE EQUIPMENT TO BE SUPPORTED. ANY DEVIATIONS SHALL IMMEDIATELY BE REPORTED TO THE ENGINEER FOR FRAMING MODIFICATIONS, AS REQUIRED. ALL COSTS OF SUCH MODIFICATIONS SHALL BE BORNE BY THE TRADE CAUSING THESE MODIFICATIONS.

## DEMOLITION NOTES:

1. THE CONTRACTOR SHALL FOLLOW THE REQUIREMENTS OF THE APPLICABLE STATE, LOCAL AND OSHA LAWS AND REGULATIONS REGARDING SAFETY REGULATIONS DURING THE DEMOLITION ACTIVITIES OCCURRING AT THE SITE.
2. THE CONTRACT DRAWINGS DO NOT PURPORT TO DEPICT ALL EXISTING CONDITIONS CURRENTLY PRESENT AT THE SITE. BEFORE COMMENCING ANY WORK, THE CONTRACTOR SHALL VERIFY THE EXISTING CONDITIONS, WITH PARTICULAR ATTENTION GIVEN TO THE VARIOUS ITEMS TO REMAIN AFTER DEMOLITION IS COMPLETE AND THE EXISTING MATERIAL TO BE REMOVED DURING DEMOLITION. THE CONTRACTOR SHALL REPORT, IN WRITING, TO THE ENGINEER ANY DISCREPANCIES FOUND BETWEEN THE CONTRACT DRAWINGS AND THE ACTUAL CONDITIONS FOUND AT THE SITE AND ANY CONDITIONS PRESENT WHICH WOULD PREVENT OR HINDER THE REMOVAL OF ALL MATERIAL DESIGNATED TO BE DEMOLISHED.
3. THE CONTRACTOR SHALL REMOVE ALL MATERIAL, NOTED ON THE CONTRACT DRAWINGS OR REQUIRED TO BE REMOVED TO INSTALL THE NEW CONSTRUCTION, AFTER ALL NECESSARY BARRICADES, ETC., ARE INSTALLED
4. THE CONTRACTOR SHALL NOT ALLOW DEMOLISHED MATERIAL, AND OTHER ITEMS REMOVED, TO ACCUMULATE AT THE SITE AND SHALL REMOVE AND DISPOSE OF SAME, AS PER THE REQUIREMENTS OF THE SPECIFICATIONS. ALL APPLICABLE LOCAL, STATE AND FEDERAL LAWS AND REGULATIONS SHALL BE FOLLOWED.

ACCEPTABLE FOR PERMIT UNDER DIR. NO 14/1975

MAY 18 2001

CYRIL BENHARRY

USE AND INTERPRETATION OF THIS DRAWING

2. BY USE OF THE DRAWINGS FOR CONSTRUCTION OF THE PROJECT, THE OWNER REPRESENTS THAT HE HAS REVIEWED AND APPROVED THE DRAWINGS. THE CONTRACTOR REPRESENTS THAT HE HAS VISITED THE SITE, FAMILIARIZED HIMSELF WITH THE LOCAL CONDITIONS, VERIFIED FIELD DIMENSIONS AND CORRELATED HIS OBSERVATIONS WITH THE REQUIREMENTS OF THE CONTRACT DOCUMENTS.
3. AS INSTRUMENTS OF SERVICE, ALL DRAWINGS, SPECIFICATIONS, CADD DISKS OR OTHER ELECTRONIC MEDIA AND COPIES THEREOF FURNISHED BY THE ENGINEER ARE HIS PROPERTY. THEY ARE TO BE USED ONLY FOR THIS PROJECT AND ARE NOT TO BE USED ON ANY OTHER PROJECT. CHANGES TO THE DRAWINGS MAY ONLY BE MADE BY THE ENGINEER.

THIS DRAWING IS PRELIMINARY AND IS ISSUED FOR REVIEW ONLY – NOT FOR CONSTRUCTION UNTIL THIS BOX HAS BEEN CHECKED AND DATED.
☒ CHECKED BY: RLB DATE: 4-16-01

**BECHT ENGINEERING**
22 CHURCH ST.
LIBERTY CORNER, N.J. 07938
(908) 580-1119

PROJECT #: 9063

| DATE | ISSUE |
| --- | --- |
| 04/16/01 | BID, VENDORS, LL & BLDG. DEPT. REVIEW |

| DATE | No. | REVISIONS / BY: |
| --- | --- | --- |

THE GENERAL CONTRACTOR AND/OR ALL SUB-CONTRACTORS WORKING FROM THESE PLANS AND SPECIFICATIONS ARE NOT TO SCALE SUCH INFORMATION BUT TO CONTACT THE ARCHITECT OR HIS REPRESENTATIVE REGARDING MEASUREMENTS, IF SUCH MEASUREMENTS DO NOT APPEAR CORRECT, ADD UP PROPERLY OR SCALE CORRECTLY TO THE INDICATED SIZE.

