USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

JOYCE DE LA ROSA,

Plaintiff,

-against-

650 SIXTH AVE TREVI LLC and THE MEN'S WEARHOUSE, INC.,

Defendants.

------------------------------------------------------------ X

13-CV-7997 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a Final Pretrial Conference is scheduled for January 23, 2020 at 2:00 p.m.;

WHEREAS a scheduling conflict has arisen on the Court's calendar;

IT IS HEREBY ORDERED THAT: The Final Pretrial Conference will be held on **January 24, 2020 at 2:30 p.m.**

**SO ORDERED.**

**Date: January 8, 2020**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**