USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
JOYCE DE LA ROSA,

                            Plaintiff,

                            13-CV-7997 (VEC)

           -against-

                            ORDER

650 SIXTH AVE TREVI LLC and THE MEN'S
WEARHOUSE, INC.,

                      Defendants.
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a bench trial in this case is currently scheduled to commence on February 3, 2020;

WHEREAS a telephone call with the parties was held on January 28, 2020;

IT IS HEREBY ORDERED THAT:

1. The trial date is adjourned *sine die*

2. No later than **March 17, 2020** the parties must submit a joint status update with a proposed new trial date.

3. A referral order to Magistrate Judge Netburn for a settlement conference will be entered separately.

**SO ORDERED.**

**Date: January 29, 2020**
        **New York, NY**

                                                **VALERIE CAPRONI**
                                            **United States District Judge**