USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/5/2020____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

JOYCE DE LA ROSA, :
                                                                     :
                                             Plaintiff, :
                                                                     :                    13-CV-7997 (VEC)
                       -against- :
                                                                     :                          ORDER
650 SIXTH AVE TREVI LLC and THE MEN'S :
WEARHOUSE, INC., :
                                                                     :
                                            Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS a settlement conference before Magistrate Judge Netburn is scheduled for

March 20, 2020;

        IT IS HEREBY ORDERED THAT:  No later than **March 27, 2020** the parties must

submit a joint status update.  If the parties are unable to reach a resolution, the letter must include

a proposed new trial date.



**SO ORDERED.**

Date:  **February 5, 2020**                                  _____
          **New York, NY**                                            **VALERIE CAPRONI**
                                                                          **United States District Judge**