```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOYCE DE LA ROSA,

                    Plaintiff,                13-CV-07997 (VEC)(SN)

      -against-                                      **ORDER**

650 SIXTH AVE TREVI LLC,

                    Defendant.
-------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

In light of recent public health developments, the settlement conference scheduled for Friday, March 20, 2020 at 10:00 a.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email prior to the conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 12, 2020
         New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2020