```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOYCE DE LA ROSA,                                              :
                                                               :
                                  Plaintiff,                   :
                                                               :
                  -against-                                    :
                                                               :
650 SIXTH AVE TREVI LLC and THE MEN'S                          :
WEARHOUSE, INC.,                                               :
                                                               :
                                  Defendants.                  :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2020

13-CV-7997 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 25, 2020, the Court informed the parties it intended to set a new trial date as soon as trials became feasible again (Dkt. 134);

IT IS HEREBY ORDERED THAT:

1. Trial in this case will begin on **October 13, 2020 at 10:00 a.m**. The Court will conduct the trial through a videoconferencing system. The Court is able to use Skype, but will entertain another suggested platform. Zoom is not an acceptable platform on which to conduct the trial.

2. No later than **July 31, 2020**, the parties must meet and confer and submit a letter indicating: (i) their preferred videoconference platform on which to conduct trial and (ii) their preferred manner of handling trial exhibits.

3. A teleconference is scheduled for **August 3, 2020 at 11:00 a.m.** The parties must appear for the conference by calling (888) 363-4749, using the access code 3121171 and the security code 7997.

**SO ORDERED.**

**Date:  July 16, 2020**
       **New York, NY**

                                             **VALERIE CAPRONI**
                                             **United States District Judge**