500 Valley Road
Wayne, NJ 07470
Tel 973 · 692 · 0222
Fax 973 · 692 · 0223
tlg@tricarico.com

THE TRICARICO GROUP
Architecture
Interior Design

NICHOLAS J. TRICARICO
CONSULTING ARCHITECT

© ALL RIGHTS RESERVED

THIS DRAWING, THE DESIGN INDICATED, THE FORMAT AND ARRANGEMENTS ARE THE PROPERTY OF THE TRICARICO GROUP. ANY USE OR REUSE OF ORIGINAL OR ALTERED DESIGN MATERIALS BY THE CLIENT, AGENTS OF THE CLIENT OR OTHER PARTIES WITHOUT THE REVIEW AND WRITTEN APPROVAL OF THE DESIGN PROFESSIONAL SHALL BE AT THE SOLE RISK OF THE OTHERS. FURTHERMORE, THE CLIENT AGREES TO DEFEND, INDEMNIFY AND HOLD THE DESIGN PROFESSIONAL HARMLESS FROM ALL CLAIMS, INJURIES, DAMAGES, LOSSES, EXPENSES AND ATTORNEY'S FEES ARISING OUT OF MODIFICATION OR REUSE OF THESE MATERIALS.

PROJECT: THE CHILDREN'S PLACE

LOCATION: SPACE #XXXX STORE #XXXX
PROTOTYPE (OUTLET)
650 AVENUE OF THE AMERICAS
NEW YORK, NY

| PROJECT NO. | DRAWN BY: |
| --- | --- |
| 9063 | JBK |
| SCALE: AS NOTED | CHECKED BY: RLB |
| DATE: 04/13/01 | APPROVED BY: DJF |

DRAWING NAME: NOTES & DETAILS

NICHOLAS J. TRICARICO
CONSULTING ARCHITECT

DRAWING NO. **S-1**

1 of 1

SEAL

PLUMBING GENERAL SPECIFICATIONS
SCALE: N.T.S.
WATER LINE SCHEMATIC
SCALE: N.T.S.
SANITARY SCHEMATIC
SCALE: N.T.S.
LEGEND
SCALE: N.T.S.
COLD WATER LINE
HOT WATER LINE
SANITARY LINE
VENT LINE
WATER METER
BALL VALVE
GATE VALVE
VACUUM RELIEF VALVE
CABO/ANSI STANDARDS
SCALE: N.T.S.
CLEAR FLOOR SPACE AT LAVATORY
SIDE ELEVATION AT DRINKING FOUNTAIN
BACK WALL
SIDE WALL
PLAN AT DRINKING FOUNTAIN
1. GENERAL CONTRACTOR IS RESPONSIBLE FOR WRAPPING ALL HOT WATER & DRAIN PIPES
2. IT IS THE GENERAL CONTRACTORS RESPONSIBILITY TO PROVIDE HORIZONTAL SOLID WOOD BLOCKING (FIRE RETARDANT AS REQUIRED) AS REQUIRED FOR SUPPORT OF ANY WALL HUNG FIXTURE - ALL FIXTURE BLOCKING MUST MEET STATE AND LOCAL CODE APPROVAL FOR MAXIMUM WEIGHT SUPPORT (P.S.I.) PER SQUARE INCH.
3. BABY CHANGING TABLE - AT NEW CONSTRUCTION PROVIDE NON-COMBUSTIBLE BLOCKING IN WALLS AND INSTALL AS PER BABY CHANGING TABLE MANUFACTURERS INSTRUCTIONS
BARRIER FREE TOILET RM.
DRINKING FOUNTAIN
PAPER TOWEL DISPENSER
PARTIAL PLUMBING PLAN
SCALE: 1/2" = 1'-0"
P.V.C. PIPING NOTE
SCALE: N.T.S.
SECTION THRU PLATFORM
SCALE: 1" = 1'-0"
ELASTOMETRIC MEMBRANE
SCALE: N.T.S.
NOTES
SCALE: N.T.S.
ELEVATION
ELEVATION
ELEVATION
ELEVATION
ELEVATION
SCALE: 1/2" = 1'-0"
NEW PLUMBING WALL
NEW LAVATORY
BABY CHANGING TABLE - PROVIDED BY TENANT AND INSTALLED BY G.C.
MARLITE PANEL
NEW WATER HEATER SEE SPECIFICATIONS ABOVE
NEW WATER CLOSET
4" VINYL BASE
MAY 18 2001
500 Valley Road
Wayne, NJ 07470
Tel 973-692-0222
Fax 973-692-0223
THE TRICARICO GROUP
Architecture
Interior Design
NICHOLAS J. TRICARICO CONSULTING ARCHITECT
© ALL RIGHTS RESERVED
PROJECT: THE CHILDREN'S PLACE
LOCATION: STORE #1251
650 AVE. OF THE AMERICAS
NEW YORK, N.Y.
PROJECT NO. 00586
DRAWN BY: DTD
SCALE: AS NOTED
DATE: 2/2/01
DRAWING NAME: PLUMBING PLAN AND NOTES
NICHOLAS J. TRICARICO CONSULTING ARCHITECT
DRAWING NO. P1.0